ORIGINAL

ECF

# In The United States Court of Federal Claims

05- 297C

Cover Sheet

Plaintiff(s) or Petitioner(s) Sterling, Winchester & Long, L.L.C.

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

RECEIVED
MAR 1 1 2005
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

Name of the attorney of record (See RCFC 83.1(c)): Frederick L. Wright II

Firm Name: Vaughn, Wright & Stearns

Post Office Box:

Street Address: One Paces West - Suite 1740
2727 Paces Ferry Rd., NW

City-State-Zip: Atlanta, GA 30339

Telephone & Facsimile Numbers: Phone (770) 805-9889; Fax (770) 805-9191

Is the attorney of record admitted to the Court of Federal Claims Bar? Yes

If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of Suit Code: 1 1 8

Select only one (three digit) nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: P S

See attached sheet for three digit codes.

Amount Claimed: $ 12,735,445 plus interest

Use estimate if specific amount is not pleaded.

Vaccination Date (vaccine cases only) ____________________

If this is case directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.