IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-297C |
| | ) | (Judge Margolis) |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of SHERYL L. FLOYD, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530
Phone: (202) 307-0282
Fax: (202) 514-8624

Attention: Classification Unit
1100 L Street, NW, 8th Floor

Dated: March 31ST, 2005

/s/ SHERYL L. FLOYD
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division

CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of March, 2005, I caused to be served by United States mail (first class, postage prepaid) copies of defendant's "NOTICE OF APPEARANCE" addressed as follows:

Frederick L. Wright
Vaughn, Wright & Stearns
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, GA 30339

/s/ SHERYL L. FLOYD