# In the United States Court of Federal Claims

**NOTICE**

**STERLING, WINCHESTER & LONG, L.L.C.**

**No. 05-297 C**

**v.**

**THE UNITED STATES**

**Clerk's Office**
**Washington, D.C., May 6, 2005**

To Attorney of Record, Assistant Attorney General, and Senior Judge Margolis:

Please take notice that in the above case there has been entered this day on the defendant's motion, filed May 4, 2005, for enlargement of time to respond to the complaint

the following order by the Clerk:

**ALLOWED.**

Brian Bishop

Brian Bishop, Clerk