IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 05-297C |
| | : | (Senior Judge Margolis) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

REPLY TO COUNTERCLAIM

Plaintiff, Sterling, Winchester & Long, L.L.C., replies to Defendant's Counterclaim ("the Counterclaim") and respectfully states as follows:

1. In response to Paragraph 1 of the Counterclaim, Plaintiff states that the Contract speaks for itself and is the best evidence of its contents. Plaintiff denies all allegations in Paragraph 1 of the Counterclaim that are not consistent with the contents of the Contract.

2. In response to Paragraph 2 of the Counterclaim, Plaintiff states that the referenced letter speaks for itself and is the best evidence of its contents. Plaintiff denies all allegations in Paragraph 2 of the Counterclaim that are not consistent with the contents of that letter.

3. Plaintiff denies the allegations in Paragraph 3 of the Counterclaim.

4. Plaintiff denies the allegations in Paragraph 4 of the Counterclaim.

5. Plaintiff denies the allegations in Paragraph 5 of the Counterclaim, and further denies that Plaintiff has breached the Contract.

6. In response to Paragraph 6 of the Counterclaim, Plaintiff states that the referenced final decision speaks for itself and is the best evidence of its contents. Plaintiff denies all allegations in Paragraph 6 of the Counterclaim that are not consistent with the contents of that final decision.

7. In response to Paragraph 7 of the Counterclaim, Plaintiff admits that it has not paid royalties other than the first royalty payment made by Plaintiff. Plaintiff further states that it has no obligation to pay royalties to Defendant as a result of Defendant's material and substantial breach of the Contract.

8. Plaintiff denies the allegations in Paragraph 8 of the Counterclaim.

9. Plaintiff denies each and every allegation in the Counterclaim that is not expressly and specifically admitted in this Reply.

10. In further response to the Counterclaim, Plaintiff asserts the affirmative defenses of failure of consideration, waiver, and estoppel.

WHEREFORE, Plaintiff respectfully prays:

(a) that Defendant take nothing on its Counterclaim, and that judgment be entered in favor of Plaintiff dismissing the Counterclaim with prejudice;

(b) that the costs of this action be taxed to Defendant; and

(c) that the Court grant to Plaintiff such other and further relief as the Court deems just and proper.

This 27th day of June, 2005.

Respectfully submitted,

/s/ Frederick L Wright_________

Frederick L. Wright
Vaughn, Wright & Stearns LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on June 27, 2005, a copy of the foregoing REPLY TO COUNTERCLAIM was filed electronically. I understand the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frederick L Wright______
Frederick L. Wright
Vaughn, Wright & Stearns LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax