IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-297C |
| | ) | (Judge Margolis) |
| THE UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT REQUEST FOR ENLARGEMENT OF TIME

The parties respectfully request an enlargement of time of 15 days, to and including September 2, 2005, to file their Joint Preliminary Status Report. The JPSR is currently due on August 18, 2005. This is the parties' first request for this purpose. Both parties join in this motion.

The parties discussed the contents of the JPSR on July 21, 2005, and defendant's counsel provided a copy of a draft JPSR to plaintiff's counsel on that date. Plaintiff's counsel has recommended revisions to the Government's proposal, and the parties need additional time to finalize the JPSR. Defendant's counsel of record is scheduled to be out of the office from August 15 through August 26, 2005. Once she returns to the office, the parties anticipate that they will be able to make whatever modifications are necessary to the draft JPSR in order to file it with the Court by September 2, 2005.

For the foregoing reasons, we respectfully request that the Court grant our motion for enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Frederick L. Wright
FREDERICK L. WRIGHT
Vaughn, Wright & Stearns LLP
One Paces West – Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, GA 30339
Tele: (770) 805-9889
Facsimile: (770) 805-9191

Attorney for Plaintiff

DATE: 8/10/05

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Facsimile: (202) 514-8624

OF COUNSEL:

CHRISTOPHER BURTON
United States Postal Service
475 L'Enfant Plaza, S.W.
Washington, DC 20260

Attorneys for Defendant

DATE: 8/11/05

CERTIFICATE OF FILING

I hereby certify that on 11th day of AUGUST, 2005, a copy of the "JOINT REQUEST FOR ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd