# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-297C

(Filed: August 17, 2005)

## ORDER

The joint request of the parties, filed August 11, 2005, for an enlargement of time, to and including September 2, 2005, to file their joint preliminary status report is **GRANTED**.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims