# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
STERLING, WINCHESTER & LONG, L.L.C., *
*
Plaintiff, *
*
v. * No. 05-297C
*
THE UNITED STATES, * (Filed: September 29, 2005)
*
Defendant. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

A status conference by telephone shall be held on Tuesday, October 11, 2005, at 11:00 a.m., ET. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims