# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, | * | |
| v. | * | No. 05-297C |
| THE UNITED STATES, Defendant. | * | (Filed: October 12, 2005) |

**ORDER**

A status conference by telephone was held in the above-captioned case on October 11, 2005.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, February 15, 2006, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims