# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | * | |
| Plaintiff, | * | |
| v. | * | No. 05-297C |
| THE UNITED STATES, | * | (Filed: November 15, 2005) |
| Defendant. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

The parties filed a joint proposed scheduling order with the Court on October 14, 2005.

**It is hereby ORDERED:**

1. The parties will exchange their initial disclosures pursuant to RCFC 26(a) on or before October 21, 2005.

2. The parties will voluntarily exchange documents until November 15, 2005.

3. The parties will engage in additional fact discovery from November 15, 2005, through May 26, 2006.

4. Expert discovery will commence on April 14, 2006. Plaintiff will identify its expert witness(es) on or before April 14, 2006.

5. On or before May 12, 2006, the plaintiff will submit to the defendant all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

6. The defendant will identify its expert witness(es) on or before June 9, 2006.

7. On or before August 3, 2006, the defendant will submit to the plaintiff all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

8. The parties will conclude expert discovery on or before October 16, 2006.

9. The parties will file a joint status report with the Court proposing further proceedings on or before October 24, 2006.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims