# In the United States Court of Federal Claims

| | |
|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-297C (Filed: February 16, 2006) |

## ORDER

A status conference by telephone was held in the above-captioned case on February 15, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, May 17, 2006, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims