IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 05-297C |
| v. | ) | (Senior Judge Margolis) |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

<u>JOINT PROPOSED SCHEDULING ORDER</u>

In accordance with the parties' Status Conference with the Court on May 17, 2006, the parties submit the following proposed schedule for the completion of discovery in this case:

1. The parties will engage in additional fact discovery through September 15, 2006.

2. On or before June 12, 2006, the plaintiff will submit to the defendant all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

3. The defendant will identify its expert witness(es) on or before July 14, 2006.

4. On or before October 16, 2006, the defendant will submit to the plaintiff all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

5. The parties will conclude expert discovery on or before December 15, 2006.

6. The parties will file a joint status report with the Court proposing further proceedings on or before January 8, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

/s/ David M. Cohen
DAVID M. COHEN
Director

/s/ Frederick L. Wright
FREDERICK L. WRIGHT
Vaughn, Wright & Stearns LLP
One Paces West – Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, GA 30339
Tele: (770) 805-9889
Facsimile: (770) 805-9191

Attorney for Plaintiff

DATE: 5/18/06

/s/ Sheryl L. Floyd
SHERYL L. FLOYD
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 307-0282
Facsimile: (202) 514-8624

OF COUNSEL:

JEANNINE TURENNE
United States Postal Service
475 L'Enfant Plaza, S.W.,
Washington, DC 20260

Attorneys for Defendant

DATE: 5/19/06

CERTIFICATE OF FILING

I hereby certify that on the 22nd day of MAY, 2006, a copy of the “JOINT PROPOSED SCHEDULING ORDER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Sheryl L. Floyd