# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| STERLING, WINCHESTER & LONG, L.L.C., * | |
| Plaintiff, * | No. 05-297C |
| v. * | (Filed: June 2, 2006) |
| THE UNITED STATES, * | |
| Defendant. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**SCHEDULING ORDER**

In accordance with May 17, 2006 status conference, the parties filed a joint proposed scheduling order with the Court on May 22, 2006, for the completion of discovery in this case.

**It is hereby ORDERED:**

1. The parties will engage in additional fact discovery through September 15, 2006.
2. On or before June 12, 2006, the plaintiff will submit to the defendant all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.
3. The defendant will identify its expert witness(es) on or before July 14, 2006.
4. On or before October 16, 2006, the defendant will submit to the plaintiff all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

5. The parties will conclude expert discovery on or before December 15, 2006.

6. The parties will file a joint status report with the Court proposing further proceedings on or before January 8, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims