# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STERLING, WINCHESTER & LONG, L.L.C., *
Plaintiff, *
v. *
THE UNITED STATES, *
Defendant. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-297C

(Filed: September 13, 2006)

**AMENDED SCHEDULING ORDER**

In accordance with September 7, 2006 status conference, the scheduling order granted by the Court on June 2, 2006, is amended for the completion of discovery in this case as follows:

**It is hereby ORDERED:**

1. The parties will engage in additional fact discovery through November 17, 2006.
2. On or before December 15, 2006, the plaintiff will submit to the defendant any revisions to its expert report that it previously submitted to the defendant, including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.
3. On or before January 31, 2007, the defendant will submit to the plaintiff all expert reports in the manner and form required by Rule 26(a)(2), including all supporting documentation, spreadsheets, calculations, and formulas supporting damages calculations and spreadsheets, in hard copy and electronically; iterations of prior drafts need not be submitted.

4. The parties will conclude expert discovery on or before March 2, 2007.

5. The parties will file a joint status report with the Court proposing further proceedings on or before March 16, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims