# In the United States Court of Federal Claims

| | |
|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, | No. 05-297C |
| v. | (Filed: January 11, 2006) |
| THE UNITED STATES, Defendant. | |

## O R D E R

A status conference by telephone was held in the above-captioned case on January 11, 2006.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, March 28, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims