# In the United States Court of Federal Claims

| | |
|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | |
| Plaintiff, | No. 05-297C |
| v. | (Filed: March 28, 2007) |
| THE UNITED STATES, | |
| Defendant. | |

**<u>O R D E R</u>**

A status conference by telephone was held in the above-captioned case on March 28, 2007.

**It is hereby ORDERED:**

The next status conference shall be held by telephone on Wednesday, June 27, 2007, at 11:00 a.m. The Court will initiate the conference call.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims