# In the United States Court of Federal Claims

| | |
|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-297C (Filed: June 28, 2007) |

## ORDER

A status conference by telephone was held in the above-captioned case on June 27, 2007.

**It is hereby ORDERED:**

1. The next status conference shall be held by telephone on Wednesday, September 12, 2007, at 11:00 a.m. The Court will initiate the conference call.

2. Plaintiff shall file its motion for summary judgment by Friday, September 28, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims