# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-297C

(Filed: September 20, 2007)

**ORDER**

A status conference by telephone was held in the above-captioned case on September 12, 2007.

**It is hereby ORDERED:**

Plaintiff shall file its motion for summary judgment by Wednesday, October 31, 2007.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims