IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 05-297C |
| | : | (Senior Judge Margolis) |
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Defendant. | : | |

PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiff, Sterling, Winchester & Long, L.L.C., pursuant to RCFC 56, moves the Court to enter an order granting summary judgment in Plaintiff's favor and against Defendant as to liability only on Plaintiff's claim for breach of contract.

As grounds for its motion, Plaintiff shows that there is no genuine issue as to any material fact and that it is entitled to judgment as a matter of law.

In support of its motion, Plaintiff relies upon all matters of record in this action, as well as its Proposed Findings of Uncontroverted Fact, its brief in support of this motion, and the Affidavit of John G. Long, each of which is filed contemporaneously herewith and incorporated herein by reference.

WHEREFORE, Plaintiff respectfully requests that its motion for summary judgment be granted.

This 31st day of October, 2007.

Respectfully submitted,

/s/ Frederick L Wright_________
Frederick L. Wright
Vaughn, Wright & Boyer LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on October 31, 2007, a copy of the foregoing Plaintiff's Motion for Summary Judgment was filed electronically. I understand the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frederick L Wright______

Frederick L. Wright
Vaughn, Wright & Boyer LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax