CONFIDENTIAL
FOR INTERNAL
REVIEW ONLY

USPS Contract No. 102592-01-U-1173

# LICENSE AGREEMENT

THIS AGREEMENT is made effective as of the 1st day of July 2000, by and between the UNITED STATES POSTAL SERVICE ("USPS"), an independent establishment of the United States government, and STERLING, WINCHESTER & LONG ("Licensee"), a South Carolina corporation with its principal place of business at 1022 Dunbarton Road, Williston, SC 29853-1718, and a mailing address of P.O. Box 211299, Martinez, GA 30907-1299.

In this Agreement, USPS grants to Licensee a license to use certain names, trademarks, service marks, trade dress and/or copyrights in connection with the manufacture, distribution, advertising, promotion and sale of certain goods, listed below, on the terms and conditions specified below and in the attached Exhibits A and B, incorporated herein by reference. Definitions of the various terms used below are listed in Exhibit B:

1. Licensed Properties: The Licensed Properties are the trademarks, service marks, trade dress and/or copyrights listed on Exhibits A and E to this Agreement.

2. Licensed Articles:

   An annual series of up to five (5) thematic U.S. Postal Service 12-month calendars, commencing with calendar year 2002. Licensee must obtain prior approval of the thematic groupings.

3. License Type: Non-exclusive; provided, however, that subject to the terms set forth herein, Licensee shall have the exclusive right to use the stamp designs listed on Exhibit E on the Licensed Articles. Nothing contained herein shall preclude the USPS from producing, or licensing others to produce, calendars utilizing stamp designs not listed on Exhibit E, or from using, or licensing others to use, the stamp designs listed on Exhibit E on items other than calendars.

4. Licensed Territory:

   United States, its territories and possessions.

1008

5. Channels of Distribution:

   Wholesale to bookstores, specialty stores, Philatelic catalogs, Philatelic centers and merchandise stores; Retail via Licensee's website, subject to the conditions set forth in Paragraph 18(a) below.

RECEIVED
JAN 17 2001



EXHIBIT
A
Blumberg No. 5208

6. Initial Term: July 1, 2000 through December 31, 2004. Contract Period 1 shall commence July 1, 2000 and shall end December 31, 2002. Each consecutive twelve month period thereafter shall be deemed a Contract Period.

7. Renewal: See attached Exhibit D.

8. Royalty Rate:

Wholesale Sales: 8% of Net Sales of Licensed Articles bearing solely wholly-owned stamp designs and 6% of Net Sales of Licensed Articles bearing solely non-wholly owned stamp designs (i.e. Jointly-Owned Stamp Designs or stamp designs listed on Exhibit E as "status unknown"). A weighted royalty rate of between 6% and 8% of Net Sales shall apply to any Licensed Article bearing both wholly owned stamp designs and non-wholly owned stamp designs. Said rate shall be calculated based on the percentage that each category of stamp designs represents in relation to the total number of stamp designs used in that particular Licensed Article. For example, if a particular calendar contained 24 stamp designs, 6 of which were wholly owned and 18 of which were non-wholly owned, the applicable rate would be 6.5%, calculated as follows: (6/24 x 8%) + (18/24 x 6%) = 6.5%.

Retail Sales: 5% of Net Sales of all Licensed Articles.

The term "Net Sales" is defined in Exhibit B to this Agreement.

9. Guaranteed Minimum Royalty and Schedule: Licensee shall pay the following Guaranteed Minimum Royalties for the Initial Term:

| | |
|---|---|
| Contract Period 1 [7/1/00-12/31/02] | $50,000.00 |
| Contract Period 2 [1/1/03-12/31/03] | $ 50,000.00 |
| Contract Period 3 [1/1/04-12/31/04] | $ 50,000.00 |

The Guaranteed Minimum Royalty for Contract Period 1 shall be paid upon execution of this Agreement. The Guaranteed Minimum Royalty for Contract Periods 2 and 3 shall be paid in equal quarterly installments, as described in Section 4(c) of the attached Exhibit B.

