IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER, & LONG, L.L.C. | ) | |
| Plaintiff, | ) | No. 05-297C |
| v. | ) | (Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 7 of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 51 days, to and including January 18, 2008, within which to file our opposition to the motion for summary judgment filed by plaintiff Sterling, Winchester & Long, L.L.C. and our cross-motion for summary judgment. Our opposition and cross-motion is currently due to be filed on November 28, 2007. This is our first request for an enlargement of time for this purpose. Government counsel has discussed this request with counsel for Sterling, Winchester & Long, who indicated by telephone on November 16, 2007, that Sterling, Winchester & Long does not oppose this request.

This motion is necessary so that the Government will have sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our brief. In particular, the undersigned will be engaged in preparation of the Government's brief in an international arbitration matter pending before the LCIA, United States v. Canada, No. 7941, due November 28, 2007. Moreover, the undersigned will be engaged in preparation for the arbitration hearing to be held in the United States v. Canada on December 12, 2007. In addition, the undersigned has been engaged in preparation of the Government's opposition to summary judgment and

cross-motion for summary judgment in Moreno v. United States, Fed. Cl. No. 05-142. The undersigned counsel will be required to devote substantial amounts of time to preparation of the Government's brief in the Moreno matter as it is a fact-intensive collective action involving hundreds of plaintiffs. The undersigned counsel will also be engaged in preparation of the Government's reply brief in Sitco General Trading and Contracting Co., W.W.L. v. United States, Fed. Cl. 07-226, due January 4, 2008.

Finally, Sterling Winchester & Long plans to take the depositions of two of its witnesses for use at trial the week of January 7, 2008. The undersigned counsel will necessarily be required to devote significant amounts of time to preparing for these depositions.

For these reasons, we respectfully request that the Court grant our unopposed motion for a 51-day enlargement of time within which to file our opposition and cross-motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidsion by Reginald T. Blades, Jr.
JEANNE E. DAVIDSON
Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

November 19, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 19th day of November, 2007, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah