# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-297C

(Filed: November 27, 2007)

## ORDER

Defendant's unopposed motion, filed November 19, 2007, for an enlargement of time to file its opposition to plaintiff's motion for summary judgment and to file its cross-motion for summary judgment, to and including January 18, 2008, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims