IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STERLING, WINCHESTER, & LONG, L.L.C. | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-297C (Senior Judge Margolis) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to Rule 7 of the Rules of this Court, defendant, the United States, respectfully requests an enlargement of time of 10 days, to and including January 28, 2008, within which to file our opposition to the motion for summary judgment filed by plaintiff Sterling, Winchester & Long, L.L.C. and our cross-motion for summary judgment. Our opposition and cross-motion is currently due to be filed on January 18, 2008. This is our second request for an enlargement of time for this purpose. Government counsel has discussed this request with counsel for Sterling, Winchester & Long, who indicated by telephone on January 8, 2008, that Sterling, Winchester & Long does not oppose this request.

This motion is necessary so that the Government will have sufficient time to finish drafting, incorporate comments of agency counsel, and obtain review of our brief. In particular, the undersigned will be traveling overseas for the funeral of a family member from January 12, 2008 through January 23, 2008.

For these reasons, we respectfully request that the Court grant our unopposed motion for a 10-day enlargement of time within which to file our opposition and cross-motion.

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

s/ Jeanne E. Davidson
JEANNE E. DAVIDSON
Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch, Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit, 8th Floor
Washington, D.C. 20530

January 8, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 8th day of January, 2008, a copy of the foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah