# In the United States Court of Federal Claims

| | |
|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, | No. 05-297C |
| v. | (Filed: January 9, 2008) |
| THE UNITED STATES, Defendant. | |

**O R D E R**

Defendant's unopposed motion, filed January 8, 2008, for an enlargement of time to file its opposition to plaintiff's motion for summary judgment and to file its cross-motion for summary judgment, to and including January 28, 2008, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims