| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 9/13/00 | 3:30 PM | Note | Robin & I s/w JG & answered many of his questions....we said yes to some of his requests & no to some, such as exclusivity & the signing of a confidetiality Agmt. He was not pleased with our no answeres, so requested that he get to s/w whomever has the authority to make decisions around here. We tried explaining that that was us, but he still insisited that he s/w Dana or someone at that level. (Robin & I are convinced that he just wants someone to say yes to all of his requests, and he prefer to s/w a man.) | Marcie Chick |
| 9/13/00 | 11:11 AM | Note | L/M for JG asking him to call & let me knwo when he'd be available to s/w Robin & I regarding all remaining issues, including website. Said we're availbale anytime after 1:30pm. | Marcie Chick |
| 9/13/00 | 11:09 AM | Note | Went over the issues w/JG, although I had limited reasons as to why not. Was going to have Robin speak to him on the issues, but she couldn't w/o a release from his lawyer. JG's main concern focuses around the web-site issue & wants the legal language faxed to him. Asked Robin if she could do this & she said she is not going to fax back & forth, but she is willing to s/w him on all remaining issues so that we can address them all at once. | Marcie Chick |
| 9/12/00 | 3:50 PM | Note | Called & l/m for JG saying that I s/w RObin & I have responses to the issues he had. | Marcie Chick |
| 9/12/00 | 1:00 PM | Call Completed | Conference call w/ JG & Ilene to discuss business issues of Agmt. Had conf. call & most of his issues were legal, so said I'd get w/Robin & get back w/him. Went over the issues w/Robin & she agreed to some, but not most, as most of his issues were previously discussed b/w Robin & Russel (JG's lawyer). | Marcie Chick |
| 9/8/00 | 1:20 PM | Call Left Message | Call JG w/reason for the delay in the review forms after s/w Ilene. L/m saying that we expected to have them back from USPS today, so we should get them to him today or first thing next | Marcie Chick |
| 9/8/00 | 10:23 AM | Note | O/N most recent copy of Agmt. to Ilene & asked her to call me on Monday to discuss JG's concerns prior to our Tuesday conf. call. Also l/m for JG informing him of 1pm my time, 4pm his time conf. call on 9-12 & asked him to call me & let me know what # he can be reached at & what the issues for discussion will be. | Marcie Chick |
| 9/8/00 | 9:38 AM | Note | Ilene called & said that she had a pleasant conversation with JG yesterday, and that he's requested that we have a conference call w/him to go over the "business issues" on the contract. Ilene requested that we have the call on Tuesday @ 1pm, my time & that she & I speak regarding it on Monday b/4 our Tuesday call. She also asked me to send her a copy of the most current contract in the O/N & asked me to have Marna turn the review forms around today. Asked Marna to do this & she said she'd try her best. | Marcie Chick |
| 9/6/00 | 5:53 PM | Note | JG called & wondered what the delay was on the revised review forms from USPS. I informed him that I did not know the reason for the delay, but would look into it & get back with him. I suggested that the delay may be b/c we don't have a signed Agmt. He said that's fine, but he wants to know why it's taking so long. I asked Marna what the hold up was & she said she has no idea & that USPS has not been responding to our messages, so I e-mailed Ilene asking her to find out what's taking so long & to get back to me ASAP. | Marcie Chick |
| 9/1/00 | 9:42 AM | Note | Robin faxed a redlined revised Agmt. to Russel (JG's lawyer) for review. | Marcie Chick |
| 8/25/00 | 5:58 PM | Note | Had discussion w/JG explaining that exclusivity could not happen, but we are willing to extend his 1st year term to go thru 2002 & that if he did not do a 2001 calendar, then min. guar. would stay at $50K, but if he did a 2001 calendar, min. guar. would be $50K plus 2001 earned royalties He says that sounds good, so I informed Robin that this change should be made to the Agmt. | Marcie Chick |
| 8/23/00 | 5:31 PM | Note | JG called asking fi I got his fax (I did - it was the list that Adam identified as WO & JO). He asked if we went over the ones that he used on the calendars to confirm if they were WO & I said that we had briefly but that we wouldn't go to USPS for final confirmation from until we had a signed Contract & he understood that. I said that Frederick Douglas may be in question since we identified the list, but again no answer until the contract is signed. He said that he s/w his lawyer & understands no on exclusivity & wanted to know what would qualify him for it in the future. I said that I really couldn't say b/c USPS has ultimate say on this & that our guidelines may change in the future. He asked if he tripled his guarantees each year if that would be enough & I explained that if he tripled his guarantees, increased his product line, was in good standing (paid on time, no breach, etc.), had increased distribution, etc. that we would entertain the idea of exclusivity. | Marcie Chick |
| 8/23/00 | 5:29 PM | Note | Sat in on convesation w/JG's lawyer & Robin (earler today)---we informed him that we cannot grant an exclusive Agmt, but that SWL could come to us in 2-3 years to reevaluate the opportunity @ that time. | Marcie Chick |
| 8/22/00 | 4:45 PM | Note | JG called & I informed him that review forms would be redone & sent to him w/less subjective comments...he was happy about that. I said that I thought that he'd just be doing one calendar this year & said oh no, 5! I explained that of those 5 calendars, several stamp designs are JO & if is highly unlikely that he will be able to obtain JO authorization....he said that he thought all the calendars only had JO. I informed him that the Major League Baseball was definitely JO, so he said that he'd probably have to hold off on that one for 2001 & that Black Heritage has JO & he said according to the list that I faxed him (that Adam identified as W or JO), he isn't using any JO b/c he only used black stamps that we identified as WO...he said he'd fax me back the form he was going off of. (this is strage though...USPS claimed that the calendar contained JO stamps). I asked him if he really thought he'd have calendars out for 2001 & he said yes, but then maybe...he then asked if he didn't, could we lower his minimums & I said NO b/c we addressed this during initial conversations & I have written confirmation that SWL is confident they'll meet minimums. But, I said I'd be more than willing to extened the terms of his Agmt. so that year 1 would go thru 2002 & he said he'd let me know if we needed to change anything. I also said no on exclusivity & that we'd advise his lawyer of the details tomorrow (Robin & I), but explained that we just don't write exclusive Agmts, especially to a start up business that we have no relaitonship with b/c it's risky for ALL parties involved. He then siad that he couldn't respond to this are b/c his lawyer is being paid good $ to handle this. Fine. | Marcie Chick |