10. Payments and Royalty Statements Shall Be Sent to:

USPS Licensing Program
PO Box 7247-7087
Philadelphia, PA 19710-7087

11. Notices to USPS Shall Be Sent to USPS and its Licensing Agent as Follows

USPS notices:

U.S. Postal Service
Licensing Program/Stamp Development
475 L'Enfant Plaza SW, Rm 4474E
Washington, DC 20260-2437

Representative notice:

Equity Management Inc.
4365 Executive Drive, Ste. 1000
San Diego, CA 92121
Attn: Manager of USPS Licensing Program

12. Notices to Licensee Shall Be Sent to:

Sterling, Winchester & Long
P.O. Box 211299
Martinez, GA 30907-1299
Attn. J.G. Long

13. Insurance: $1,000,000 U.S. with a deductible that does not exceed 10%.

14. Form of Copyright And Trademark Notices: See Exhibit A to this Agreement.

15. Marketing Dates:

| | |
|---|---|
| Deadline for prototypes to Licensor: | 7/31/00 |
| Deadline for initial manufacturing run: | 12/31/01 |
| Deadline for submission of advertising and promotion materials: | 12/31/01 |
| Initial sale to Distribution Channel: | 12/31/01 |

16. Standard Terms And Conditions: See Exhibit B to this Agreement, which is incorporated herein bv reference.

17. Licensee Federal Tax Identification Number: 57-1099225.

18. Other Terms And Conditions:

(a) Prior to execution of this Agreement Licensee registered the following domain names containing Licensed Properties belonging to the USPS:

"uspscalendar2001.com"
"uspscalendar2002.com"
"uspscalendar2003.com"
"uspscalendar2004.com"
"uspscalendar2005.com"
"uspscalendar.com"
"uspsofficialcalendar.com"

Licensee hereby irrevocably assigns all rights, title and interest it has in said domain names to USPS and agrees to execute any additional documentation that might be necessary to formalize said assignment. USPS hereby grants to Licensee the exclusive right to use the domain names "uspscalendar2002.com," "uspscalendar2003.com," "uspscalendar2004.com" and "uspscalendar2005.com" during the term of this Agreement for the sole purpose of selling the Licensed Articles. Licensee may not use the domain names "uspsofficialcalendar.com" or "uspscalendar.com" at any time for any purpose. USPS shall not, during the Initial Term or any renewal term, use, or license others to use, the above listed domain names for any purpose.

Licensee represents and warrants that it has not registered any other domain names containing Licensed Properties belonging to the USPS and that it shall not register any other domain names containing Licensed Properties belonging to the USPS without USPS' prior written permission.

Upon EMI's receipt of satisfactory documentation of said registrations and the cost thereof, Licensee shall be entitled to recoup any registration fees actually incurred and paid prior to September 1, 2000 in the form of an offset against its Guaranteed Minimum Royalties in Contract Period 2. Any other expenses related to said domain names, including registration fees incurred or paid after September 1, 2000, and the cost of development and maintenance of any websites associated with those domain names, shall be the sole responsibility of Licensee. All webites shall be subject to the review requirements set forth in this Agreement and to any USPS policies or procedures governing websites.

(b) Licensee acknowledges that the USPS is unable to confirm that it is the sole owner of those stamp designs listed on Exhibit E as "status unknown," and that third parties may claim an ownership interest in certain of those stamp designs. In the event a third party asserts an ownership interest in any of the stamp designs listed on Exhibit E as "status unknown," it shall be Licensee's sole responsibility to attempt to obtain permission from the third party to use such stamp design. Any expense related to obtaining said permission, including payment of royalties, shall be borne solely by Licensee and shall not modify in any way Licensee's obligations under this Agreement. If Licensee is not able to obtain permission from the third party, Licensee shall immediately discontinue its

use of the subject stamp design, without modification of Licensee's obligations under this Agreement; provided, however, that Licensee shall have the right to request approval from USPS in accordance with the procedures set forth in Paragraph 18(c) below to substitute another stamp design in place of that stamp design it is unable to use.

Licensee further acknowledges that the exclusive nature of this Agreement is limited to those stamp designs that are wholly owned by USPS.

(c) Licensee shall have the right to supplement the stamp designs listed on Exhibit E with up to fourteen (14) additional stamp designs, which stamp designs will be selected in accordance with this provision. Licensee shall submit to USPS a list of those additional stamp designs it wishes to utilize, along with an indication of the thematic grouping in which it will be used. USPS will then have thirty (30) days in which to approve or deny the request, in its sole discretion. If, as a result of USPS denying Licensee's request in whole or in part, Licensee does not obtain approval of fourteen (14) stamp designs through the first request, Licensee shall be permitted to submit additional requests until it has received approval of fourteen (14) additional stamp designs or May 31, 2002, whichever is sooner.