1871

| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 8/22/00 | 1:25 PM | Note | Called & l/m for JG to call me to inform him that review forms will be redone & refaxed to him...asked him to call me. (also need to know if he's doind 1 or 5 calendars for 2001) | Marcie Chick |
| 8/22/00 | 1:19 PM | Note | Ilene called & asked me to call JG to find out if they'll be doing 1 or 5 calendars for 2001 b/c they need to get joint-owner approval for all but 1 calednar before they can go to market on them. If JG already has joint-owner approval, then that's fine but he needs to provide us w/documentation of the approval. She also wants me to inform JG that he can disregard the previously faxed review forms b/c USPS will be recompleting them to state things like higher resolution/quality artwork needed, remove postal seal as it is not relevant, add TM notice to back, etc. USPS would also like to know what the stock # is on the paper that will be used for the final calendar(s). | Marcie Chick |
| 8/22/00 | 11:54 AM | Note | Had conference call w/Dana, Ilene, Desiree, Marna & myself. Dana said that USPS cannot give subjective reviews & can't disapprove something based on personal tastes/styles. If we tell a l'ee that they need to change the layout, color, design, etc. of a product & it fails then they can blame it on us & demand their money back...so they can only provide suggestions for improvement (based on our expertise in this industry), but we cannot NOT approve something becuase of this. USPS cannot design out l'ees' products. Ilene said that USPS will not approve the product unless the design is changed & Dana said that that's fine if they decide to not approve the products, but they need to have black & white reasons & it can't just be because they don't like it! Dana said it's Ilene's job to make sure the deal doesn't die with the client (she needs to sell the client on the product). USPS will be in SD on Sept. 13 & 14 - a mtg. will take place to implement product admin. guidelines. In the interim, however, prduct admin. is to remove USPS' comments on all review forms & resubmit to them for review so that they can review w/o being subjective. | Marcie Chick |
| 8/21/00 | 2:24 PM | Note | E-mailed & l/v/m for Ilene saying that Dana wants us (me, him, Ilene, Marna & Desiree) to have a conference call to disucss this & asked her when she'd be available tomorrow. | Marcie Chick |
| 8/21/00 | 2:20 PM | Note | Updated Dana on the below & he said why wouldn't we review this final calendar....we've reviewed the others & I explained that USPS disapproved 3 of the 4 other submissions b/c of poor quality, layout, color schemes, etc. & we're spending time on this guy & we don't even have a signed contrac; just a signed TS...again, Dana said well, we reviewed the other calendars under the same circumstance (no signed contract). I explained that USPS is willing to work w/SWL to assist them w/the layout & design of the calendars to make them more marketable & he said the we DO NOT want to do this b/c if USPS starts telling SWL what the calendar should look like & them it fails, it's b/c we told them to make the changes & to do it our way!! He says that we need to have a mtg. w/me, Dana, Ilene, Marna & Desiree to discuss this. | Marcie Chick |
| 8/21/00 | 2:13 PM | Note | Ilene called Marna & asked me to be involved in the conversation....USPS has disapproved 3 of the 4 calendar submissions & they do not like the layout, design, color schemes, etc. of the calendar, but are willing to meet w/JG to provide him with suggestions for improvement. Ilene is also concerned b/c 2001 calendars are already on the market & we're reviewing calendars for 2001 that USPS does not like & they probably will not be able to get into the market place anyway...plus we have no signed contract yet. Ilene says that she'll call Cindy @ SWL & inform that USPS is willing to work w/them to enhance the calendars. Marna rec'd 1 add'l calendar for review & has put it on hold, per Ilene b/c we are awaiting a sample that demonstrates FINAL printing quality b/c USPS wants to see final qualtiy. Ilene asked me how Dana felt about this...said I'd find out. | Marcie Chick |
| 8/21/00 | 11:45 AM | Note | Rec'd Russel's fax on Friday...Robin & I reviewed it & sent him a copy of the letter that was sent to JG in July b/c Russel's fax identified issues that were previously discussed w/JG. Robin said she'd call Russel by the end of the day if he didn't call her b/c we need to but this to the bed one way or the other...either they agree to our terms (with some modifications at their request) or | Marcie Chick |
| 8/18/00 | 1:19 PM | Note | Called Russel Mobley, but got vm, so l/m saying that we have not rec'd his fax & wondered when I'd have it....asked him to call & let me know when I'd have it. | Marcie Chick |
| 8/16/00 | 3:29 PM | Note | Marna was not able to fax review forms to the above fax #, so l/m for JG telling him this & asked him to call Marna w/the correct fax # or an alternate one. | Marcie Chick |
| 8/16/00 | 3:28 PM | Note | JG called back w/his lawyer, Russel Mobley, and said that Russel would be faxing Robin & I a letter outlining issues for discussion regarding the contract. He said we should have it tomorrow morning. Said we would review it upon receipt & contact him w/any questions. His ph# is | Marcie Chick |
| 8/16/00 | 1:53 PM | Note | Called & l/m for JG to call regarding the status of the contract...asked if his Attny's have reviewe yet. | Marcie Chick |
| 8/11/00 | 2:12 PM | Note | Ilene called & said that Theresa of USPS called & said that they rec'd the prototype product & that they laughed at it b/c the quality was so poor. I explained to Ilene that per Marna, JG indicated that he was aware that the quality & resolution of the calendar was poor & that once they went to print it would be significantly better. Got Marna involved b/c Ilene was asking me product related ?s & we all decided that we need to contact JG & advise him that we need to see what the end result will look like for quality purposes (this is b/c USPS is having difficulty foreseing what the end product will look like & the prototype quality is so poor). I asked Ilene to make the call & e-mailed her JG's contact info. | Marcie Chick |
| 8/11/00 | 2:11 PM | Note | Dana says that there is not much else we can do except once we get an executed Agmt., we should write a letter & have them sign it indicating that they understand that this Agmt. does not give them authorization to sell to USPS & that even if they did sell to USPS, those sales would not count towards guarantee. | Marcie Chick |
| 8/10/00 | 1:42 PM | Note | Called Ilene & informed her of my discussion w/JG & she says that the postal service has not advised her of any discussions w/JG & they shouldn't be talking to him at all!! Told Ilene that I needed to bring Dana up to speed on this & that I'd contact her w/his feedback. | Marcie Chick |