In the event Licensee requests approval to use as part of the fourteen additional stamp designs any Jointly-Owned Stamp Designs, as that term is defined in Exhibit B, the request must be accompanied by proof, in a form acceptable to USPS, that Licensee has secured permission from the Joint Owner to use said stamp design. Any expense related to obtaining said permission, including payment of royalties, shall be borne solely by Licensee and shall not modify in any way Licensee's obligations under this Agreement. Licensee acknowledges that it shall be in the sole discretion of USPS to grant or deny a request to use a Jointly-Owned Stamp Design as part of the fourteen additional stamp designs, and that USPS shall not be obligated to grant such a request even if Licensee has secured permission from the Joint Owner to use said stamp design.

IN WITNESS WHEREOF, duly authorized representatives of USPS and Licensee have executed this Agreement, including the terms and conditions set forth in the attached Exhibits A and B.

| USPS | STERLING, WINCHESTER & LONG |
|---|---|
| By: H. Diane Fagan | By: J. G. Long |
| Name: H. Diane Fagan | Name: J. G. Long |
| Title: Contracting Officer | Title: Chief Managing Officer |
| Date: 1-31-01 | Date: 1-4-01 |

USPS

## EXHIBIT A -- LICENSED PROPERTIES

"Licensed Properties" shall mean the following United States Postal Service trademarks, service marks, trade dress and/or copyrights:

United States Postal Service® (USPS) Corporate Signature
Postal Seals (1782-1993 [® or ™])
Postmark USA™

Those USPS stamp designs listed on Exhibit E, including any supplement thereto approved in writing by USPS [© ____ (year first publ.)]

Each use of a Licensed Property shall be accompanied by the appropriate designation indicated above. Each Licensed Article shall bear the following notice: "Trademarks and copyrights used herein [or hereon] are properties of the United States Postal Service and are used under license to Sterling, Winchester & Long. All rights reserved." Licensee shall display the marks listed above only according to the specifications provided by USPS.

**Concurrence (Initial)**

# EXHIBIT B -- STANDARD TERMS AND CONDITIONS

These Standard Terms and Conditions shall be deemed fully incorporated in the License Agreement ("Underlying Agreement") to which this Exhibit B is attached, and these Standard Terms and Conditions and the Underlying Agreement shall hereinafter collectively be referred to as the Agreement. All terms used in these Standard Terms and Conditions shall, unless expressly provided to the contrary herein, have the same respective meanings as set forth in the Underlying Agreement. Unless expressly provided to the contrary herein, to the extent that any provision of these Standard Terms and Conditions conflicts with any provision of the Underlying Agreement, the Underlying Agreement shall control.

1. **Definitions**: For purposes of this Agreement, the following terms shall have the following specified meaning:

a. "Close-Out" means the sale of merchandise at a very low price in order to reduce inventory in a short time, which shall be permitted during the Sell-Off period under the terms and conditions specified herein.

b. "Collateral Materials" means packaging, cartons and containers, packing and wrapping material, tags and labels.

c. "Net Sales" mean the Licensee's gross sales, less only sales taxes and returns actually allowed by Licensee.

d. "Jointly-Owned Stamp Designs" means those United States postage stamp designs featuring trademarks, copyrights, or rights of publicity that are owned or controlled by USPS and a Joint-Owner(s).

e. "Joint-Owner(s)" means an entity, other than USPS or Licensee, recognized by USPS as owning rights in a stamp design.

f. "Premium" means any article used for the purpose of increasing the sale, promoting, or publicizing any other product or any service, including but not limited to incentives for consumers, sales forces, members of the trade, or fund-raising.

g. "Promotional Materials" means all advertising and sales materials, including but not limited to sales sheets, brochures, direct mail, and catalog layouts.

h. "Sell-Off Period" means the ninety (90) day period commencing after the termination of the Agreement, during which Licensee may dispose of excess inventories of Licensed Articles.

i. Unless otherwise stated herein, all references to "day(s)" shall refer to calendar days, not business days.

The terms identified in the Underlying Agreement shall have the meanings specified herein for purposes of this Agreement.