1872

A48

| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 8/10/00 | 1:27 PM | Note | S/w JG & he said that his Attorneys are in the process of reviewing the Agmt. & that he hoped to get back to me w/any questions by next week. I explained that Mgmt. was concerned b/c we feel that he has entered into this soon to be contract to leverage his way into USPS distribution & he doesn't even have that in his distribution grant. JG said that is not the case at all & he is completely confident that he'll meet his committments w/o the Postal Service. I explained that even ifhe were granted USPS distribution, caledars sold to them would not go against royalties or guarantees. He says that he understands that. I asked him if he's had discusisons w/the Postal Service since our phone conference with Dana approx. 2 weeks ago & he said yes. I asked if he was still s/w Azeez & what they were discussing & he said that he has been advised not to disclose this info. until he has an executed Agmt. I explained AGAIN that he should not be contacting the Postal Service, as we are their exclusive representatives & if he needs to s/w the postal service, he should contact us & we will put him in contact w/the proper person @ USPS. | Marcie Chick |
| 8/10/00 | 9:55 AM | Note | Called & l/m for JG to call...wanted to confirm that he has the Agmt. & wanted to f/u w/him regarding our conversation w/Dana: Selling to Postal Service & amazon.com (we're assuming that he will not be doing this & we NEED IT IN WRITING, per Dana & explain that products sold to USPS do not earn royalties & he doesn't have that disrib. in his grant of rights.) | Marcie Chick |
| 8/2/00 | 7:30 PM | Note | Called & l/m for J.G. saying that the Agmt. was sent to Dunbarton & I apologized b/c I did not inform Robin that JG wanted it mailed to PO Box..so, it's my fault; not Robin's! | Marcie Chick |
| 8/2/00 | 3:00 PM | Note | Rec'd vm from Robin Stemen saying that J.G. called her & that the Agmt. was sent to them via O/N on Monday, but it was sent to the Dunbarton address & JG wanted it to go the the PO Box. | Marcie Chick |
| 8/1/00 | 4:10 PM | Note | Rec'd vm from J.G. saying that he hasn't rec'd Agmt. yet, so he asked me to call him @ 706-231-5558. | Marcie Chick |
| 7/31/00 | 4:57 PM | Note | Agmt. was O/N to l'ee for signature. | Marcie Chick |
| 7/27/00 | 4:56 PM | Note | James Ryder, I believe, is J.G.'s lawyer. | Marcie Chick |
| 7/27/00 | 2:26 PM | Note | Rec'd e-mil from Natacha in NY saying the the list of stamps (state & insects) are WO..So, I l/m informig JG of this. | Marcie Chick |
| 7/26/00 | 11:11 AM | Note | Rec'd e-mail of possible JO stamps for their 2001 calendar & they are state stamps & the insects & spider stamp...to my knowledge, these are all WO, but called Ilene for confirmation & she e-mailed the post office for confirmation. Called J.G. & l/m saying this & asked him to call - need to know if he's having a mtg. w/postal servie in DC, per Ilene. | Marcie Chick |
| 7/25/00 | 5:17 PM | Note | Faxed J.G. a copy of the f/e TS. | Marcie Chick |
| 7/25/00 | 4:50 PM | Note | J.G. called & asked if/when the Agmt. would be mailed & I said I'd have to check w/Robin, but she was on a call, so I l/m for her to call me. He also requested a copy of the TS signed by the client...again need this from Robin, so I e-mailed her asking her to get me a copy. J.G. said he'd have the info. I need by tomorrow. | Marcie Chick |
| 7/24/00 | 2:51 PM | Note | Also asked J.G. when he sent the proposal to USPS b/c they just forwarded it to us again...he said he sent it to them months ago & doesn't need their involvement. Informed Ilene of this. | Marcie Chick |
| 7/24/00 | 2:11 PM | Note | Told J.G. about Dana's response & J.G. further explained that people would be able to select calendars, then USPS calendar, view, & purchase the calendar from anazon's sight. I inforemd J.G. that he did not have that in his distribution & that we MAY allow him to do it, but we can't agree to anything until we have a specific representation of how the web site will look, etc. J.G. said that he'd get that to me & that he'll probably want to amend his Agmt. Didn't talk to him about more $$ for this yet..will do if/when he's serious about this. | Marcie Chick |
| 7/24/00 | 2:10 PM | Note | S/w Dana about amazon.com & he said that before we allow him to advertise via a banner or whatever, we'd have to see a story board & concept of how the product would appear on | Marcie Chick |
| 7/24/00 | 2:07 PM | Note | J.G. called & I informed him that he cannot advertise on the shirts b/c only postal workers can wear shirts w/Corp. Signature. He asked if he could advertise on balloons & I informed him that we'd need to amend his Agmt. to include balloons & other promotional items he would be using. But, I'm not just going to add it if he "might" be using balloons as he said. So, he's going to let mw know what advertising mediums will actually be used for the calendars. Said I'd get him the joint owner list too. He asked if he could advertise on Amazon.com & have a link w/their web-site. Said I had to s/w Dana about that. | Marcie Chick |
| 7/21/00 | 10:29 AM | Note | Called, but got vm, so l/m for J.G. to call me to discuss 1. Advertising on t-shirts (can't do) 2. J.O list (will send) 3. proposal to USPS - when was it sent? Asked him to call. | Marcie Chick |
| 7/21/00 | 9:20 AM | Note | Called Ilene & asked about advertising on polo shirts & said they'd use the corp. sig. or seals & she says they can't do it b/c only postal workers can buy/wear them...great! Said I'd tell him No & she supports that!!! | Marcie Chick |
| 7/20/00 | 2:48 PM | Note | Also informed Dana of the memo that was sent to Ilene to be sent to USPS about the modifications & asked him if he needed to be aware of this, or if I needed to inform Nate & Dana said that in this instance, since they are minimal modificaitons, we would not amend the TS, but instead have legal make the changes in the Agreement - ha! So, I was right!!! He asked me to give a copy of the memo to contract admin. so that we have a copy in our files - I did. | Marcie Chick |
| 7/20/00 | 2:44 PM | Note | Asked Dana about the t-shirts & he said that it would have to be included in their product grant & that we would only allow them a very limited time; i.e., during the introduction of the 2001 calendar. He said that we don't like to do this & that if they are making any sort of profit, they have to pay royalties on them. If they plan on giving away the t-shirts w/ the calendar & thus, upping the selling price of the calendar, then they'd have to pay royalties on them. | Marcie Chick |
| 7/20/00 | 2:37 PM | Note | J.G. called back & wondered what the status was & I advised him that the Agreement was w/legal for drafting. I told him he could submit his product for approval now that the TS was F/E. He asked if he could do advertising on t-shirts...he says they'll be giving the t-shirts away to organizations such as schools, churches, etc. Said I wasn't sure if this was ok & that I had to check w/Dana & I'd get back w/him. | Marcie Chick |

| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 7/20/00 | 1:16 PM | Note | J.G. left me a vm message to call him @ 803-952-6303, so I called & got his vm & asked him to call me back. | Marcie Chick |
| 7/20/00 | 9:00 AM | Note | Robin Stemem informed me that she s/w Ilene & that they have decided to have Robin draft a memo outlining the modifications that will be sent to USPS to make them aware of this (the only difference from this memo & the letter that I sent to Ilene to send to the client w/the TS is that this new memo will not list modifications requested by the licensee that will NOT be made!!). Robin says she will also attach the memo to the Agreement when it goes to the client for signature as a reminder of what terms are different from the TS. I also said that Ilene left me a message & sounded quite upset & Robin said that she is & that Ilene thought that I sounded like I was attacking her in the message I left for her last night-how old are we?? I said that was definitely not the case & that if I did sound rude it was just that I wanted to get this done. Said I'd call Ilene to advise her that I'm not viewing anyone as the bad guy here & that it was just a miscommunicaiton. (I feel like I'm in elementary scholl again!!) | Marcie Chick |
| 7/20/00 | 8:45 AM | Note | Rec'd a very upset vm message from Ilene that stated that she deals with a lot of issues w/USPS & Term Sheets aren't always the most important issues. She also said that she wouldn't send that sort of letter to USPS; they only look @ TS & that, not to sound condescending, but in the future we need to provide her with a cover letter if I wanted any attachments to be sent to the client. (Again, my question is, did she read it because if she had it would've reminded her of the discussion we had with her on these modifications....oh well, we'll deal with this!) | Marcie Chick |
| 7/19/00 | 5:40 PM | Note | Called & left vm for Ilene saying that I thought that she would've sent the letter to the client along w/the TS, or thought that she would've read it & decided how she would get the client's approval on this & suggested that we come up with a plan to rectify this. I suggested that we just make the changes in the Agreement & maybe she could go over the modifications with the client & get authorization prior to their execution of the Agreement. Said we should also point out the modifications on the acutual Agreement when it's sent to USPS for signature. (Ilene can do what she wants to mend this, I just gave a suggestion that seemed logical to me. Maybe she should provide USPS w/a memo for the to initial....afterall, that's what I thought the point of providing her with the letter was!!) | Marcie Chick |
| 7/19/00 | 5:30 PM | Note | Robin Stemen called me earlier today & said that the modified terms we discussed were not outlined in the TS...I said that, as we discussed, we didn't modify the TS due to time constraints & instead sent the letter outlining the changes/discussion w/J.G. to Ilene w/the TS. Robin said that Ilene did not forward the letter the USPS because she thought it was just background information. (Did she read it??? Becuase that would've reminded her of the modifications) | Marcie Chick |
| 7/17/00 | 3:44 PM | Note | Per Ilene, she faxed and O/N TS to client for signature. | Marcie Chick |
| 7/14/00 | 11:21 AM | Note | O/N TS w/letter of modifications to J.G. to Ilene Kent to obtain client's signature - URGENT! RUSH!! | Marcie Chick |
| 7/14/00 | 9:55 AM | Note | Rec'd TS & $$. Contract admin. has $$. | Marcie Chick |
| 7/12/00 | 9:43 AM | Note | Rec'd vm from J.G-he said that he O/N the TS & advance to my attention. | Marcie Chick |
| 7/11/00 | 9:40 AM | Note | Rec'd vm from J.G-he said that he has one loose end to tie up with his investor & things should be done by today...he said he'd call me today with an update. | Marcie Chick |
| 7/5/00 | 9:30 AM | Note | Called J.G. w/Robin to discuss his fax... we said we'd grant him exclusivity for the first year, provided he provide us with a list of all stamp designs that will be used on 2001 calendar. No royalties are paid on products sold to USPS - this is outlined in Agmt. 10 day termination clause relates solely to jointly owned stamps; not termination of Agmt. Only one renewal; which is a total of 6 terms - we were leniant as it was. We agreed to modifying the Agmt. for product approval process to be complted within 10 business days. (We called Ilene for authorization & guidance on the above & she agreed with us.) Robin Stemen was to type the points of our conference call & fax it to his attention. J.G. said, in a conversation we had privatley later, that upon receipt of Robin's fax, he would review it & return the Term Sheets & ask us to make the modifications in the actual Agmt, as we discussed w/Robin earlier. I said that was fine. He said I should have the TS & $ by Monday. | Marcie Chick |
| 6/30/00 | 4:00 PM | Note | Rec'd fax from J.G. regarding questions about TS...said I'd have to consult with Robin Stemen & we would call himtogether on Wednesday with a response. | Marcie Chick |
| 6/30/00 | 9:47 AM | Note | Rec'd message from J.G. saying that he would clal me this afternoon to discuss TS - it was w/his attorney for review. | Marcie Chick |
| 6/27/00 | 9:07 AM | Note | Cindy Latamarack (706-651-1402) called on behalf of J.G. & said that he hasn't rec'd the TS! I said I O/N it on 6/21 & also I/m informing J.G. that it was sent to the P.O. Box, per his request...she said that he hasn't checked the P.O. box, but that he would & if it wasn't there, | Marcie Chick |
| 6/26/00 | 2:20 PM | Call Left Message | Call J.G. to confirm he rec'd TS & list...when will I have it? Got vm, so I/m asking J.G. to call to confirm that he rec'd TS & list & asked when I would have it. | Marcie Chick |
| 6/21/00 | 2:46 PM | Note | Sent TS to l'ee for signature w/list that Adam identified as WO & JO. | Marcie Chick |
| 6/21/00 | 11:25 AM | To-do Done | Check on status of TS & ask if I can send to l'ee due to time limits!! Per Nate, GK has signed, so I should have it today!!! Yippee! | Marcie Chick |
| 6/20/00 | 11:40 AM | Note | L/M for J.G. b/c tried faxing, but it won't go thru...must have wrong #!!! Asked him to call w/fax #. | Marcie Chick |
| 6/20/00 | 11:07 AM | Note | Adam went through the list & identified the majority as WO or JO!!! GREAT! L/M notifying J.G. o this & faxed him the list identifying them as wo & JO!! | Marcie Chick |
| 6/19/00 | 1:50 PM | Note | J.G. called & l/m for me to call him...called, but he was not in, so l/m for him to call me. | Marcie Chick |
| 6/16/00 | 10:25 AM | Note | Called Ilene & wondered if at all possible that I'd have completed list sometime next week b/c of print deadline. She e-mailed USPS asking them to rush this, as we are concerned w/the amt. of time this is taking. | Marcie Chick |

| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 6/13/00 | 2:36 PM | Note | E-mailed & mailed hard copy of letter congratulating J.G. on the TS being approved by committee & saying that we were excited about this opportunity & that we look forward to working with him on this project. | Marcie Chick |
| 6/13/00 | 9:52 AM | Note | L/M for J.G. & informed him that Ilene was @ l'ing show, so may not have a response until later this week. | Marcie Chick |
| 6/13/00 | 9:44 AM | Note | J.G. called & wondered of his list, which were WO & JO b/c he needs to decide which he'll be using for 2001 calendar & he's fine with just using all WO this time around, but he needs to know which ones they are. Also asked about the congrats letter & told him it was on its way. L/V/M for Ilene asking when she thought she'd have the list reviewed & identified as WO or JO b/c J.G. would like it ASAP....asked her to call, but she's @ the l'ing show. | Marcie Chick |
| 6/9/00 | 3:28 PM | Note | L/v/m for Ilene asking her if she's had a chance to look over the list of the stamps to determine which were JO & if I could send J.G. the joint owner list. Asked her to call. | Marcie Chick |
| 6/9/00 | 3:24 PM | Note | Called Robyn to ask if I could send J.G. the list of jointly owned stamps & she said probably not, but that I should check with Ilene because we might just be able to send them a list of the jointly owned stamps they'll need. (I faxed Ilene this list earlier this week & she hasn't gotten back to | Marcie Chick |
| 6/6/00 | 3:45 PM | Note | Rec'd e-mail from J.G. saying that they are VERY confident that they will meet the min. guar. & that they have had discussions w/Barnes & Noble & Brown Trout & that they will be able to get into market by the end of September if they go to print by Aug. 15th, etc. They are fine w/the $50,000 advance & guarantee. | Marcie Chick |
| 6/6/00 | 1:51 PM | Note | Submitted TS to Katie for processing & faxed to Ilene for signature. | Marcie Chick |
| 6/6/00 | 11:33 AM | Note | Robyn says that this is a big guarantee for a calendar deal & that they may be able to get in for 2001 if they have it printed domestically & they may already have a slot for 2001 or something. She says that we've done what we can - advised the l'ee of our concern & that I should just submit the deal & stand behind it....it's a big advance & we need the $$!! | Marcie Chick |
| 6/6/00 | 11:32 AM | Note | E-mailed J.G. asking him to respond to confirm that they are comfortable & confident that they will meet the min. guar. of $50,000 during 7/1/00 - 12/31/01. Also asked him for feedback from Barnes & Noble & Brown Trout on timing. J.G. know that I sent him the e-mail, but says that he won't be able to respond until tomorrow. | Marcie Chick |
| 6/6/00 | 11:27 AM | Note | S/w J.G. & asked if they were confident that they'd be able to meet their min. guar. of $50,000 in contract period 1 (7/1/00 - 12/31/01) & he said absolutely! He asked why & I told him that management was somewhat concerned that they may not be able to meet the guarantee, partially b/c they believed that most bookstores have already done their 2001 purchasing. He said that neither Barnes & Noble nor Borders have done their 2001 purchasing & that they told him there was still a wait on decisions for 2001 & that he was right on time. He also said that Brown Trout said that they were fine on timing, but that Brown Trout would have to go to print with these by August 15. J.G. said he'd be willing to s/w whomever here to make them more comfortable with this & I said not necessary, but that I would e-mail him & have him respond so that I at least had something in writing. (Our only concern now is that they will ask for an adjustment in the min. guar. in the future if they don't meet them.) | Marcie Chick |
| 6/6/00 | 11:22 AM | Note | Faxed Ilene list of stamps yesterday to review & determine which are jointly owned that are not already marked as so...hadn't heard back from her, so called & asked what the status was & she said she couldn't do it b/c it was quite a long list & would take her a long time. So, unless Dana said it was a priority, she wouldn't be able to complete it right away. I said I would just write the TS w/o it as I originally requested & would just give them all WO & JO stamps. She said great. She is concerned that they will not meet their Guarantee & that says that they will not be able to get a 2001 calendar in the marketplace b/c it's too late & most buyers (i.,e., bookstores) have already done their 2001 purchasing. I said that it really wasn't our concern & that they've conducted nearly a year's worth of research & are confident that they can get it in as long as they have it to the printer (Brown Trout) by Aug. 15th. But, told her I'd check w/Dana on this. S/w Dana & he doesn't see a problem as long as the l'ee is comfortable w/the Guarantee & also b/c they have until 12/31/01 to out earn the $50,000. He suggested that I get it in writing from them that they are comfortable w /the $50,000 guarantee. | Marcie Chick |
| 6/5/00 | 5:00 PM | Note | S/w J.G. earlier to obtain verbal confirmation that the terms we discussed met his satisfaction; they do. He askede about a renewal clause, so we added an auto. renewal if they earned $60,000 in royalties during their 3rd contract period. He wants the seals b/c research indicated that senior-aged people associate USPS w/the older seals as opposed to the new Corp. Sig....so they will use both. Also since this is a collectible item that will include a Century calendar that dates back to 1910, he wants the seal - fine.J.G. reminded me that they have to go to print with this by AUGUST 15, so I need to get this pushed through ASAP!!! Faxed Ilene a list of the stamps he wants so that she can determine which are JO, since she & Robyn Stemen insist that I list all JO stamps in the TS. J.G. wants a letter from me once the TS has been approved by committee stating that it's been approved & that we're looking forward to proceeding so that he can show it to his investors. He wants it via e-mail & real mail. I informed him that once the TS was approved by CEO that it would be sent to him for signature & that he'd have to return the TS & advance to me w/in 15 days. He siad fine. | Marcie Chick |
| 6/5/00 | 10:12 AM | Note | His cell ph# is 706-231-5558 & fax is 706-650-1941. | Marcie Chick |
| 6/5/00 | 10:07 AM | Note | J.G. called me on Friday to discuss terms b/c he had some time. We agreed upon 8% RR across the board (5% on retail), $50K advance & min. guar. each year. He would be granted all wholly owned and jointly owned stamp designs copywrited by USPS & understands that he has to obtain 3rd party permission for JO stamps. He may just do WO for the 1st year b/c of time constraints. He has to have the completed calendar to the printer by AUGUST 15!!!!! J.G.'s home # is 706-650-1941. | Marcie Chick |