2. Grant of License:

a. Grant: Subject to the limitations set forth herein, USPS hereby grants to Licensee a non-transferable, non-exclusive license to design, manufacture, have manufactured, sell, distribute, and advertise Licensed Articles bearing the Licensed Properties in the Licensed Territory during the Contract Periods provided herein.

b. Limitations on Grant:

(1) Licensee shall not have the right to grant sublicenses of any or all of its rights under this Agreement unless it first obtains USPS' prior written consent to each sublicense, which consent shall not be unreasonably withheld.

(2) No license is granted hereunder for the use of the Licensed Properties for any purpose other than upon or in connection with the Licensed Articles.

(3) USPS licenses Licensee to use the USPS corporate signature identified in Licensed Properties only in connection with the sale of Licensed Articles displaying Licensing Properties that are stamp designs and only for the purpose of indicating that the use of the Licensed Properties are authorized by USPS.

(4) Except as set forth in the Underlying Agreement, nothing in this Agreement shall be construed to prevent USPS from granting any other licenses for the use of the Licensed Properties in any manner whatsoever.

(5) Licensee shall not sell or distribute the Licensed Articles in any country outside the Licensed Territory and will not knowingly sell the Licensed Articles to persons who intend or are likely (based on information known to Licensee) to resell them in any country outside the Licensed Territory. Notwithstanding the foregoing, Licensee may sell and ship Licensed Articles outside the Licensed Territory in response to orders placed via Licensee's website provided that no such individual order is for more than five (5) of any one Licensed Article.

(6) No license is granted hereunder for use of the Licensed Properties in connection with or on premium sales, close-outs, door-to-door, television sales (excluding home shopping television networks), infomercials, contest products, combination sales, or any similar methods of merchandising.

(7) USPS reserves any rights not expressly granted herein.

c. Licensee's Obligations:

(1) Licensee agrees to use its best efforts to sell, distribute and supply the Licensed Articles within the Licensed Territory. Licensee must begin the bona fide manufacture, distribution, and sale of the Licensed Articles on a Licensed Territory-wide basis on or before the date specified in the Underlying Agreement. Failure by the Licensee to timely engage in full and regular distribution and active marketing of the Licensed Articles is considered a material breach of this Agreement. If Licensed Articles are out of distribution in any country of the Licensed Territory for more than twelve (12) months, USPS may terminate the Agreement with respect to those specific Licensed Articles and country or countries of the Licensed Territories, at any time, in its sole discretion, and any and all rights in and to those Licensed Articles in those countries within the Licensed Territory revert immediately to USPS. If any rights with respect to some, but not all specific Licensed Articles or countries within the Licensed Territory shall revert to USPS pursuant to this paragraph, all of the remaining terms and conditions of this Agreement shall remain in full force and effect, including, but not limited to, payment of specified Royalty Payments and Guaranteed Minimum Annual Royalty.

(2) Licensee further undertakes to make and maintain adequate and reasonable arrangements for the distribution of Licensed Articles through the Channels of Distribution specified in the Underlying Agreement. Licensee agrees to maintain adequate inventories of the Licensed Articles as an essential part of its distribution program. All Close-outs shall be sold only through retail outlets and traditional and accepted dealers in such merchandise and upon such terms and conditions as USPS,

in its reasonable discretion, determines appropriate, and shall not be sold to any person or entity which Licensee knows, or has reason to know based on information known to Licensee, will export such Close-outs from the Licensed Territory.

3. Term: This Agreement shall be for the period set forth in the Underlying Agreement, unless sooner terminated in accordance with the terms and conditions set forth herein.

4. Payment:

a. Royalty Rate: Licensee agrees that it will pay USPS a non-refundable royalty equal to the percentage set forth in the Underlying Agreement on Licensee's Net Sales of Licensed Articles made during the Term of this Agreement, any extensions or renewals, and any Sell-off Period ("Royalty Payments").

b. Guaranteed Minimum Payment: Licensee agrees to pay USPS the Guaranteed Minimum Royalty set forth in the Underlying Agreement, according to the payment schedule set forth therein. The Guaranteed Minimum Royalty Payment is an advance against and is deducted from the Royalty Payments due during the Initial Term. No portion of the Guaranteed Minimum Royalty Payment is refundable under any circumstance. If this Agreement is terminated as a result of a material breach of the Agreement by Licensee, the greater of all Guaranteed Minimum Royalty Payments and/or earned Royalty Payments due for the remainder of the Initial Term of the Agreement and any agreed-upon renewals thereof shall immediately become due and payable.