| Date | Time | Type | Regarding | Record Manager |
|---|---|---|---|---|
| 6/1/00 | 2:58 PM | Note | S/w Robyn & she suggested that I write the deal for a straight 8% across the board. She says that Internet is encouraged (anything to expand distribution is), she doesn't understand why they want the postal seals b/c they are the old logos/TMs & have been replaced by the new Eagle & USPS corp. signauture so she said I should ask them why they want it & tell them they really don't need it. Philatelic stores are not owned by USPS, they just sell stamp-related items & are considered retail stores. We cannot include sales to USPS in their distrib. grant, & sales to USPS do not require royalty payments. She said I should explain that they'll need to get authorization from a third paty on J.O. stamps & that it can be complicated. Robyn says I can call her @ home if I need to. She also said that I may want to hold off on submitting the TS until they have confirmation that barnes & Noble or some other book store is going to purchase the calendars, because w/o that, the deal might die. | Marcie Chick |
| 6/1/00 | 10:24 AM | Note | S/w J.G & asked him a few questions...he has a proposal in w/USPS & they are reviewing to determine if they will sell @ post offices. Also has a proposal in w/Barnes & Noble & their response time is 6-8 weeks. Explained about jointly owned & wholly owned stamps & RR - said I had to s/w BM to finalize a RR, but I was trying to keep it simple (i.e., 6 or 7% across the board as opposed to 6% JO & 10% WO). Said I needed to discuss some things w/BM & I'd contact him on Monday to discuss terms, RR, Min., Guar., advance, etc. | Marcie Chick |
| 6/1/00 | 9:34 AM | Note | Called J.G. & let him know that I rec'd TLA & proposal & that it looks good. Said I did have some ?s regarding his distribution (to post offices, Brown Trout, etc.), but that I also had to s/w BM before I'd be ready to discuss terms. Said I'd call him tomorrow. L/M for Robyn to call me re: selling to post offices, RR jointly & wholly, postal seals, etc. Asked her to call me by Friday if at | Marcie Chick |
| 5/31/00 | 5:20 PM | Note | Rec'd TLA & sample. Looks good. Do have some questions for Robyn though. | Marcie Chick |
| 5/24/00 | 9:08 AM | Note | J.G. called to see if I rec'd his package. No. He asked me to call him if I didn't have it by | Marcie Chick |
| 5/15/00 | 4:19 PM | Note | J.G. called & said that he'd mail the TLA out to me by Thursday. | Marcie Chick |
| 4/24/00 | 1:38 PM | Note | J.G. called & said he should have the application to me in a couple weeks. | Marcie Chick |
| 4/24/00 | 9:05 AM | Call Left Message | Call J.G. if he hasn't ret'd my call...when will I have TLA? Got vm, so l/m for J.G. to call - wanted to confirm he rec'd TLA & if he has any ?s & when I would have it. Please call. | Marcie Chick |
| 4/14/00 | 1:20 PM | Call Left Message | Call J.G if haven't rec'd TLA...when will I have it? It's been 2 wks. Got vm, so l/m asking J.G. to call..wanted to confirm that he rec'd TLA & asked when I would have it. | Marcie Chick |
| 3/30/00 | 3:47 PM | Note | Mailed another TLA, per J.G.'s request. | Marcie Chick |
| 3/30/00 | 2:46 PM | Note | J.G. called back & had several questions about royalty rates, min. guar., etc. I explained that for this product it would be a 5/10% RR (5=retail, 10=whlsle). He says they plan to whlsle calendars for $6 & retail then for $12. He mentioned an estimate of selling 2000 calendars. He said I should have the TLA in 2 weeks & if not, then to call him. | Marcie Chick |
| 3/30/00 | 12:26 PM | Note | J.G. called & l/m asking me to call him @ 706-650-1941. Called, but got answer machine, so l/m for him to call me. | Marcie Chick |
| 3/30/00 | 8:50 AM | Call Left Message | CAll J.G. if he hasn't ret'd my call...when can I expect TLA? GOt vm, so asked J.G. to call on th status of TLA & asked when I would have it. | Marcie Chick |
| 3/23/00 | 11:35 AM | Note | Called & got vm, so l/m for J.G to call on status of TLA. | Marcie Chick |
| 2/24/00 | 1:40 PM | Call Completed | Call J.G. if he hasn't ret'd my call...any quesitons on TLA? He says that he has his people completing it & that it will take them another 2-3 wks. Said I'd call in 3. | Marcie Chick |
| 2/15/00 | 3:05 PM | Call Left Message | Call J.G....any questions on TLA? Called & got vm, so l/m for J.G to call on status of TLA. | Marcie Chick |
| 2/8/00 | 10:30 AM | Note | Talked to Robyn & she said that right now, we do not get paid on items sold to the Postal Servic - USPS handles this themselves. However, we are making recommendations for revising this part of the program to include minimum requirements (say, we charge USPS $2500 for each of these guys, or these guys pay us $2500 a year) USPS wants to call these guys "authorized vendors" & wants to compile a list. Not done yet & may not have a resolution for approx. 60 days. Also said that selling to PS in the hardest dist. channel. | Marcie Chick |
| 2/7/00 | 3:04 PM | Note | Mailed TLA & e-mailed Robyn for clarificaiton on distribution to USPS. | Marcie Chick |
| 2/7/00 | 2:20 PM | Note | J.G. called back & he wants to do a commemerative stamp 2001 calendar, whic would feature one stamp per month. He is in negotiations with USPS for selling this to them directly. May also sell to Philatelic Magazine - related to USPS & possible the PCC (Postal Sercvice Counsel). Asked about other distributions & he said probably not. SO, informed that there was no guarantee that he would be able to sell @ post offices. The above number is a cell phone & he asked me to call him back - cheap! Explained about 10%RR & min. guarantee. He gave example of $100,000 of sales per year & figured that it would be $10,000 - right, but said we could discuss this in further detail upon receipt of the TLA. | Marcie Chick |
| 2/7/00 | 1:51 PM | Note | Called J.G. Long, but rec'd voice mail/night service, so left message for him to call me! | Marcie Chick |
| 2/7/00 | 1:48 PM | Note | J.G. Long called back & said that Bob Johnson called on his behalf. So, the number I had was correct! | Marcie Chick |
| 2/7/00 | 11:46 AM | Note | Called, but not sure if it's the right number. Left message anyway (rec'd vm for a Mr. Long?) Also called information & they have several listings for Bob/Robert Johnson, but no listing similar to the area code or phone number that I had. Will have to send letter if wrong #. | Marcie Chick |
| 2/4/00 | 11:43 AM | Note | Rec'd inquiry sheet. Know very little, jsut that Bob Johnson wants to do embroidery of some stamps for use on a product. Per Robyn, check w/Glenn Weber on Royalty Rate (apparel). | Marcie Chick |