c. Statements and Payments: On or before the fifteenth (15th) day of the month following each calendar quarter, Licensee shall submit a full, accurate, and detailed statement in the format outlined in Exhibit C, signed by an authorized officer of Licensee, and certified as accurate, and simultaneously shall make all payments thereon. Such statements and payments shall be made payable to the U.S. Postal Service Licensing Program at the address in the Underlying Agreement, with a copy to USPS's representative at the address in the Underlying Agreement. Interest shall be charged against Licensee at the rate of one and one-half percent (1½%) over the current prime rate (CitiBank) or the maximum rate permitted by law, whichever is lower, and shall accrue on each unpaid amount from the first day payment becomes due through the date of payment. Licensee hereby waives all claims to the return of any royalty payments once made, including but not limited to claims for refund of payments for returns of Licensed Articles in subsequent reporting periods. Licensee shall furnish such statements to USPS whether or not any Licensed Articles were sold during the Period.

d. Sales to the Postal Service: Licensee shall not be required to make royalty payments on sales of Licensed Articles to USPS, whether for promotional use or retail sale, but Licensee shall reduce the sales price paid by USPS by an amount equal to the royalty. Licensee shall identify all sales to USPS on its quarterly statements.

5. **Approvals and Quality Control:** USPS shall have the right to approve or disapprove the nature and quality of all products or services offered for sale under this Agreement, the appearance and use of all marks licensed under this Agreement, and the appearance and use of all advertising and promotion for the products or the marks covered by this Agreement, which approval shall not be unreasonably withheld.

a. USPS Approval of Licensed Articles: The styles, designs, packaging, contents, workmanship, and quality of all Licensed Articles and associate materials must be approved by USPS prior to the distribution or sale thereof. USPS maintains the right to take all reasonable actions which it deems necessary to ensure that Licensed Articles manufactured or sold hereunder are consistent with the high quality and reputation of the Licensed Properties.

b. Licensee Compliance with Applicable Law: All Licensed Articles shall be manufactured, sold, labeled, packaged, distributed, and advertised in accordance with all applicable laws and regulations.

c. Delivery and Approval of Samples:

(1) Licensee shall, before selling or distributing any Licensed Articles, furnish to USPS free of cost, for written approval, one each of concept art, final art, mock-ups, and prototypes of the Licensed Articles, and all designs which Licensee intends to use in connection with the Licensed Properties, to be followed by six (6) production samples of each Licensed Article, together with its Collateral Materials, and any additional samples as may be reasonably required. Licensee shall also submit all Promotional Materials for prior written approval by USPS. The Licensed Articles, Collateral Materials, and Promotional Materials shall be of a standard of quality,

appearance, and style approved in writing by USPS prior to any advertising, sales, distribution or use of same taking place. All approvals shall be solely at USPS' reasonable discretion, including that the item does not fit and/or reasonably support the imagery and equity of the Licensed Properties or the USPS.

(2) Any item submitted for approval shall be approved or disapproved within twenty (20) calendar days after receipt. USPS may extend the approval period an additional ten (10) calendar days by giving written notice to Licensee. Any disapproval shall include a written explanation of the reason(s) for the disapproval, and shall be without prejudice to Licensee's right to modify the item and re-submit it for review. If Licensee has not received approval or disapproval within the provided time frame, the submission shall be deemed disapproved. All approvals shall be solely at USPS' reasonable discretion, including that the item does not fit and/or reasonably support the imagery and equity of the Licensed Properties or the USPS.