1876

# Sterling, Winchester & Long

1022 Dunbarton Rd
Williston, South Carolina
(803) 266-2555

P.O. Box 211299
Martinez, Georgia 30907
(706) 231-5558

March 8, 2000

Mrs. Barbara L. Tutt
Unsolicited Proposals Coordinator
U.S. Postal Service
475 L'EnFant Plaza SW
Washington, DC 20260-6255

Dear Mrs. Tutt:

Please find attached two bind "Project 2001" proposals, and one draft "USPS Official Calendar 2001." We are submitting the enclosed proposal in accordance with Publication 131, Submitting Unsolicited Proposals to the Postal Service.

As best we can determine the USPS areas of interest, please submit our proposal package to your USA Philatelic Catalog, Stamp Services and Retail Products and Services divisions for consideration. Also, please communicate to the evaluating group(s) that we are available to respond to questions or for formal presentation.

Mrs. Tutt, should you or your staff have any questions or need additional information, please contact me by phone or e-mail ({ HYPERLINK mailto:swl@long.net) }. If at all possible, we would let to know how long the review process takes or about when should we expect to hear from you.

Thank you for this opportunity and we look forward to hearing from you.

Sincerely,

Janice M. Taylor
Project Manager

cc: File

# Sterling, Winchester, & Long

Professional Consulting Group


| | |
|---|---|
| (803) 266-2555 | (706) 231-5558 |


## PROJECT 2001

Client Resolution ~ Contract Negotiation ~ Mediation ~ Business Development


| | |
|---|---|
| 1022 Dunbarton Road | P. O. Box 211299 |
| Williston, SC 29853 | Martinez, Georgia 30907 |


UNITED STATES POSTAL SERVICE

Millennium Calendar 2001

Official USPS Calendar

- Historical

  National/State

- Celebrate The Century
- Black Heritage
- Commemorative Stamps
- Kids World

# Project 2001
# Official USPS Calendar
# Unsolicited Proposal

---


| | |
|---|---|
| Criteria Considerations | I |
| Unsolicited Proposal (Official United States Postal Service Calendar) | II |
| Project 2001 Business Plan | III |
| Sales and Revenue Projections | IV |
| Confidential Disclosure Waiver (CDW) | V |
| Draft Official USPS Calendar | VI |


By: Sterling, Winchester & Long
Project 2001USPS Presentation
Privileged & Confidential

# I. CRITERIA CONSIDERATION

1. Must Submit Proposal In Writing

   A. Written Unsolicited Proposal and Attachments

      I. Proposal
      II. Official Calendar Web Site Prototype
      II. Projection 2001 Business Plan

   B. Draft Official USPS Calendar

2. Must Include Sufficient Technical and Cost Information
   **See Sections:**
   **1.** Marketing and Sales Projection
   **2.** Web Site Prototype
   **3.** Project 2001 Business Plan
   **4.** Draft USPS Calendar

3. Must Offer Sufficient Benefits to the USPS

   a) Increased Positive Image from USPS Historical Contributions and Service Perspective
   b) Product Awareness: Increase Sales and Value of Commemorative Stamps
   c) Increased Revenue: Based on Contractual Agreement with Calendar Developers
   d) Increase Web Site hits and Philatelic catalog and USPS merchandise traffic, resulting in increased USPS product sales
   e) Positive Marketing & Advertising of Postal Service products and Services

4. Confidential Disclosure Waiver (CDW)
   See Attached

# Project 2001
# Official USPS Calendar
# Unsolicited Proposal

## II Proposal

Sterling, Winchester, & Long, a small minority consulting and development group has designed and developed a 2001 Official USPS Calendar Collection for commercial sales through the USPS. Project 2001 proposal is being submitted to the United State Postal Service through its unsolicited proposal, Publication 131, criteria for consideration to be marketed and sold through the USPS merchandise stores, USA Philatelic catalog, post offices, Internet site and through other promotional sources. The Official U.S. Postal Service Calendar introductory collection will consist of five categories, that represents a cross section of the U.S. Postal Service history. After market share, customer appeal and desire has been defined, the number of categories published may be reduced to better meet customer's demands.

As an Unsolicited Proposal and/or other applicable USPS programs we are submitting the following proposal for consideration:

- To develop a yearly Official U.S. Postal Services Calendar Collection, in the following five categories:
  1) USPS National and State History
  2) Black Heritage
  3) USPS Commemorative Stamps
  4) Kids World (Children's Edition)
  5) Celebrate The Century

- To develop an Official USPS Calendar Web Site for the purpose of marketing and selling the USPS Official Calendar and accessories visa the Internet. The web site will include, but is not limited to, audio and video presentations on the featured calendar month. It will provide date links to historical and USPS significant events, as well as, suggested resources.

- Exclusive use of the USPS Stamp Seals (1782 to the current seal) for the purpose of producing USPS Official and/or Non-Official Calendars.

- To market and sell the proposed product and accessories through US Postal Service Post Offices, Merchandise Stores, Philatelic Catalog, Web Sites, and other media.

The USPS Official Calendar series will include special events, historical portraits, and significant dates, buildings, and individuals that have served the USPS or that have been honored on a U.S. postal stamp. The calendar collection will be professionally developed with the USPS seal and a six-digit number identifying production sequence and authentication. Each month will highlight significant USPS dates, events, as well as, holidays. The calendar collection will have a ten-year reproduction period with a continuing series number starting from the last calendar printed ten years earlier.

Each category will have its own exclusive design features representing USPS contributions. The Calendar cover will depict the quality of artwork and subject matter contained within each month. The back section of the calendar will contain a wealth of historical information, such as "Did You Know", VIP's, current and past Postmaster Generals, significant dates and events, address and phone number sections, state and regional post office locations.