(3) After samples of the Licensed Articles, Collateral Materials, and Promotional Materials have been approved pursuant to this paragraph, Licensee shall not depart therefrom without written consent by USPS. In the event there is a departure from the approved samples, USPS shall have the right in the reasonable exercise of its sole discretion to withdraw its approval of such Licensed Articles, Collateral Materials, or Promotional Materials or terminate this Agreement unless Licensee cures such breach within thirty (30) calendar days of written notice of same.

d. Use of Property: License shall not use any other trademark or design in combination with any Licensed Property on any Licensed Article without USPS' prior written approval. Licensed Articles shall not be sold or otherwise distributed by

Licensee under any mark other than the Licensed Properties. Licensee shall cause to appear on all Licensed Articles produced hereunder, and on their tags, packaging, and the like such legends, markings, disclaimers, and trademark and copyright notices as USPS may specify. Whenever Licensee reproduces the stamp designs set forth in Exhibits A and E, it must reproduce them in their entirety on the Licensed Articles and licensee shall make no alterations, additions, subtractions, or modifications to such stamp designs without USPS' prior written approval. If any such alterations, additions, subtractions, or modifications result in the creation of a new or derivative work within the meaning of copyright law, Licensee hereby assigns any and all rights to such works, including but not limited to any and all copyrights, to USPS.

6. <u>Confidentiality</u>: Any information or documents received or learned by Licensee in any form related to USPS's stamp program, future stamp images, or any postal programs or initiatives not publicly available, shall constitute Confidential Information. Until such time as Licensee releases a Licensed Article, the specific design features of the Licensed Articles shall constitute Confidential Information, but Licensee's identity and the general nature of the Licensed Articles shall not constitute Confidential Information. The parties are strictly prohibited from disclosing any Confidential Information. Failure to adhere to this requirement is a material breach of contract.

7. <u>Records</u>: Licensee agrees to keep accurate books of account and records covering all transactions relating to this Agreement. USPS and its duly authorized representatives shall have the right at all reasonable hours to examine such books of account and records in Licensee's possession or under its control with respect to the subject matter and terms of this Agreement, and shall have free and full access thereto

for such purposes and for the purpose of making copies thereof. All such books of account and records shall be kept available for at least three (3) years after the termination of this Agreement. Licensee further agrees, in order to facilitate inspection of its books and records with respect to amounts due, that it will designate a symbol or number that will be used exclusively in connection with Licensed Articles and with no other articles which Licensee may manufacture, sell or distribute. In the event that USPS or USPS' duly authorized representatives shall discover a discrepancy in favor of USPS of six percent (6%) or more on any Royalty Statement, Licensee shall pay to USPS the reasonable cost of such examination. The fee for said examination shall be Five Hundred Dollars ($500) per day, but in no event shall Licensee be charged in excess of Three Thousand Dollars ($3000) for any individual examination.

8. **Intellectual Property Rights:**

a. Licensee recognizes the great value of the goodwill associated with the Licensed Properties and acknowledges that all rights therein and goodwill attached thereto belong exclusively to USPS, and that all use of the Licensed Properties will inure to the benefit of USPS.

b. USPS may seek, in its own name and at its own expense, appropriate trademark and/or copyright protection for the Licensed Properties. USPS shall retain all right, title, and interests in the Licensed Properties, including any modifications or improvements made to the Licensed Properties by Licensee, but expressly excluding any calendar design developed by Licensee for use with the Licensed Articles provided that such design does not incorporate or include the Licensed Properties or any

designation, insignia or mark which is the same as or confusingly similar to the Licensed Properties.

c. In the event Licensee requests that USPS obtain copyright, trademark, or other such protection for a particular item or in a particular country where USPS had not heretofore obtained such protection, USPS agrees to take reasonable steps to obtain such protection, provided, however, that Licensee shall reimburse USPS for the costs of filing, prosecuting, and maintaining same. Nonetheless, USPS shall own such copyright, trademark, or other such protection for a particular item or in a particular country and License shall make any assignments of rights to USPS necessary to transfer ownership of such copyrights, trademarks or other protection to USPS.

d. Licensee agrees that, during the term of this Agreement or thereafter, Licensee will not contest, harm, misuse, or bring into disrepute any of USPS's rights, in and to the Licensed Properties, or contest the validity of this Agreement. Licensee acknowledges and agrees that USPS would not have an adequate remedy at law and would be irreparably harmed in the event Licensee were to misuse, harm, or bring into disrepute any of USPS' Licensed Properties or if Licensee were to breach any term of this Agreement concerning the proper use of the Licensed Properties. Accordingly, it is agreed that, in the event of any breach or threatened breach of this paragraph or any term or condition of this Agreement concerning the proper use of the Licensed Properties, USPS, in addition to any other remedies at law or in equity, shall be entitled to equitable relief, including but not limited to immediate injunctive relief without the requirement of posting a bond or other security and without resorting to Arbitration herein.