Calendar Collection Categories

1) Historical, National & State Collections: These collections will feature 12 months of historical photos including the early years, before it was called the U.S. Post Office or before the west was won. Each photograph will display a significant event, building, or individual that contributed to the history of the postal service on the national or state level. The photograph will include a written account of its history and its importance in shaping the USPS. Utilizing the USPS historical archive to gain the most accurate documented information, consumers of all ages will be provided with an education about the origin of the USPS and its significant national and state contributions to United States. The State collection will capture and remind American citizens of their state's contributions to the USPS. The calendar will manifest state monuments of past and present, buildings, and even battlefields, where USPS men and women risked their lives to deliver the mail. The focus of the State calendar is to be all inclusive of the United States as one nation, yet credit each individual state's contributions.

2) Black Heritage Collection: This collection will feature four series of black heritage calendars dating back to the 1700s. Each series will introduce a segment of historical contributions to the USPS. Each year the featured series will approach the realities of life during that period from the prospective of: laborers to professionals; athletic to activist; scientist to seamstress; directors to doctors; and from slavery to superstars. The 12 month calendar will feature historical portraits and documented records of African Americans who have been honored by the USPS in their series of Black Heritage stamps, and listed in the USPS National register. The Black Heritage collection is projected to be one of the most sought after by culturally diverse, historians, educators, business professionals, religious groups and the average lover of African Americans art and history.

3) USPS Commemorative Stamps: The stamp collection calendar will feature 12 commemorative USPS portrait stamps and the personal attributes surrounding USPS commemorative honorees. All commemorative stamps featured in the calendar will be suitable for framing and as a keepsake for years to come. The Commemorative Stamp Collections will also feature men and women with celebrated achievements recognized by USPS. Each year there will be three Official Commemorative Stamp Calendar editions in limited production.

4) USPS Kids World: The Kids World edition will feature a collection of the Looney Tunes Series. The United States Postal Service youth program ambassador; Bugs Bunny will be the first edition cover page. Kids and parents alike will enjoy each month a different Looney Tunes character and learn all there is to know about the featured month character. The primary object of the Kids World collection is to delight children through portraits, while educating them on their level and introducing them to a world of history. Plans are to incorporate early leaner games audio and video cartoon animation on the Internet so kids can enjoy the experience of surfing through the Kids World calendar. The Kids World edition will be reasonably priced within the average weekly allowance of a child 12 and under.

5) Celebrate The Century Collection: The Celebrate The Century Collection will begin with the Millennium 2001 edition, which is destined to be this year's most sought after calendar collectable and will serve as the USPS Official Calendar introductory calendar to the American public. The Millennium 2001 calendar will showcase a diverse America through the United States Postal Service, from the beginning of American mail service to the end of the 20th century. A highly skilled team of researchers and designers will be fully allocated to develop the Official USPS Millennium 2001 calendar. After the Millennium 2001 project is completed, the team will focus its efforts on the USPS Century and Decade Calendars. Most of the Century and Decade Calendar monthly illustrations will come from the six volumes of history bound in the Celebrate the

Century Heirloom Editions.

The six volumes of the Century Heirloom provide a nest of superior stamp illustrations to choose from and a documented library. The Official USPS Calendar will only compliment the USPS marketing efforts in selling commemorative stamps. While marketing and selling the USPS Official Calendar is the primary objective, the intent is to also sell stamps and stamp accessories, such as the six volumes of the Century Heirloom Editions and other USA Philatelic catalog stamps. This collection will pull its audience into the century/decade with a thirst to learn more, and a purchasing opportunity to fill that thirst.

## Calendar Accessories Products

Project 2001 calendar accessories are products and services that directly associated or develop as a result or benefactor of the main idea, the USPS Official Calendar. The accessories categories are: 1) Cardboard Products, 2) Apparel Merchandise 3) Multi Media and Broadcasting Product Sales

1) Cardboard Products: Project 2001 proposal envision marketing several kinds of paper products as USPS calendar accessories items; such as: subject related brochures, season greeting cards and invitations, individual and commercial posters, suitable for framing, desk pads, and a host of other paper products. All paper products will be consistent with the calendar series to preserve the quality and market value.

2) Apparel Merchandise: The Official Calendar is predestine to become a collector's item and because of the limited additions sold to the public, SW&L feels that there will be a market for apparel products; such as: T-shirts, sweatshirts, polo shirts and jackets. These products will be professionally designed with the current year calendar symbols, patches, lettering and calendar monthly subject images to be reproduced on apparel merchandise and sold to the public.

3) Multi Media and Broadcasting Product Sales: The Official Calendar and accessories will be marketed and sold online via the World Wide Web. This includes, but is not limited to TV, CDs, videos, computer and all other multi media productions. None of the accessories products are being proposed to be sold or marketed through the Philatelic catalog, because the emphasis of the catalog is for stamps and related products that inspires or attract customers toward stamp collecting and postal service history.

## Purchaser Authentication Registrar

Purchasers will have the option to register their calendar by series/sequence number with the Purchaser Authentication Registrar (PAR). The PAR is a system based warehouse that will record registration data at the time of purchase and store data with an undisclosed security service provider. The objective of the PAR is to provide collectors and enthusiasts with an origin of purchase. The calendar's uniqueness, public interest in the USPS, its historical and educational content and its USPS official designation will increase the collectible value. The PAR, for those registered collectors and enthusiasts that place their stamps and USPS history as invaluable records of time, can be assured that having an official USPS Calendar in their collection will only endorse what is already a keepsake heirloom collection.

## Internet Web Site

A recent independent study of home Internet use by Price Water House revealed that 43 % of US homes are Internet users, a 60% increase from last year's Internet home usage. From the population we surveyed, 33% said that they would use the Internet to purchase USPS products. When the survey results were delineated by geographic location, the Internet usage and willingness to purchase USPS products over the web increased in large populated metro areas.

The "uspsofficialcalendar.com and USPSCalendar2001.com" (SW&L secured domain Project 2001 web sites) includes the calendar and other USPS products marketing and sales visa the Internet. The site will provide users with complete information on the calendar and link viewers to calendar accessories and the USA Philatelic catalog and to "stampsonline.com". After providing the customer with quality calendar products, the primary objective is to sell USPS Stamps and product, with an emphasis on commemorative stamps featured in the calendar collection. The web site proposal includes audio and video presentations on the featured month, providing current and historical information, and suggested resources. A special added feature to the calendar online is a hyper link to significant USPS days and individuals (see May 16th in Web Site Prototype) that provide detailed information in a documentary format.

Each calendar collection will have links to view sections of the respective calendar, accessories and an opportunity to purchase. The purchase order form will request general merchandise purchasing data and provide an opportunity for gift purchases. After the purchase is completed the general data is automatically stored in a Project 2001 web data collection file. The data will be used to conduct product and service research, product marketing, and for customer's priority calendar mailing list for Project 2002 year calendar.

Web Site Prototype

# USPSCalendar2001.com

# Or

# uspsofficialcalendar.com

By: Sterling, Winchester & Long
Project 2001USPS Presentation
Privileged & Confidential

UNITED STATES POSTAL SERVICE

*Millennium Calendar*

**2001**

Official USPS Calendar

- Historical

  National/State
- Celebrate The Century
- Black Heritage
- 
- Ki s Wor d

©2000 Sterling, Winchester, & Long.

# *Sterling, Winchester, & Long*



Professional Consulting Group

| | |
|---|---|
| (803) 266-2555 | (706) 231-5558 |

*PROJECT 2001*

Client Resolution · Contract Negotiation · Mediation · Business Development

| | |
|---|---|
| 1022 Dunbarton Road | P. O. Box 211299 |
| Williston, SC 29853 | Martinez, Georgia 30907 |



SWL 417

USPS Official Century Calendar - Front Page




January February March April May June

Back to Main



SWL 418

Back to Main January February

# USPS Official State Calendar - Cover Page

UNITED STATES POSTAL SERVICE



Millennium Calendar
2001

Back to Main January February

Back to Main January February March April May June

## THE FIRST COMMEMORATIVE STAMPS

UNITED STATES POSTAL SERVICE

Postmaster General John Wanamaker stirred up quite a commotion back in 1893 when he issued the nation's first commemorative postage stamps. He was rebuked by a congressional joint resolution that protested the "unnecessary" stamps. Wanamaker, a business [illegible] defended his actions by saying that the commemorative stamps could become money-makers. History proved him right.

The controversial first commemorative stamps were the Columbian Exposition Issue. Printed by the American Bank Note Company, the stamps were issued to commemorate the World Columbian Exposition held in Chicago, Illinois, from May 1 to October 30, 1893. The stamps celebrated the 400th anniversary of Christopher Columbus's voyage to the New World.

The series consisted of 16 stamps with face values ranging from one cent to five dollars. Each bore the dates 1492 and 1892. Postmaster General Wanamaker added a 16th, eight-cent stamp to the series when the fee for registering a letter was reduced from 10 cents.

The stamps were immensely popular with collectors and dealers, but critics [illegible] them. The designs were based on paintings by various artists who visualized Columbus differently. The one-cent Columbian showed Columbus clean-shaven, spying land from aboard his ship. The two-cent, taken from the Landing of Columbus painting in the Rotunda of the Capitol in Washington, D.C., showed him landing, presumably a few hours later, with a full beard. These discrepancies were quickly pointed out.

Even the denominations of the stamps were condemned. Because First-Class postage was only two cents per ounce and only four pounds could be mailed, the Chicago Tribune pointed out that even with the addition of the eight-cent stamp for registration fees, the most that could be spent on anything mailed First-Class was $1.36. This made the two-, three-, four-, and five-dollar Columbian stamps useless for mailing. Further, the only way to get the full value for the five-dollar Columbian would be to mail a 62-pound, eight-ounce package of books at the book-rate class of postage.

Wanamaker replied that regular stamps also were available and that nobody had to buy the Columbians. Further, some people did mail packages of books and did use the First-Class stamps. To show his confidence in the stamps, Postmaster General Wanamaker spent $10,000 of his own money to buy 5,000 of the two-dollar stamps and put them in his safe as an investment. The stamps, still in the safe when Wanamaker died in 1926, were valued at $4.50 each.

In spite of the criticism, the new Columbian stamps were a sensation. Hundreds of people stood in line at the Columbian Exposition and elsewhere to buy the stamps. [illegible] commemorative Columbian stamps were sold for 40 million dollars and were credited as a factor in the Exposition's success.



# MILLENNIUM JANUARY 2001

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | 1 New Year's Day Parcel Post Service Began 1913 | 2 | 3 | 4 | 5 [illegible] | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 Martin Luther King, Jr. Birthday Observed | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 Transcontinental Telephone Line Alexander Graham Bell to Thomas A. Watson 1915 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

Back to Main January February March April May June

A72

SWL 420

Back to Main January February March April May June

UNITED STATES POSTAL SERVICE

ELEANOR ROOSEVELT

[illegible]




MILLENNIUM MAY 2001

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | 1 [illegible] | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 Mother's Day | 14 | 15 [illegible] Post Office Department [illegible] Airmail Service [illegible] | 16 [illegible] Postmaster General [illegible] | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 [illegible] | 26 |
| 27 | 28 Memorial Day | 29 | 30 | 31 | | |

Back to Main January February March April May June

# 71st POSTMASTER GENERAL

## *WILLIAM J. HENDERSON*

May 16, 1998 - Present

UNITED STATES POSTAL SERVICE

| | |
|---|---|
| **Recipient of:** | John Wanamake Award |
| | Roger W. Jones Award |
| | Mailing Excellence Award |

***27 Years of Postal Service***

Back to Main January February March April

UNITED STATES POSTAL SERVICE

Official Seal

1837-1970

# Black Heritage



## Millennium Calendar

## 2001

Back to Main January February March April

Back to Main January February

UNITED STATES POSTAL SERVICE

*Official Seal*

*1837-1970*

# Commemorative Stamps




*Millennium Calendar*

2001

Back to Main January February

Back to Main January February

*Official Seal*

*1837-1970*

UNITED STATES POSTAL SERVICE

# Kids Wor d





Millennium Calendar

2001

Back to Main January February

## III Proposal Business Plan

# Project 2001 Calendar Collection

Sterling, Winchester & Long, established in 1996 in metro Atlanta as a consulting company. With expertise in business development, marketing, banking and financial management, SW&L provides consulting services in:

§ Client Resolution

§ Business Manage and Development

§ Mediation and Arbitration

SW&L 's mission is to provide individual, private and commercial entities innovative strategies to improve productivity, services and revenue.

# *Business Location*

Project 2001 administrative and development offices will be located in the Central Savannah River Area (CSRA), in Barnwell County, South Carolina or Richmond County, Georgia near Augusta, Georgia. Preliminary location identification research is being conducted based on workforce skill levels, community partnering, technical resources, space availability and easy access to USPS distribution centers or major land (trucking) and air (airplane) transportation hubs.

# *Production and Distribution*

All calendar research, design, layout and development will be done at the Project 2001/SW&L main office and linked electronically with contracted printing production sites throughout the country. After production, and Q&A approval calendars will be shipped directly to regional USPS distribution centers or to district warehouses for direct Internet order processing or local distribution to regional postal facilities. Project 2001 production and distribution center will be online in real time, with specialized transportation system for efficiency circulation of calendars to USPS merchandise stores and other facilities. A centralized computer mainframe will monitor calendar sales activity at each sales location including Philatelic Catalog distribution centers to provide online restocking information to the nearest distribution center for an immediate response.

# *Marketing*

For over a three-month period, a team of observers visited 50 US Post Offices in the Southeastern part of the US to conduct a market study on postal customer's habits. The objective of the study was to try to determine how many post offices displayed calendars visible for customer use and what kind of calendar was being displayed. The study revealed the following:
82% of postal facilities visited did not display a calendar visible to the public. Eighteen percent of the postal facilities had a variety of local commercial calendars which ranged from drug store advertisements to farm equipment sales calendars.

After analyzing preliminary marketing data, Sterling, Winchester & Long conducted a market study to ascertain customer desire and sales data. A questionnaire was developed to survey individuals and businesses (see Attachment A) on their USPS product and services.

Information was collected through telephone, face-to-face interviews, and Internet log-on questionnaires to determine the level of interest for the subject product and price range consumers would be willing to pay. The market analysis delineated potential customers that would purchase an Official United States Postal Calendar into five categories:

Families with school-aged children
Historians and collectors
Ethnic groups
Commercial and non-profit organizations
Internet users

All participants were asked the same ten survey questions. From the data compiled the team went a step further and conducted an independent Market survey of USPS Post Masters or their designee to gain a better understanding of consumer post office visits and purchasing activities (attachment B). The study geographically covered three southeastern states (Georgia, South Carolina and Florida).

The market survey analysis focused on customer's frequency of visits to their local Post Office, purchase behavior (at local post offices and on the web), consumer interest in an Official USPS Calendar and the value consumer's placed on such a product.