From the 250 individuals surveyed, 48% visited a post office 2 to 3 times a week, and 19.5% visited the local post office 4 or more times a week. When asked: "What day of the week are you most likely to visit the post office?" 51% said Saturday and 38% said Monday. Only 33% of the individuals surveyed had purchased merchandise displayed in post offices, such as Superman or Bugs Bunny products.

**Survey question 7**: ("*From the four USPS items listed below, 1. USPS Key Chain and Pen, 2. Superman or Walt Disney Products, 3. Official USPS Calendar, and 4. USPS Monthly Magazine) which one would you purchase if available to the public?*")

This survey question defines the objective of the market survey concerning customer's interest in an official USPS calendar. Out of the 250 individuals polled, 153 or 61.4% selected item 3., the Official US Postal Calendar, indicating that they would buy an Official US Postal Calendar if available. Without the benefit of having a visual picture of what an Official US Postal Calendar would look like 31% said that they would pay $10.00 or less and 18% indicated that they would pay $10.00 or more for such an official calendar.

After all the information was complied, using the number of post offices in the US (28,000) and the estimated customer visitors per day, through statistical extrapolation it was determined that 16,800,000 calendars could be sold through Point of Sale (POS)/ across the counter. The estimate was based on calendar sales during the twelve weeks, peak period (Nov.15th through Feb.15th). Taking a conservative approach in point of sales volume, due to new product awareness; uncontrollable logistical variables, customer buying habits, loyalty to other brands: and taking into account Murphy's Law, point of sales projections are discounted by 28.5% putting estimated number of 2001 calendar sales at 12,012,000.

The current environment suggest that the USPS is moving closer to automation and electronic sales processing with less across the counter customer contact and smarter use of the electronic sales industry, the Internet. The proposal three year Pro-forma (sale projections) analysis factored in a gradual reduction in Calendar sales across the counter in post offices and an increase presence on the web. If approved, 2001 calendar sales at the 28,000 US Post Offices is estimated to be 72.33% of total projected sale and by year 2003 across counter sales will drop to 56.87%. As the Internet revolution becomes commonplace in American middle and lower economic homes, so will the USPS Official Calendar.

Based on preliminary market data, the use of the USA Philatelic, Official Calendar web site and the USPS post offices are the prime avenues for Internet advertising and promotion. Internet and Philatelic sales are projected to be 27.7% of total calendar sales in 2001 and continue to increase market share in the

coming years, while post offices over the counter sales continue to decrease.

With the Postal Service wide reaching customer base, well recognized name and already established Celebrate the Century, Stamp and accessories marketing campaigns in full force, the Official Calendar could only compliment the USPS product base.

## *Advertising*

Advertising and promotion of the Official USPS Calendar will primarily be through point of sale and web site promotion. The Official USPS Calendar is anticipated to become a national symbol of the USPS in the 21st Century. As a postal service product each year postal service customers will come to expect and anticipate the extraordinary commemorative stamp illustrations and archives of information. The Official Calendar will increase customer loyalty and commemorative stamp sales and other accessories, while educating Americans on USPS history. For all 365 days of the year, millions of Americans will schedule their days, weeks, and months using the USPS Official Calendar Furthermore, long after the last calendar day of the respective year, the Official USPS Calendar will be valued as a limited addition collectable.

Web usage in US homes in 1999 jumped 60% from the previous year of 43%, accounting for an estimated 30 million families. The product's uniqueness with an official seal of authentication, collectablity, value and distribution to 28,000 US Post Offices and USPS merchandise shops across the country will provide sufficient advertising and promotion to meet sales projections.

# *Competition and Sales*

## *Sales:*

It is projected that 16,800,000 point of sale (POS) calendars would be sold during the peak period (November 15 through February 15). Injecting a 15% error rate in the data and production volume of limited editions, 65% of the estimated POS was used to calculate annual revenue projections.

## *Competition:*

Outside competition would be limited, because of the official designation and authentication of each calendar. In keeping with the creative idea and development, increasing marketability, maintaining quality and preserving originality and authenticity, Project 2001 is being proposed with "exclusive or single source rights" as the only, with seal, USPS Official Calendar produced. The primary condition being sought is for a commitment that only the creator/ idea originator has the USPS authorization to print, reproduce or in other forms use stamps and specified USPS owned history products for the purpose of developing, creating, marketing or selling an Official USPS Calendar.

Attachment A

## Independent Consumer Marketing Survey (Please Circle One)

1. How often per week do you visit your local Post Office?

   (1) (2 or 3) (4 or more times)

2. What day of the week are you most likely to visit your local Post Office?

   S M T W TH F SAT

3. How much time do you spend in line waiting to be served?

   1 3 5 10 (minutes)

4) What do you like most about your local Post Office? (Please Circle One)

   Service Inside Products display Location Parking

5) What do you like least about your local Post Office?

   Service Inside Products display Location Parking

6) Have you ever purchased from the post office lobby display items, such as the stamps and other merchandise?

   Yes No

7) From the four USPS items listed below, which one would you purchase if available to the public? (select only one)

   1) USPS Key Chain and Pen
   2) Superman or Walt Disney Products
   3) An Official US Postal Calendar
   4) USPS Monthly Magazine

8) What would you consider paying for the item you selected?

   $5.00 $10.00 $15.00

9) Have you or would you purchase stamps or other USPS products through the internet?

   Yes No

10) Are you satisfied with the quality of service you receive from the USPS?

   Yes No

By: Sterling, Winchester & Long
USPS Presentation
Privilege & Confidential

Attachment B

## Independent US Post Offices Market Survey: (Please Circle One)

1. Estimated average week day (Monday thru Friday) consumer visitors.
   - Less than 50
   - More than 50
   - 100 to 150
   - 200 to 300
   - More than 350

2. Estimated Saturday consumer visitors
   - Less than 50
   - More than 50
   - 100 to 150
   - 200 to 300
   - More than 350

3. Number of purchase transactions per day during the week
   - 100 to 200
   - 300 to 400
   - 500 to 600
   - 1000 or more

   Actual __________

4. Number of purchase transactions on Saturdays
   - 100 to 200
   - 300 to 400
   - 500 to 600
   - 1000 or more

   Actual __________

5. What would you estimate the multiplier of the above transactions or visits during Thanksgiving and Xmas? (Example 4 x 200) __________

6. Location Number __________

By: Sterling, Winchester & Long
USPS Presentation
Privilege & Confidential



SWL 435

SWL 436

# PROJECT 2001
## SALES AND REVENUE PROJETIONS

| | A | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 39 | | | | | | | | | |
| 40 | | | | | | | | | |
| 41 | | | | | | | | | |
| 42 | | | | *PROJECT 2001* | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | USPS Calendar Sales Projections | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | Average Wkl | Project 2001 |
| 48 | | No. of USPO | | Visitors Per Day | | Visitors Per Day | sitors Per D | Vistor | Calendar Volume |
| 49 | | | | 600 | | 100 | 50 | | Limit |
| 50 | | | | | | | | | Max No. Printed |
| 51 | US Post Offices | 28,000 | | 7,000 | | 14,000 | 5,600 | | |
| 52 | No. USPO x Visitors Per Day | | | 4,200,000 | | 1,400,000 | 280,000 | | |
| 53 | Visitors Per Wk (5xdaily total) | | | 21.000,000 | | 7,000,000 | 1,400,000 | | |
| 54 | Repeat Customer (50%) | | | 10,500,000 | | 3,500,000 | 700,000 | | |
| 55 | Single Visit Per Week | | | 10,500,000 | | 3,500,000 | 700,000 | | |
| 56 | Percentage of Calendar Purchasers | | | 15% | | 9% | 10% | Average 12.3% | |
| 57 | Weekly Calendar Sales Volume | | | 1,050,000 | | 315,000 | 35,000 | 1,400,000 | |
| 58 | Number of Peak Sales Weeks | | | | | | | 12 | Actual Printed |
| 59 | Projected POS Number | | | | | Projected Sales | | 16,800,000 | 10,920,000 |
| 60 | Calendar Average Sales Price | (Base on mrket study and current calendar retail sales for 1999 during peak period.) | | | | | | | $ 12.00 |
| 61 | Projected Sales POS Revenue | | | | | | | | $ 131,040,000 |
| 62 | Internet Purchase (35.5% of 10,920,000 =3,876,600 * $12.00) | | | | | | | | $ 46,519,200 |
| 63 | **UPS-Mail Order Service** | | | 3,876,600 | | $ 1.50 | | | $ 5,814,900 |
| 64 | **Philatelic Catalog & Merchandise Outlets** | | | | | | | | $ 3,600,000 |
| 65 | **Total Revenue** | | | | | | | | **$ 186,974,100** |
| 66 | | | | | | | | | |
| 67 | Associated Merchandise | | | | | | | | $ 320,000 |
| 68 | | | | | | | | | **$ 187,294,100** |
| 69 | | | | | | | | | |
| 70 | | | | | | | | | |
| 71 | | | | | | | | | |
| 72 | | | | | | | | | |
| 73 | | | | | | | | | |
| 74 | | | | | | | | | |
| 75 | | | | | | | | | |
| 76 | | | | | | | | | |
| 77 | | | | | | | | | |

USPS Presentation
Privilege / Confidential

SWL 437

## *PROJECT 2001*
## *SALES AND REVENUE PROJETIONS*

| | A | D | G | H | I | J | K | L | M |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | | | | | | | | | |
| 4 | | | | | | | | | |
| 5 | | | | **USPS Calendar Project** | | | | | |
| 6 | | | | **Three Year Pro-forma** | | | | | |
| 7 | **Revenue** | **Dec. 31, 2001** | | **Dec. 31, 2002** | | **Dec. 31, 2003** | | | |
| 8 | **Official UPS Calendar Sales** | | | | | | | | |
| 9 | USPS-POS | | | | | | | | |
| 10 | Philatelic Catalog | $ 131,040,000 | 72.33% | 137,592,000 | 65.39% | 141,719,760 | 56.87% | | |
| 11 | Webb Site Sales | $ 3,600,000 | 1.99% | 5,364,000 | 2.55% | 9,655,200 | 3.87% | | |
| 12 | Total Calender Sales | 46,519,200 | 25.68% | 67,452,840 | 32.06% | 97,806,618 | 39.25% | | |
| 13 | Associated Merchandise | 181,159,200 | 100.00% | 210,408,840 | 100.00% | 249,181,578 | 100.00% | | |
| 14 | Mail Order Revenue | 320,000 | | 400,000 | | 480,000 | | | |
| 15 | Total Calender Product Revenue | 5,814,900 | | 7,268,625 | | 9,667,271 | | | |
| 16 | **Production & Distribution Cost** | 187,294,100 | | 218,077,465 | | 259,328,849 | | | |
| 17 | **Net Revenue** | **65,552,935** | **35.0%** | **70,875,176** | **32.5%** | **77,798,655** | **30.0%** | | |
| 18 | **Revenue Distribution:** | **$ 121,741,165** | | **$ 147,202,289** | | **$ 181,530,194** | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |
| 21 | | | | | | | | | |
| 22 | | | | | | | | | |
| 23 | | | | | | | | | |
| 24 | | | | | | | | | |
| 25 | | | | | | | | | |
| 26 | | | | | | | | | |
| 27 | | | | | | | | | |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | Average Calendar Sale is estimated at $12.00 | | | | | | | | |
| 33 | | | | | | | | | |
| 34 | | | | | | | | | |
| 35 | | | | | | | | | |
| 36 | | | | | | | | | |
| 37 | | | | | | | | | |
| 38 | | | | | | | | | |



USPS Presentation
Privilege / Confidential

# Confidential Disclosure Waiver

Thank you for your letter in which you indicate that you have a suggestion that you believe might be useful to the Postal Service.

We appreciate your interest in the improvement of our services. While we accept for consideration proposals, inventions, suggestions, or ideas (referred to generally as suggestions) that you wish to send us, you should know that we get many suggestions gratuitously, many of which are duplicative or which we have already considered. However, we cannot receive them in confidence and we will consider suggestions only under the following conditions:

1. If you have obtained a patent/copyright, all of your rights and remedies (and those of your principals) arising out of the disclosure of such suggestions to, or their use by, the Postal Service are limited to the rights and remedies now or in the future accorded to you under United States patent or copyright laws. Our review of your suggestion does not imply or impose any obligation on us.
2. All other claims of any nature whatsoever arising out of any disclosure by you to the Postal Service are hereby waived.
3. The Postal Service is under no obligation to return to you any material you submitted.
4. These conditions will also apply to any additional disclosures you make incidental to your original submittal.

If you wish to submit your suggestion subject to these terms, along with related documents such as drawings, please submit it with a signed copy of this letter.

Because we receive a large number of suggestions and do not generally return them, we recommend that you keep a copy of your suggestion.

Thank you for your interest in the Postal Service.

I have read the above and agree to these conditions.

[signature] 3/6/00

Submitter Date

J.G. LONG
(706) 231-5558
(803) 266-2555

Sterling, Winchester & Long
Professional Consulting Group

P.O. Box 211299
Martinez, GA 30907
or
1022 Dunbarton Road
Williston, SC 29853

Client Resolution
Taxes & Insurance
Contract Negotiation
Mediation

, Winchester & Long

1022 Dunbarton Rd
Williston, S.C. 29853
(803) 266-2555

May 18, 2000

Ms. Marci Chic
Equity Management Inc.
4365 Executive Drive
Suite 1000
San Diego, California 92121

Dear Ms. Chic:

Please find attached the following:

1) United State Postal Service Trademark License Application
2) Trademark Application Questions Response Sheet
3) Proposed Licensed Product List
4) Copy of Seals which we are requesting for licensing approval
5) Project 2001 Introduction
6) Profit and Sales Projections
7) Breakeven Chart
8) Product Brochure
9) Official U.S. Portal Service Calendar - Draft

We are submitting the enclosed product information to you for trademark licensing. Project 2001 (Official USPS Calendar) is a newly developed product. The development team has been working on this project for almost a year to try and create a pragmatic and functional product, while adding intrinsic value and an American education to our country's heritage. We believe that our product captures the essence of United State through it American Postal stamps.

It is clear that our product does not have a sale track record to rest on, but through our presentation, market research, projected sales, Internet potential, investor portfolio, and quality of the product itself we are convinced that our product will sell and sell well nationally. Please know that we are available to answer questions or provide additional information.

Ms. Chic, your cooperation and patience are greatly appreciated. Based on our discussion, we are anticipating hearing from you soon with preliminary questions. You can reach me by phone or my e-mail address is (swl@long.net).

I look forward to hearing from you soon.

Sincerely,

J. G. Long
Project Manager

Introducing the
Official U.S. Postal Service

# 2001
# CALENDAR COLLECTION

Official Seal
1837 - 1970



UNITED STATES
POSTAL SERVICE™

*The Official United States Postal Service Calendar introductory collectibles depict five different representations of American history through the U.S Postal Service.*

# UNITED STATES POSTAL SERVICE TRADEMARK LICENSE APPLICATION

1. Company Name: Sterling, Winchester + Long Primary Contact Person: J.G. Long
Other Names Used (e.g., d/b/a's or a/k/a's):
Headquarters Street Address: 1022 Dunbarton Road
City, State, ZIP: Williston, South Carolina 29853
Telephone No.: (803) 266-2555 Facsimile No.: (706) 868-0216
Addresses of Other Locations (e.g., branches, warehouses): P.O. Box 211299 (706) 231-5558
Martinez, Ga. 30907
Years In Business: Five
Type of Business: (Corporation / Sole Proprietor, etc.) State of Incorporation if applicable South Carolina
Tax Identification Number: 57-1099225

2. Company's Sales Information: New Venture, no historical Sales data
Most Recent Years: 19____ 19____ 19____ 19____
Annual Gross Sales Volume: $____ $____ $____ $____
See Sales and Profitability Projections

3. Company's Advertising/Promotion Information:
Most Recent Years: 19____ 19____ 19____ 19____
Annual Advertising/Promotion Volume: $____ $____ $____ $____
See Product Bus. Plan

4. State the name and address of your advertising, promotional and/or public relations firm(s), if applicable:
Advertising and Promotion will done by retailer and USPS
-See Advertising & Marketing Plan

5. Please indicate your estimated percent of sales by retail class: Specialty Stores 50 Club Stores ____ Direct Mail ____
Dept. Stores ____ Mass Merchants ____ Discount Stores ____ USPS Philatelic Catalog & Merchandise Stores 25
Internett Sales 25

6. List your five largest retail accounts (for example, chain stores, department stores, specialty stores, hardware stores, catalog companies, other direct mail companies), the name of primary/chief buyers at each account, and the estimated percent of your sales or business to such account. If you would prefer that we notify you before contacting any of those listed below, please indicate here: Yes ✓ No ____

Account Type and Firm Name: Barnes + Noble Buyer: Steve Anderson Sales:
Address: 122 5th Ave, New York, NY 10011 Telephone No.: ( )

Account Type and Firm Name: Barnes & Noble Buyer: Robert Bloom Sales:
Address: Local BookStore Telephone No.: (706) 860-2310

Account Type and Firm Name: Buyer: Sales:
Address: Telephone No.: ( )

Account Type and Firm Name: Borders Bookstore Buyer: Sally Wilson Sales:
Address: 257 Robert C. Daniel Pkwy, Augusta Ga Telephone No.: (706) 737-6962

Account Type and Firm Name: Buyer: Sales:
~~Address:~~ ~~Telephone No.: ( )~~

7. Identify your current product liability carrier(s) and describe the types and limits of each coverage:
American Professional Liability INS. Under the General Liability
... Product is Covered

A 100,000 rider will be obtain after trademark approval and product production agreement is complete, as part of Publisher Liability Coverage.

8. Identify the following credit information on your company:
Most Current D&B Rating: N/A
Bank or Financial Institution Reference(s): Patrick's Investment Group
Firm Name: Patrick's Investment Group Contact Person: Mr. Booker Patrick
Address: Route One 408-B, Blackville SC Telephone No.: (803) 793-5812
Firm Name: Robinson-Humphrey/Salomon Smith Contact Person: Charles May
Address: One 10th Street, Augusta, Ga Telephone No.: (706) 724-2601

9. Identify any current trademark licenses with other entities, including information about the license (for example, licensed products and trademarks, licensor contact persons with address and telephone number, geographical distribution area, annual unit sales volume and annual wholesale dollar sales): None
New Project

## PROPOSED LICENSED PRODUCT AND BUSINESS PLAN INFORMATION

10. Identify the trademark you wish to use and describe specifically each product you wish to use in association with that particular trademark. Postal Seals from 1782-1993 (See Attached)
Trademark applied for: 100 USPS Stamps of African American Subject (see Attach
Product description(s): See Attached

11. Submit samples of each product on which you would like to use a trademark. (Samples are required to evaluate quality standards, workmanship and material, etc.) The samples will be retained and not returned to applicant. If requested by applicant, a consideration will be made for special arrangements for evaluating very large or bulky product samples. Attached/ken

12. Describe the anticipated timing for the marketing of each proposed licensed product: See Attached

13. Enclose catalogs, price lists, brochures, and promotional materials which illustrate or reference your company's products.
See Attached

14. Please describe your sales force/rep organization, as well as your distribution plans:
~~See Sales Section of Proposal Page 9.~~

297

15. Describe each of your current manufacturing and distribution facilities and/or capabilities and the number of years each facility or capability has been in operation: See Attached

16. Please provide us with a copy of your manufacturing processes/quality assurance and training programs, as well as any applicable regulatory agency history including documentation of any issue resolution for the past five years.

17. State the name and location of the manufacturer(s)/source of each proposed licensed product: See Attached

Product: ______ Manufacturer: ______ Address: ______

18. State your projected annual total gross wholesale sales for each proposed licensed product: See Attached

Proposed Licensed Product: ______
1st year: ______ Units: ______ $ ______
2nd year ______ Units: ______ $ ______
3rd year ______ Units: ______ $ ______

Proposed Licensed Product: ______
1st year: ______ Units: ______ $ ______
2nd year ______ Units: ______ $ ______
3rd year ______ Units: ______ $ ______

Proposed Licensed Product: ______
1st year: ______ Units: ______ $ ______
2nd year ______ Units: ______ $ ______
3rd year ______ Units: ______ $ ______

19. Please enclose any additional information you believe may be helpful in evaluating your license request, such as a copy of Your company's business activities and its financial condition, special promotional plans, specific customer interest, previous experience with similar properties or products, etc.

Note: This application does not constitute an offer or imply any obligation to grant a license in any category.

Submitted By (Signature): [signature]

(Printed Name): J. G. Long

Title: Project Manager

Company: Sterling, Winchester

Date: May 19, 2000

# Project 2001
# Official USPS Calendar

## Trademark Application Questions Response Sheet

12) We have developed, using our marketing team and outside marketing groups, draft/preliminary (table top) marketing plans for all five categories. As soon as we receive licensing for stamps that are included in this year's five categories are any of the five, we rollout our sales promotion. Our preliminary discussions with wholesalers include their sponsorship of introductory promotion and advertising. The level and timing of our marketing efforts depends partly on what and when products are approved for licensing.

13) **Price Lists**

| **Official USPS Calendar** | **Wholesale** | **Retail Sale** | **Quantity** |
|---|---|---|---|
| USPS National and State History | $6.50 to $7.50 | $12.00 to $14.95 | % Discount |
| Black Heritage | $6.50 to $7.50 | $12.00 to $14.95 | % Discount |
| USPS Commemorative Stamps | $6.50 to $7.50 | $12.00 to $14.95 | % Discount |
| Kids World (Children's Edition) | $4.50 | $10.00 to $12.00 | |
| Celebrate the Century | $6.50 to $7.50 | $12.00 to 14.95 | % Discount |

# Trademark Application Questions Response Sheet

15) We have obtained production quotes and entered into a contingency production agreement with two national calendar printing companies (World Color-Quebecor World and Brown Trout Publishers). Both companies have over 15 years of experience in calendar production, with the capability to meet a production/printing request for 2 million calendars within 48 days. Our contingency production arrangement includes the availability of distribution across the United State, if necessary. We have established distributor relationships and the ability drop ship calendars to store locations (subject to buyers purchase agreement). — you distrib ~~publisher~~

16) All calendar printing/production will be contracted outside to one or both of companies list in item 17. Upon entering into a final product printing agreement a manufacturing processing, quality assurance, training program, and any applicable regulation requirements will be provided.

17) 1) World Color-Quebecor World
4560 L.B. McLeod Road
Orlando, FL 32811

2) BrownTrout Publishers
P.O. Box 280070
San Francisco, Ca 94128

just manufacturers? Not mktg, distrib, etc ✓

Product production assignment will be determined after trademark approval have been received and will be based on company's availability to meet production deadlines, distribution resources and product quality.



~~By: Sterling, Winchester & Long~~
Project 2001 USPS Presentation
Privileged & Confidential

Project 2001
Proposed Licensed
Product List

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Scott | | | | | Date of |
| 2 | Catalog | | | | | Issue |
| 3 | Number | | Description | | | |
| 4 | | | | | | |
| 5 | 2359a | | Const. Bicentennial Issue | | | 08/28/1987 |
| 6 | 2360 | | Signing of the Consititution | | | 09/17/1987 |
| 7 | 2137 | | Mary Mclead Bethume | | | 03/05/1985 |
| 8 | 2105 | | E. Rooseverlt | | | 10/11/1984 |
| 9 | 1094 | | US Flag | | | 07/04/1957 |
| 10 | 418 | | Benjamin Franklin | | | 2/12 |
| 11 | 873 | | Booker T. Washington | | | 04/07/1940 |
| 12 | 893 | | Alexander Graham Bell | | | 10/28/1940 |
| 13 | 998 | | United Confederal Vet. | | | 05/30/1951 |
| 14 | 1408 | | Stone Mountain | | | 09/19/1970 |
| 15 | 1595 | | Liberty Bell | | | 10/31/1975 |
| 16 | 1687 | | The Declaration of Indep. | | | 05/29/1976 |
| 17 | 3087 | | Centennial Olympic | | | 07/11/1996 |
| 18 | 1770 | | Robert F. Kennedy | | | 01/12/1979 |
| 19 | 2782a | | 4 Sheet National Postal Museum | | | 07/30/1993 |
| 20 | 2975 | | Civil War | | | 06/29/1995 |
| 21 | UX143 | | Picture Side White House | | | 09/17/1987 |
| 22 | 3137 | | Bugs Bunny | | | 05/22/1997 |
| 23 | 3306 | | Daffy Duck | | | 09/17/1987 → ? |
| 24 | 3136 | | Dinasaurs | | | 05/01/1997 |
| 25 | 3204b | | Sylvester & Tweety | | | 04/27/1998 |
| 26 | 335 | | George Washington | | | 12/8 |
| 27 | 561 | | T. Jefferson | | | 01/15/1923 |
| 28 | 1499 | | Truman | | | 05/08/1973 |
| 29 | 1503 | | L. Johnson | | | 08/27/1973 |
| 30 | 1950 | | F. Roosevelt | | | 01/30/1982 |
| 31 | 2219 | | Presidents - sheet of 9 | | | 05/22/1986 |
| 32 | 2218 | | Presidents - sheet of 9 | | | 05/22/1986 |
| 33 | 2217 | | Presidents - sheet of 9 | | | 05/22/1986 |
| 34 | 2216 | | Presidents - sheet of 9 | | | 05/22/1986 |
| 35 | 2955 | | R. Nixon | | | 04/26/1995 |
| 36 | | | | | | |
| 37 | | | | | | |
| 38 | | | | | | |
| 39 | | | | | | |
| 40 | | | | | | |
| 41 | | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |
| 48 | | | | | | |

Sterling, Winchester Long
Privilage and Confidential

Project 2001
Proposed Licensed
Product List

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | Insects & Spiders | | 10/01/1999 | | | |
| 52 | Holiday Traditional | | 10/18/1999 | | | |
| 53 | | | | | | |
| 54 | | | | | | |
| 55 | | | Great American Women | | | |
| 56 | | | Volume One | | | |
| 57 | | | Jane Addams | | | |
| 58 | | | Susan B. Anthony | | | |
| 59 | | | Virginia Apgar | | | |
| 60 | | | Clara Barton | | | |
| 61 | | | Ruth Benedict | | | |
| 62 | | | Pearl Buck | | | |
| 63 | | | Rachel Carson | | | |
| 64 | | | Mary Cassatt | | | |
| 65 | | | Bessie Coleman | | | |
| 66 | | | Emily Dickinson | | | |
| 67 | | | Patricia Roberts Harris | | | |
| 68 | | | Juliette Gordon Low | | | |
| 69 | | | Mary Lyon | | | |
| 70 | | | Annie Oakley | | | |
| 71 | | | Alice Paul | | | |
| 72 | | | Harriet Quimby | | | |
| 73 | | | Ayn Rand | | | |
| 74 | | | Sojourner Truth | | | |
| 75 | | | Marth Washington | | | |
| 76 | | | | Scott | | |
| 77 | | | | Catalog | Date of | |
| 78 | | | Celebrate the Century | Number | Issue | |
| 79 | | | 1900 | 3182 | 02/03/1998 | |
| 80 | | | 1910 | 3183 | 01/02/1998 | |
| 81 | | | 1920 | 3184 | 02/03/1998 | |
| 82 | | | 1930 | 3185 | 09/10/1998 | |
| 83 | | | 1940 | 3186 | 02/12/1999 | |
| 84 | | | 1950 | 3187 | 05/26/1999 | |
| 85 | | | 1960 | | 09/17/1999 | |
| 86 | | | 1970 | | 11/18/1999 | |
| 87 | | | 1980 | | | |
| 88 | | | 1990 | | | |

## SEAL

Mercury, a post rider, and now the eagle have symbolized the postal system in the United States at various times in its history.

In 1782, Postmaster General Ebenezer Hazard used the figure of Mercury, the messenger of the gods and the god of commerce and travel in Roman mythology. Mercury was shown riding on clouds, with winged feet and a staff in his right hand. A serpent-entwined staff was placed in Mercury's extended left hand by Postmaster General Gideon Granger in June 1808, until Postmaster General John McLean modified the seal again in 1824 by placing Mercury's right hand at shoulder height.

The official seal used by the Post Office Department from 1837 to 1970 pictured, as directed by Postmaster General Amos Kendall, "a post horse in speed, with mail bags and rider, encircled by the words 'Post Office Department, United States of America.'" It is believed this seal was inspired by Benjamin Franklin. When Franklin was selected Postmaster General by the Continental Congress, he issued a circular letter throughout the colonies, bearing a rude woodcut of a post rider on horseback, with saddle bags behind him for carrying the mail.

On August 12, 1970, the day President Nixon signed into law the Postal Reorganization Act converting the Post Office Department into an independent establishment of the executive branch, the Postal Service announced adoption of a new seal. It featured a bald eagle poised for flight on a white field, above red and blue bars framing the words "U.S. Mail" and surrounded by a square border with the words "United States Postal Service" on three sides and nine five-pointed stars at the base. The stars carry no special symbolism.

## FLAG

The United States Postal Service flag is a five-color version of the new seal, placed on a white, rounded square background on an Old Glory blue flag base.




Postal seals, 1782-1993

## United States Postage Stamps with African American Subjects

| *subject* | *denomination* | *year* |
|---|---|---|
| Booker T. Washington | 10¢ | 1940 |
| 13th Amendment | 3¢ | 1940 |
| Dr. George Washington Carver | 3¢ | 1948 |
| Centennial of Booker T. Washington | 3¢ | 1956 |
| Emancipation Proclamation | 5¢ | 1963 |
| Frederick Douglass | 25¢ | 1967 |
| W.C. Handy | 6¢ | 1969 |
| Henry Ossawa Tanner | 8¢ | 1973 |
| Paul Laurence Dunbar | 10¢ | 1975 |
| Salem Poor | 10¢ | 1975 |
| Harriet Tubman | 13¢ | 1978 |
| Dr. Martin Luther King, Jr. | 15¢ | 1979 |
| Benjamin Banneker | 15¢ | 1980 |
| Whitney Moore Young, Jr. | 15¢ | 1981 |
| Charles R. Drew, MD | 35¢ | 1981 |
| Jackie Robinson | 20¢ | 1982 |
| Ralph Bunche | 20¢ | 1982 |
| Scott Joplin | 20¢ | 1983 |
| Dr. Carter G. Woodson | 20¢ | 1984 |
| Roberto Clemente | 20¢ | 1984 |
| Mary McLeod Bethune | 22¢ | 1985 |
| Sojourner Truth | 22¢ | 1986 |
| Duke Ellington | 22¢ | 1986 |
| Matthew Henson | 22¢ | 1986 |
| Jean Baptiste Pointe DuSable | 22¢ | 1987 |
| James Weldon Johnson | 22¢ | 1988 |
| A. Philip Randolph | 25¢ | 1989 |
| Ida B. Wells | 25¢ | 1990 |
| Jesse Owens | 25¢ | 1990 |
| Jan E. Matzeliger | 29¢ | 1991 |
| W.E.B. DuBois | 29¢ | 1992 |
| American Music Series | | |
| Clyde McPhatter | 29¢ | 1993 |
| Otis Redding | 29¢ | 1993 |
| Dinah Washington | 29¢ | 1993 |
| Percy Lavon Julian | 29¢ | 1993 |
| Joe Louis | 29¢ | 1993 |
| American Music Series | | |
| Porgy & Bess | 29¢ | 1993 |
| Dr. Allison Davis | 29¢ | 1994 |
| Buffalo Soldiers | 29¢ | 1994 |
| American Music Series | | |
| Ethel Waters | 29¢ | 1994 |
| Nat 'King' Cole | 29¢ | 1994 |
| Bessie Smith | 29¢ | 1994 |
| 'Ma' Rainey | 29¢ | 1994 |
| Billie Holiday | 29¢ | 1994 |
| Howlin' Wolf | 29¢ | 1994 |

=Jointly Owned

# United States Postage Stamps with African American Subjects

| | | |
|---|---|---|
| Jimmy Rushing | 29¢ | 1994 |
| Muddy Waters | 29¢ | 1994 |
| Mildred Bailey | 29¢ | 1994 |
| Robert Johnson | 29¢ | 1994 |
| Legends of the West | | |
| Bill Pickett | 29¢ | 1994 |
| Jim Beckwourth | 29¢ | 1994 |
| Bessie Coleman | 32¢ | 1995 |
| Civil War | | |
| Frederick Douglass | 32¢ | 1995 |
| Harriet Tubman | 32¢ | 1995 |
| Jazz Musicians | | |
| Coleman Hawkins | 32¢ | 1995 |
| James P. Johnson | 32¢ | 1995 |
| Charlie Parker | 32¢ | 1995 |
| Charles Mingus | 32¢ | 1995 |
| John Coltrane | 32¢ | 1995 |
| Louis Armstrong * | 32¢ | 1995 |
| 'Jelly Roll' Morton | 32¢ | 1995 |
| Eubie Blake | 32¢ | 1995 |
| Thelonious Monk | 32¢ | 1995 |
| Erroll Garner | 32¢ | 1995 |
| Ernest E. Just | 32¢ | 1996 |
| Folk Heroes | | |
| John Henry | 32¢ | 1996 |
| Big Band Leaders | | |
| Count Basie | 32¢ | 1996 |
| Benjamin O. Davis, Sr. | 32¢ | 1997 |
| Kwanzaa | 32¢ | 1997 |
| Madam C. J. Walker | 32¢ | 1998 |
| Folk Musicians | | |
| Leadbelly | 32¢ | 1998 |
| Sonny Terry | 32¢ | 1998 |
| Josh White | 32¢ | 1998 |
| Gospel Singers | | |
| Sister Rosetta | 32¢ | 1998 ? Rosetta Tharpe ? |
| Clara Ward | 32¢ | 1998 |
| Mahalia Jackson | 32¢ | 1998 |
| Roberta Martin | 32¢ | 1998 |
| Celebrate the Century—1900s | | |
| W. E. B. DuBois | 32¢ | 1998 |
| Celebrate the Century—1910s | | |
| George Washington Carver | 32¢ | 1998 |
| Celebrate the Century—1930s | | |
| Jesse Owens | | |
| Malcolm X | 33¢ | 1999 |
| *Olympics Stamps* | | |
| Javelin Thrower | 10¢ | 1979 |
| Runner | 10¢ | 1979 |
| Boxers | 13¢ | 1983 |
| Hurdler | 25¢ | 1983 |
| Basketball Player | 28¢ | 1983 |
| Shotputter | 40¢ | 1983 |



A102

## United States Postage Stamps with African American Subjects

| | | |
|---|---|---|
| Long Jump | 20¢ | 1984 |
| Wrestling | 20¢ | 1984 |

# Project 2001
# Official USPS Calendar

## *Project Introduction*

The production plan for the 2001 calendar year is to produce the U.S. Postal Services Calendar in five collectable categories:

1) USPS National and State History
2) Black Heritage
3) USPS Commemorative Stamps
4) Kids World (Children's Edition)
5) Celebrate The Century

The USPS Official Calendar series will include special events, historical portraits, and significant dates, buildings, and individuals that have served the USPS or that have been honored on a U.S. postal stamp. The calendar collection will be professionally developed with the USPS seal and a seven-digit number identifying production sequence and authentication. Each month it will highlight significant USPS dates, events, as well as, holidays. The calendar collection will have a ten-year reproduction period with a continuing series number starting from the last calendar printed ten years earlier.

-10/15 b/4 we use again Start

Each category will have its own exclusive design features representing USPS contributions. The Calendar cover will depict the quality of artwork and subject matter contained within each month. The back section of the calendar will contain a wealth of historical information, such as "Did You Know", VIP's, current and past Postmaster Generals, significant dates and events, address and phone number sections, state and regional post office locations.

# Project 2001
# Official USPS Calendar

## *Calendar Collection Categories*

1) **Historical, National & State Collections**: These collections will feature 12 months of historical photos. Each photograph will display a significant event, building, or individual that contributed to the history of the postal service on the national or state level. The photograph will include a written account of its history and its importance in shaping the USPS. Utilizing the USPS's historical archive to gain the most accurate documented information, consumers of all ages will be provided with an education about the origin of the USPS and its significant national and state contributions to United States. The State collection will capture and remind American citizens of their state's contributions to the USPS. The calendar will manifest state monuments of past and present, buildings, and even battlefields, where USPS men and women risked their lives to deliver the mail. The focus of the State calendar is to be all inclusive of the United States as one nation, yet credit each individual state's contributions.

2) **Black Heritage Collection**: This collection will feature four series of black heritage calendars dating back to the 1700s. Each series will introduce a segment of historical contributions to the USPS. Each year the featured series will approach the realities of life during that period from the prospective of: laborers to professionals; athletic to activist; scientist to seamstress; directors to doctors; and from slavery to superstars. The 12-month calendar will feature historical portraits and documented records of African Americans who have been honored by the USPS in their series of Black Heritage stamps, and listed in the USPS National register. The Black Heritage collection is projected to be one of the most sought after by culturally diverse historians, educators, business professionals, religious groups and the average lover of African Americans art and history.

3) **USPS Commemorative Stamps**: The stamp collection calendar will feature 12 commemorative USPS portrait stamps and personal attributes surrounding USPS commemorative honorees. All commemorative stamps featured in the calendar will be suitable for framing and as a keepsake for years to come. The Commemorative Stamp Collections will also feature men and women with celebrated achievements recognized by USPS. Each year there will be three Official Commemorative Stamp Calendar editions in limited production.

# Project 2001
# Official USPS Calendar

4) **USPS Kids World:** The Kids World edition will feature a collection of the Looney Tunes Series. The United States Postal Service youth program ambassador, Bugs Bunny will be the first edition cover page. Kids and parents alike will enjoy each month a different Looney Tunes character and learn all there is to know about the featured month character. The primary object of the Kids World collection is to delight children through portraits, while educating them on their level and introducing them to a world of history. Plans are to incorporate early leaner games audio and video cartoon animation on the internet so kids can enjoy the experience of surfing through the Kids World calendar. The Kids World edition will be reasonably priced within the average weekly allowance of a 12 year old.

5) **Celebrate The Century Collection:** The Celebrate The Century Collection will begin with the Millennium 2001 edition, which is destined to be this year's most sought after calendar collectable. It will serve as the USPS Official Calendar introductory calendar to the American public. The Millennium 2001 calendar will showcase a diverse America through the United States Postal Service, from the beginning of American mail service to the end of the 1900s. A highly skilled team of researchers and designers will be fully allocated to develop the Official USPS Millennium 2001 calendar. After the Millennium 2001 project is completed, the team will focus its efforts on the USPS Century and Decade Calendars. Most of the monthly illustrations from the Century and Decade Calendar will come from the six volumes of history bound in the Celebrate the Century Heirloom Editions.

## *Purchaser Authentication Registrar*

Purchasers will have the option to register their calendar by series/sequence number with the Purchaser Authentication Registrar (PAR). The PAR is a computer system based warehouse that will record registration data at the time of purchase and store data with an undisclosed security service provider. The objective of the PAR is to provide collectors and enthusiasts with an origin of purchase. In addition to the unique history, education content and official symbol it increase public interest in the USPS and its collectible value. Those registered collectors and enthusiasts that place their stamps and USPS history as invaluable records of time can be assured that having an official USPS Calendar in their collection will only endorse what is already a keepsake heirloom collection.

# Project 2001
# Official USPS Calendar

*Marketing*

For over a three-month period, a team of observers visited 50 US Post Offices in the southeastern part of the US to conduct a market study on postal customer's habits. The objective of the study was to determine how many post offices displayed calendars visible for customer use and what kind of calendar was being displayed. The study revealed that 82% of postal facilities visited did not display a calendar that was visible to the public and 18% of the postal facilities had a variety of non-postal service commercial calendars.

After analyzing preliminary marketing data, Sterling, Winchester & Long conducted a market study to ascertain customer desire and sales data. A questionnaire was developed to survey individuals and businesses (see Attachment I) on their USPS product and services.

Information was collected through telephone, face-to-face interviews, and Internet log-on questionnaires to determine the level of interest for the subject product and price range consumers were willing to pay. The market analysis delineated potential customers that would purchase an Official United States Postal Calendar into five categories:

Target mkts/groups:

**Families with school-age children**

**Ethnic groups**

**Organizations**

**Historians and collectors**

**Commercial**

**Internet Customers**

All participants were asked the same ten survey questions. The purpose of the market study was to determine consumer interest, habits and the price range consumers were willing to pay. From the data compiled the team went a step further and conducted an independent Market survey of USPS Post Masters or their designee to gain a better understanding of consumer post office visits and purchasing activities an Independent USPS Market Survey (attachment B). The study geographically covered three southeastern states (Georgia, South Carolina and Florida).

# Project 2001
# Official USPS Calendar

The market survey analysis focused on customer's frequency of visits to their local Post Office, purchase behavior (at local post offices and on the web), consumer interest in an Official USPS Calendar and the value consumer's placed on such a product.

From the 250 individuals surveyed, 48% visited a post office 2 to 3 times a week, and 19.5% visited the local post office 4 or more times a week. When asked: "What day of the week are you most likely to visit the post office?" 51% said Saturday and 38% said Monday. Only 33% of the individuals surveyed made a merchandise display item purchase, such as Superman or Bugs Bunny products.

**Survey question** 7: ("*From the four USPS items listed below, 1. USPS Key Chain and Pen, 2. Superman or Walt Disney Products, 3. Official USPS Calendar, and 4. USPS Monthly Magazine which one would you purchase if available to the public?*" - Attachment A).

This survey question defines the objective of the market survey concerning customer's interest in an official USPS calendar. Out of the 250 individuals polled, 153 or 61.4% selected item 3., the Official US Postal Calendar, indicating that they would buy an Official US Postal Calendar if available. Without the benefit of having a visual picture of what an Official US Postal Calendar would look like 31% said that they would pay $10.00 or less and 18% indicated that they would pay $10.00 or more for such an official calendar.

The calendar's first year market plan is to sell the product through one national bookstore chain. Our research indicates that the USPS calendar is a specialty item with everyday benefits with intrinsic value as a collectable heirloom for stamp enthusiasts and US Postal Service historians. We believe that limiting the number available for retail sales will increase the product demand, increase consumer interest in commemorative stamps and preserve the product's significance to American history.

We are in discussion, a waiting trademark licensing approval, with two national retail bookstore that has a combine total of 900 bookstores throughout the U.S. Our intent is to identify the best retail arrangement that meets our overall objectives of quality, value, service, product marketability, and promotion.

# Project 2001
# Official USPS Calendar

## *Internet Web Site*

A recent independent study of home internet use by Price Water House revealed that 43 % of US homes are Internet users, a 60% increase from last years' internet home usage. From the population we surveyed, 33% said that they would use the Internet to purchase USPS products. When the survey results were delineated by geographic location, the Internet usage and willingness to purchase USPS products over the web increased in large populated metro areas.

We are in the development stage of marketing and selling the calendar and other calendar accessories over the Internet. The preliminary plan is to provide users with complete information on the calendar and link viewers to calendar accessories and the USA Philatelic catalog and to "stampsonline.com". The primary objective is to sell the Official USPS calendar and associated stamps, with an emphasis on commemorative stamps featured in the calendar collection. The web will include audio and video presentations on the featured month, providing current and historical information, and suggested resources. A special added feature to the calendar online will be its hyper link to significant USPS days and individuals that provide detailed information in a documentary format.

Each calendar collection will have links to other sections of the calendar, accessories and provide the customer an opportunity to purchase. The purchase order form will request general merchandise purchasing data and the opportunity for gift purchases. After the purchase is completed the general data will automatically be stored in a Project 2001 web customer's file. The data will be used to conduct product and service research, product marketing, and for customer's priority calendar mailing list for future calendars.

# Project 2001
# Official USPS Calendar

## *Advertising*

Advertising and promotion of the Official USPS Calendar will primarily be done through wholesale buyers, point of sales in USPS merchandise stores and web site promotion. The Official USPS Calendar is anticipated to become a national symbol of the USPS in the 21st Century. As a postal service product each year postal service customers will come to expect and anticipate the extraordinary commemorative stamp illustrations and archives of information. The Official Calendar will increase customer loyalty and commemorative stamp sales and other accessories, while educating Americans on USPS history. For all 365 days of the year, millions of Americans will schedule their days, weeks, and months using the USPS Official Calendar. Furthermore, long after the last calendar day of the year, the Official USPS Calendar will be valued as a limited addition collectable.

Web usage in US homes in 1999 jumped 60% from the previous year to 43%, accounting for an estimated 30 million families. The product's uniqueness with an official seal of authentication, collectable value and distribution to 28,000 US Post Offices and USPS merchandise shops across the country will provide sufficient advertising and promotion to meet sales projections.

# Project 2001
# Official USPS Calendar

## *Business Location*

Project 2001 administrative and development offices will be located in the Central Savannah River Area (CSRA), in Barnwell County of South Carolina or in Richmond County, Georgia near Augusta, Georgia. Preliminary location identification research is being conducted based on workforce skill levels, community partnering, technical resources, space availability and easy access to USPS distribution centers or major land (trucking) and air (airplane) transportation hubs.

## *Production and Distribution*

All calendar research, design, layout and development will be done at the Project 2001/SW&L corporate office and research facility and linked electronically with contracted printing production sites throughout the country. After production and Q&A approval calendars will be shipped directly to a regional USPS distribution center or to district warehouses for direct internet order processing or local distribution to regional postal facilities. Project 2001 production and distribution center will be online in real time, with specialized transportation system for efficiency circulation of calendars to USPS merchandise stores and other facilities. A centralized computer mainframe will monitor calendar sales activity at each sales location including Philatelic Catalog distribution centers to provide online restocking information to the nearest distribution center for an immediate response.

Project 2001
Five Year Production Analysis

| | Year 1 | Year 2 | Year 3 | Year 4 | Year 5 | |
|---|---|---|---|---|---|---|
| I. Manufacturing Cost | | | | | | |
| A. Direct Production Costs | | | | | | |
| 1. Printing Production | $ 199,500 | $ 205,485 | $ 211,650 | $ 217,999 | $ 224,539 | (3% annual increase) |
| 2. Patents & Royalties | $ 65,000 | $ 68,250 | $ 71,663 | $ 75,246 | $ 79,008 | (5% of expected sales) |
| | $ 264,500 | $ 273,735 | $ 283,312 | $ 293,245 | $ 303,547 | |
| B. Fixed Charges | | | | | | |
| 1. Depreciation | | $ - | $ - | $ - | $ - | Deferred |
| 2. Rent | $ 1,000 | $ 1,050 | $ 1,103 | $ 1,158 | $ 1,216 | |
| 3. Insurance | $ 1,000 | $ 1,050.00 | $ 1,103 | $ 1,158 | $ 1,216 | |
| C. Officer Compensation & Benefits | | $ - | $ - | $ - | $ - | (5% annual increase) |
| | $ 265,500 | $ 274,785 | $ 284,415 | $ 294,402 | $ 304,762 | |
| II. General Expenses | | | | | | |
| A. Manager & Staff Salaries | $ - | $ - | $ - | $ - | $ - | defer salaries to 2nd year |
| B. Research & Development Costs | $ 50,000 | 52,500 | 55,125 | 57,881 | 60,775 | (5% annual increase) |
| C. Marketing & Advertising Costs | $ 20,000 | $ 20,200 | $ 20,402 | $ 20,606 | $ 20,812 | (1% annual increase) |
| D. Professional Services | $ 10,000 | $ 10,300 | $ 10,609 | $ 10,927 | $ 11,255 | (3% annual increase) |
| E. Travel Expenses | $ 5,000 | $ 5,200 | $ 5,408 | $ 5,624 | $ 5,849 | (4% annual increase) |
| F. General & Administration Costs | $ 170,000 | $ 178,500 | $ 187,425 | $ 196,796 | $ 206,636 | (5% annual increase) |
| G. Financing (investor return) | $ - | $ 47,745 | $ 47,745 | $ 47,745 | $ 47,745 | (9% of TCI) |
| H. Warehouse & Shipping | $ 10,000 | 10,300 | 10,609 | 10,927 | 11,255 | (3% annual increase) |
| | $ 265,000 | $ 324,745 | $ 337,323 | $ 350,507 | $ 364,328 | |
| III. Total Product Cost (I. + II.) | $ 530,500 | $ 599,530 | $ 621,738 | $ 644,910 | $ 669,090 | |

| | | | |
|---|---|---|---|
| Units Produced | 200,000 | | |
| BREAK-EVEN ANALYSIS | | | |
| Direct Costs Per Calendar | $ 1.32 | | |
| Indirect Costs | $ 266,000 | | |
| Sales Price | $ 6.50 | $ 7.00 | |
| Units Produced | 200,000 | | |

| | |
|---|---|
| F. G&A | |
| Off. Furn. | $ 130,000 |
| Computers | $ 30,000 |
| Supp & Equ | $ 5,000 |
| Phone System | $ 5,000 |
| | $ 170,000 |
| G. Financing | |
| Invester financing only | |
| H. W & Shipping | |
| Shipping Only | |

Sterling, Winchester and Long
Privilage Confidential [5/18/00]

Project 2001
Five Year Production Analysis

| Calendars Per Year | Sales @ $6. | Costs | Sales@ $7 |
|---|---|---|---|
| 0 | $ - | $ 266,000 | $ - |
| 5,000 | $ 32,500 | $ 272,613 | $ 35,000 |
| 10,000 | $ 65,000 | $ 279,225 | $ 70,000 |
| 15,000 | $ 97,500 | $ 285,838 | $ 105,000 |
| 20,000 | $ 130,000 | $ 292,450 | $ 140,000 |
| 25,000 | $ 162,500 | $ 299,063 | $ 175,000 |
| 30,000 | $ 195,000 | $ 305,675 | $ 210,000 |
| 35,000 | $ 227,500 | $ 312,288 | $ 245,000 |
| 40,000 | $ 260,000 | $ 318,900 | $ 280,000 |
| 45,000 | $ 292,500 | $ 325,513 | $ 315,000 |
| 50,000 | $ 325,000 | $ 332,125 | $ 350,000 |
| 55,000 | $ 357,500 | $ 338,738 | $ 385,000 |
| 60,000 | $ 390,000 | $ 345,350 | $ 420,000 |
| 65,000 | $ 422,500 | $ 351,963 | $ 455,000 |
| 70,000 | $ 455,000 | $ 358,575 | $ 490,000 |
| 75,000 | $ 487,500 | $ 365,188 | $ 525,000 |
| 80,000 | $ 520,000 | $ 371,800 | $ 560,000 |
| 85,000 | $ 552,500 | $ 378,413 | $ 595,000 |
| 90,000 | $ 585,000 | $ 385,025 | $ 630,000 |
| 95,000 | $ 617,500 | $ 391,638 | $ 665,000 |
| 100,000 | $ 650,000 | $ 398,250 | $ 700,000 |
| 105,000 | $ 682,500 | $ 404,863 | $ 735,000 |
| 110,000 | | | |
| 115,000 | *51,376* | *calendars* | *46,852* |
| 120,000 | | | |
| 125,000 | | | |
| 130,000 | | | |
| 135,000 | | | |
| 140,000 | | | |
| 145,000 | | | |
| 150,000 | | | |
| 155,000 | | | |
| 160,000 | | | |
| 165,000 | | | |
| 170,000 | | | |
| 175,000 | | | |
| 180,000 | | | |
| 185,000 | | | |
| 190,000 | | | |

Sterling, Winchester and Long
Privilage Confidential [5/18/00]

Project 2001
5 Year Profitability Statement

| Year | 0 | 1 | 2 | 3 | 4 | 5 | |
|---|---|---|---|---|---|---|---|
| 1. Fixed Capital Investment | $ 76,000 | | | | | | 1. |
| 2. Working Capital | $ 284,500 | | | | | | 2. |
| 3. Total Capital Investment (1 + 2) | $ 360,500 | | | | | | 3. |
| 4. Sales | | $1,300,000 | $1,365,000 | $1,433,250 | $1,504,913 | $1,580,158 | 4. 5% annual increase |
| 5. Other Revenue | | | | | | | 5. 5% annual increase |
| 6. Total Product Cost | | $ 360,500 | $ 405,730 | $ 419,013 | $ 432,813 | $ 447,154 | 6. |
| 7. Operating Income (4 + 5 - 6) | | $ 939,500 | $ 959,270 | $1,014,237 | $1,072,099 | $1,133,004 | 7. |
| 8. Depreciation | | | | | | | 8. |
| 9. Profits Before Tax (7 - 8) | | $ 939,500 | $ 959,270 | $1,014,237 | $1,072,099 | $1,133,004 | 9. |
| 10. Income Tax (25%) | | 234,875 | 239,818 | 253,559 | 268,025 | 283,251 | 10. |
| 11. Profits After Tax (9 - 10) | | $ 704,625 | $ 719,453 | $ 760,678 | $ 804,074 | $ 849,753 | 11. |
| 12. Net Annual Cash Income (11 + 8) | | $ 704,625 | $ 719,453 | $ 760,678 | $ 804,074 | $ 849,753 | 12. |
| 13. Net Annual Cash Flow (3 + 12) | $ 360,500 | $ 704,625 | $ 719,453 | $ 760,678 | $ 804,074 | $ 489,253 | |
| Expected Units Sold | 200,000 | | | | | | $ 3,838,583 |
| Sales Price per calendar | $ 6.50 | | | | | | |
| | | | | | | | NPV |
| Net Present Value (15%) | $ (360,500) | $ 612,717 | $ 544,009 | $ 500,158 | $ 459,732 | $ 422,477 | $ 2,178,594 |
| | | | | | | | 15% |

*****payback money borrowed in year 5

Sterling, Winchester and Long
Privilage and Confidential



A115

Project 2001
5 Year Profitability Statement

| Cash Flow Rate of Return Chart | |
|---|---|
| i | Value |
| 0.1 | $ 1,446,166 |
| 0.2 | $ 1,166,515 |
| 0.3 | $ 953,466 |
| 0.4 | $ 787,086 |
| 0.5 | $ 654,393 |
| 0.6 | $ 546,639 |
| 0.7 | $ 457,760 |
| 0.8 | $ 383,443 |
| 0.9 | $ 320,552 |
| 1 | $ 266,760 |
| 1.1 | $ 220,315 |
| 1.2 | $ 179,870 |
| 1.3 | $ 144,381 |
| 1.4 | $ 113,025 |
| 1.5 | $ 85,146 |
| 1.6 | $ 60,217 |
| 1.7 | $ 37,809 |
| 1.8 | $ 17,571 |
| 1.9 | $ (789) |
| 2 | $ (17,513) |
| 2.1 | $ (32,803) |
| 2.2 | $ (46,832) |
| 2.3 | $ (59,745) |
| 2.4 | $ (71,667) |
| 2.5 | $ (82,706) |

Sterling, Winchester and Long
Privilage and Confidential


Break-Even Analysis (200,000 Units)
Sales or Costs
$700,000
$600,000
$500,000
$400,000
$300,000
$200,000
$100,000
$-
0
10,000
20,000
30,000
40,000
50,000
60,000
70,000
80,000
90,000
Production, calendars/year
Break Even Point ($7)
(46,852 calendars)
Break Even Point ($6)
(51,376 calendars)
Sales @ $7
Sales @ $6
Costs

A118

☐ *I would like an Official USPS 2001 Calendar*

*Purchase a calendar from these locations:*

U.S Postal Services
(Participating Locations)

Internet:
USPSCalendar2001.com
or
uspsofficialcalendar.com

USA PHILATELIC CATALOG
1 800 STAMP - 24

BARNES & NOBLE
1 800 843 -2655

321

Sterling, Winchester & Long



1022 Dunbarton Road
Williston, S.C. 29853
(803) 266-2555

P.O. Box 211299
Martinez, Ga. 30907
(706) 231-5558

Introducing the
Official U.S. Postal Service

# 2001 CALENDAR COLLECTION

Official Seal
1837 - 1970



UNITED STATES POSTAL SERVICE

*The Official United States Postal Service Calendar introductory collectibles depict five different representations of American history through the U.S Postal Service.*

A119

## National & State History

Features 12 months of historical photos .cluding the early years, before it was ılled the U.S. Post Office. Each ıotograph will display a significant event, uilding, or individual that contributed to ıe history of the postal service on the ational or state level

## Black Heritage

Features four series of black heritage alendars dating back to the 1700s. Each eries will introduce a segment of historical ontributions to the USPS. Each year the eatured series will approach the realities of ife during that period from the prospective ›f: laborers to professionals; athletic to ıctivist; scientist to seamstress; directors to loctors; and from slavery to superstars.

## Commemorative Stamps

The stamp collection calendar features 12 commemorative USPS portrait stamps and the personal attributes surrounding USPS commemorative honorees. All commemorative stamps featured in the calendar will be suitable for framing and as a keepsake for years to come.

## Kids World
## Children's Edition

Kids World features a collection of the Looney Tunes Series. The United States Postal Service Youth Program Ambassador; Bugs Bunny will be the first edition cover page. Kids and parents alike will enjoy each month a different Looney Tunes character and learn all there is to know about the featured month character.

## Celebrate the Century

The Celebrate the Century Collection began with the Millennium 2001 edition, which is destined to be this year's most sought after calendar collectable and serves as the USPS Official Calendar introductory calendar to the American public. The Millennium 2001 calendar showcase a diverse America through the United States Postal Service, from the beginning of American mail service to the end of the 1900s.




*Official Seal*
*1837 - 1970*

## Purchaser Authentication Registrar

The USPS Official Calendar series include special events, historical portraits, and significant dates, buildings, and individuals that have served the USPS or that have been honored on a U.S. postal stamp. Each calendar has its own seven-digit identification number that also registers each calendar production sequence in the Purchaser Authentication Registrar (PAR) to maintain authentication.

Purchasers have the option to register their calendar by series/sequence number with the Purchaser Authentication Registrar (PAR). The PAR data is kept in an undisclosed security computer storage warehouse that records registration data at the time of purchase or when registration card is received. The objective of the PAR is to provide collectors and enthusiasts with an origin of purchase.

*Sterling, Winchester & Long*
*P.O. Box 211299*
*Martinez, Ga. 30709*
*(706) 231-5558*

May 22, 2000

Mrs. LeGree S. Daniels
USPS Board of Governors
1715 Glenside Drive
Harrisburg, Pa.

Dear Mrs. Daniels:

Sterling, Winchester & Long is a small consulting and development Limited Liability Company (LLC), that represent clients in matters of dispute resolutions, mediations, contract negotiations, and business development.

In the area of business development on October 7, 1999, we submitted to the United States Postal Service, a proposal for an Official U.S. Postal Calendar through the Unsolicited Proposal (Publication 131), please see attached. To our knowledge, this calendar would be the first Official USPS calendar marketed to the public.

Our reason for contacting you is because we are concerned with time its taking the USPS to review our proposal and respond back to us. Please allow me to provide you with a history of what has transpired since our original meeting and submission of our proposal.

| | |
|---|---|
| Oct. 7, 1999 | J.G. Long hand carried the proposal to Washington, D.C. and presented the proposal to Pete Steels, manager of the Unsolicited Proposal Section at the time. Mr. Steels explained to Mr. Long that his office only processed the proposals to areas of interest. He suggested that Mr. Long, visit Kaye DeShields, manager of retail products, since this proposal best fits retail products.<br>Mr. Long stopped by Ms. DeShields office and briefly introduced the proposal. And provided her with the proposal and a draft copy of the product (USPS Official Calendar). Ms. DeShields stated that she would review the document and respond to him. |
| Oct. 8, 1999 | Sent Ms. DeShields and Mr. Steels a thank you letters |
| Oct. 15, 1999 | Mr. Long called Ms.DeShields to inquire if she had an opportunity to review the proposal. Ms. DeShield was not available so Mr. Long left her a return call voice message. |
| Oct 15, 1999 | Mr. Long made inquiry to Mr. Steel concerning the proposal. Mr. Steel said that he didn't know where Ms. DeShields was in reviewing the proposal. |
| Oct. 20, 1999 | After not hearing from Ms. DeShields Mr. Long called her again and left another voice mail. |
| Oct 22, 1999 | As directed, Mr. Long sent Mr. Steels a letter requesting formal considers of the proposal. |

| | |
|---|---|
| Oct 26, 1999 | Mr. Long wrote Postmaster General William J. Henderson, introducing the proposal (including a draft calendar) and requesting his assistance. – no response |
| Nov. 15, 1999 | Mr. Long wrote to Postmaster General Henderson again requesting a respond. – no response |
| Nov. 30, 1999 | Letter to Mrs. Patricia M. Gibert, requesting her assistance - no response |
| Dec. 1 or 2 | After several attempts by Senator Hollings of S.C. staff, Barnwell County Economic Business Development Director, and a call to Patricia M. Gibert Ms. DeShields called Mr. Long and told him that the USPS was not interest in his proposal and that he should receive a formal letter. |
| Dec. 3, 1999 | Received a letter from USPS requesting that we submit the proposal with a signed Confidential Disclosure Waiver. As of May 26, 2000 we have not yet received a denial letter (Barbara Tutt). |
| Dec. 10, 1999 | Received a second letter from USPS requesting that we submit the proposal with a signed Confidential Disclosure Waiver. (Bryan Knupp). |
| January 3, 2000 | We sent a letter to Mrs. Tutt advising her that we would be sending an updated proposal soon. |
| March 8, 2000 | Re-submitted the proposal with improvements. |

Mrs. Daniels, we were told by Mrs. Tutt to expect a response by May 19, 2000. In April 2000, we established preliminary financing discussions, product production and distribution arrangements to make this years production. At this point we are not at all certain that those commitments remain since the USPS response date has pasted. We would appreciate any assistance you may offer in moving this along.

Sincerely,

Sterling, Winchester & Long

Attachments

# EQUITY MANAGEMENT INC.®

OFFICES IN: SAN DIEGO · DETROIT · CHICAGO · NEW YORK

SAN DIEGO OFFICE:
4365 EXECUTIVE DRIVE, SUITE 1000
SAN DIEGO, CA 92121
(858) 558-2500
FAX (858) 558-2507

June 21, 2000

J.G. Long
**Sterling, Winchester & Long**
P.O. Box 211299
Martinez, GA 30907

**RE: UNITED STATES POSTAL SERVICE**

Dear J.G.:

The enclosed United States Postal Service (USPS) Term Sheet has been approved internally here at Equity Management for our client's consideration. At this time, the enclosed duplicate Term Sheets need to be signed and returned to my attention along with the $50,000.00 advance royalty check made payable to United States Postal Service. We must receive the above within 30 days. However, due to your time constraints, we recommend that you return the Term Sheets and advance immediately to ensure you meet your printing deadline.

Upon receipt of the signed Term Sheets and advance, EMI will formally present this transaction to our client. This process generally takes five to ten working days depending upon our client's availability. Once USPS has agreed to the proposed terms, one fully executed original will be returned to you for your records and our legal department will begin drafting the final license agreement, which you should receive within two to three weeks from the time the Term Sheet has been fully executed.

Upon our client's signature and approval of the Term Sheet, you may begin obtaining any artwork and materials necessary to develop your calendar(s). No products may be sold until the license agreement is fully executed and our client has approved the products, in writing. You should allow up to ten days from the time product samples or collateral sales materials have been submitted to EMI.

Also enclosed, is a list of the stamps that EMI was able to identify as wholly owned or jointly owned. (I hope it's helpful.) It has been a true pleasure working with you this far. Please feel free to contact me @ 858-558-2500 X116 if you have any questions.

Sincerely,

Marcie Chick

1603

Marcie Chick
Associate Licensing Representative

EQUITY MANAGEMENT INC.®

OFFICES IN: SAN DIEGO • DETROIT • CHICAGO • NEW YORK

SAN DIEGO OFFICE:
4365 EXECUTIVE DRIVE, SUITE 1000
SAN DIEGO, CA 92121
(858) 558-2500
FAX (858) 558-2507

July 5, 2000

Via Facsimile

Mr. J.G. Long
Sterling, Winchester & Long
1022 Dunbarton Road
Williston, SC 29853

Re: United States Postal Service Licensing Program

Dear J.G.:

It was a pleasure speaking with you this morning concerning the issues raised in your June 30th fax. Pursuant to your request, I am writing this letter to summarize our discussion concerning each of the issues you raised.

1. Type of Agreement: You requested an exclusive deal. However, as we explained, exclusive licenses are only granted under very limited circumstances, none of which are present here. As an accommodation, we would recommend to the USPS that it grant you the exclusive right to use certain specified wholly-owned stamp designs on a 2001 calendar. In other words, the USPS could still license someone else to produce a 2001 calendar but that other licensee could not use the same stamp designs as your 2001 calendar. This accommodation would apply only to 2001 calendars and only to wholly-owned stamp designs; the USPS does not have the ability to extend this offer as to jointly-owned stamp designs. It would be your responsibility to specifically identify for Marcie those stamp designs you intend to use on your 2001 calendar.

2. Earned Royalty Percentage: The standard form license agreement states that the licensee does not pay royalties on sales directly to the USPS. Please remember, however, that the agreement does not obligate the USPS to buy any of your products or to assist you in selling products at the branch post offices, or entitle you to sell products to the USPS or its branch offices.

3. Jointly-Owned Stamp Designs: You inquired as to the reason for a provision giving the USPS the absolute right to terminate the license as to any jointly-owned stamp design upon 10 days notice. This provision is necessary in light of the USPS' agreements with the third-party owners. However, the provision relates only to jointly-owned stamp designs and, even if the right was exercised, it would not affect your status as a licensee or your right to use wholly-owned stamp designs.




CORPORATE HEADQUARTERS • 4365 EXECUTIVE DRIVE, SUITE 1000 • SAN DIEGO, CALIFORNIA 92121 • (858) 558-2500 • FAX (858) 558-2507

4. Renewal: You requested unlimited renewal terms. This is not something we can recommend to the USPS.

5. Product Approval: You requested that the agreement require product approval within 72 hours. As we explained, this would be physically impossible. We are, however, prepared to recommend to the USPS that we modify the language in the standard agreement to call for approval within ten business days rather than thirty days.

We hope that this adequately answers your questions and that we have been able to alleviate your concerns. Please feel free to contact me, or to have your attorneys contact me, if you have any other questions.

Sincerely,

Robin M. Stemen
Associate Counsel

cc: Marcie Chick

# EQUITY MANAGEMENT INC.®

## FACSIMILE

*4365 Executive Drive, Suite 1000*
*San Diego, CA 92121*

*858 558-2500 x 112*
*858 558-2507 FAX*

| ATTENTION | COMPANY | FAX NUMBER |
|---|---|---|
| Mr. J.G. Long | Sterling, Wichester & Long | (706) 868-0216 |

Total pages: 3, including this page

Date: July 5, 2000

From: Robin M. Stemen, Esq.
Associate Counsel

IMPORTANT NOTICE: THIS INFORMATION IS CONFIDENTIAL AND PRIVILEGED

~~This communication, which includes all the pages which are part of this transmission, is intended for the use of the individual or entity to which~~ it was intended to be delivered. It may contain information that is privileged, proprietary, confidential and exempt from disclosure under applicable law. If the recipient or reader of this communication is not the intended recipient, or the employee or agent responsible for delivery of the communication to the intended recipient, you are hereby notified that any use, application, revelation, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, destroy all copies and return the original communication to us at the above address via mail or courier delivery.



Thank you! For information regarding this fax please call the number above.

*********************
*** TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 3674 |
| CONNECTION TEL | 17068680216ppp4044 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 07/05 16:10 |
| USAGE T | 01'38 |
| PGS. SENT | 3 |
| RESULT | OK |

# EQUITY MANAGEMENT INC.®

## FACSIMILE

*4365 Executive Drive, Suite 1000*
*San Diego, CA 92121*

*858 558-2500 x 112*
*858 558-2507 FAX*

| ATTENTION | COMPANY | FAX NUMBER |
|---|---|---|
| Mr. J.G. Long | Sterling, Wichester & Long | (706) 868-0216 |

Total pages: 3, including this page

Date: July 5, 2000

From: Robin M. Stemen, Esq.
Associate Counsel

UNITED STATES
POSTAL SERVICE

July 12, 2000

Mr. J. G. Long
Sterling, Winchester & Long
PO Box 211299
Martinez, GA 30907-1299

Dear Mr. Long:

Governor LeGree S. Daniels has asked that we respond to your May 22 letter to her concerning your unsolicited proposal related to a millennium mug and calendar.

We appreciate your continued interest in conducting business with the U.S. Postal Service and we understand your disappointment in your proposal not being accepted. Three factors contributed to the decision not to accept your proposal. First, our standing policy for what we sell in our outlets does not provide for mugs. Second, we have made a business decision based on recommendations of our field product advisory committee not to sell calendars. Finally, the only unique value provided in your calendar proposal was the use of the Postal Service's intellectual properties and images on what is otherwise a general merchandise item.

In this regard, we have rejected several other proposals for calendars. This same information has been provided to you by telephone and letter and, unfortunately, must stand as our final answer.

Sincerely,

Patricia M. Gibert
Vice President
Retail, Consumers and Small Business

for Michael T. McDonald
Keith Strange
Vice President
Purchasing and Materials

cc: Governor LeGree S. Daniels
Clarence E. Lewis, Jr.

475 L'Enfant Plaza SW
Washington DC 20260

SWL
SWL

# EQUITY MANAGEMENT INC.®

## FACSIMILE

*4365 Executive Drive, Suite 1000*
*San Diego, CA 92121*

*858 558-2500 x 116*
*858 558-2507 FAX*

| ATTENTION | COMPANY | FAX NUMBER |
|---|---|---|
| **J.G. Long** | **Sterling, Winchester & Long** | **706-868-0216** |

Total pages: 8, including this page

Date: July 25, 2000

From: Marcie Chick

Dear J.G.:

Attached, per your request, is a copy of the fully executed Term Sheet for your files. The Agreement should be sent to you for signature by the end of the week. We look forward to proceeding with this opportunity.

Sincerely,

Marcie Chick

Marcie Chick
Associate Licensing Representative

IMPORTANT NOTICE: THIS INFORMATION IS CONFIDENTIAL AND PRIVILEGED
This communication, which includes all the pages which are part of this transmission, is intended for the use of the individual or entity to which it was intended to be delivered. It may contain information that is privileged, proprietary, confidential and exempt from disclosure under applicable law. If the recipient or reader of this communication is not the intended recipient, or the employee or agent responsible for delivery of the communication to the intended recipient, you are hereby notified that any use, application, revelation, disclosure, dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone, destroy all copies and return the original communication to us at the above address via mail or courier delivery.

Thank you! For information regarding this fax please call the number above.

44-125

# USPS PROPOSED TERMS SHEET

**LICENSE TYPE** New Business

**LICENSOR** United States Postal Service

**EMI SALES REP** Marcie Chick

**PROSPECTIVE LICENSEE**

Sterling, Winchester & Long, a South Carolina Corporation
Tax ID #: 57-1099225
Department of Labor Code: Small Minority Owned Business
Contact: J.G. Long
1022 Dunbarton Road
Williston, SC 29853-1718
Phone: 803-266-2555
Fax: 706-868-0216

**LICENSED MARKS**

Those words, logos and related trade dress of LICENSOR as set forth in SCHEDULE B

**LICENSED PRODUCTS**

US Postal Service 12-month Calendars including, but not limited to, a series of calendars such as USPS National and State History, Black Heritage, USPS Commemorative Stamps, Kids World, and Celebrate the Century.

**LICENSE TYPE**

Non-Exclusive

**LICENSED TERRITORY**

United States, its territories and possessions.

**DISTRIBUTION CHANNEL**

Wholesale to bookstores, specialty stores, Philatelic catalogs and merchandise stores; and Retail via Licensee's web site.

**INITIAL TERM**

Contract Length: 3 1/2 years

Effective Date: 7/1/2000 End Date: 12/31/2003

Contract Period 1 shall begin 7/1/2000 and shall end 12/31/2001. Each consecutive twelve-month period thereafter shall be deemed a Contract Period.

RENEWAL TERM

See attached SCHEDULE C.

ADVANCE ROYALTY $50,000.00 (payable upon signing this Terms Sheet)

EARNED ROYALTY PERCENTAGE (based on Net Sales)

8% on Licensed Products sold at wholesale price for wholly owned and jointly owned stamp designs; and 5% on Licensed Products sold at retail price for wholly owned and jointly owned stamp designs.

MINIMUM ROYALTY GUARANTEE

Minimum Guarantees shall be paid on a quarterly basis as follows:

| Initial Term | Dates | Minimum Guarantee |
|---|---|---|
| Contract Period 1 | 7/1/2000-12/31/2001 | $50,000.00 |
| Contract Period 2 | 1/1/2002-12/31/2002 | $50,000.00 |
| Contract Period 3 | 1/1/2003-12/31/2003 | $50,000.00 |

ADVERTISING The Minimum Advertising Requirement for each Contract Period shall be: Not Applicable

INSURANCE Not less than $1,000,000.

COMMERCIALIZATION BY LICENSEE

| | |
|---|---|
| Deadline for prototypes to Licensor: | ~~7/15/2000~~ 7/31/2000 |
| Deadline for initial manufacturing run: | ~~8/15/2000~~ 9/12/2000 |
| Deadline for submission of advertising and promotion materials: | 10/1/2000 |
| Initial sale to Distribution Channel: | 11/1/2000 |

SPECIAL TERMS AND CONDITIONS

Licensee acknowledges and agrees that some stamp designs are owned by USPS and a Joint-Owner(s) and as such will require a separate contract between the Licensee and Joint-Owner(s). It is the Licensee's sole responsibility to obtain all necessary agreements with Joint-Owners prior to design and production of Licensed Articles.

USPS, at its option and in its sole discretion, may terminate the license as to any Jointly-Owned stamp design at any time upon ten (10) days' written notice.

Pls deliver to Marcie Thx

1 pg

ACKNOWLEDGEMENT

Prospective Licensee understands that this Terms Sheet does not constitute a license agreement and that no such agreement shall be deemed to have been reached until a final license agreement has been executed by the parties. In the event that Licensor elects not to execute either this Terms Sheet or if in the event both parties fail to execute the final license agreement for any reason, then Prospective Licensee may obtain a full refund of the Advance Royalty submitted herewith immediately upon written demand.

This Terms Sheet supersedes all prior and/or contemporaneous oral or written agreements, representations, and understandings of EMI, Licensor, and Prospective Licensee regarding the subject matter of this Terms Sheet. Licensor and Prospective Licensee acknowledge that no other party nor any agent of any other party, has made any express or implied promise, representation, or warranty whatsoever, which is not contained herein and which concerns the subject matter of this Terms Sheet and that neither party has executed or authorized the execution of this instrument in reliance upon any promises, representations, or warranties not contained herein. No supplement, modification, or amendment of this Terms Sheet or any representations concerning the subject matter of this Terms Sheet shall be binding unless executed in writing and signed by both Parties.

Prospective Licensee may use the Licensed Marks for the sole purpose of developing conceptual products and/or collateral materials for Licensor's preliminary approval. No products and/or collateral materials shall be sold or otherwise distributed until a formal License Agreement has been fully executed and Licensor has provided express written approval of the particular products and materials. All use of the Licensed Marks shall inure to the benefit of the Licensor.

| STERLING, WINCHESTER & LONG | UNITED STATES POSTAL SERVICE |
|---|---|
| BY: [signature] | BY: [signature] |
| NAME: J. G. Long | NAME: Hal Dilley |
| TITLE: Managing Officer | TITLE: Manager Brand Mgmt |
| DATE: 7/12/00 | DATE: 7/19/00 |

r:\ts\uspsl

# SCHEDULE B

## LICENSED PROPERTY/TRADEMARKS

"Licensed Properties" shall mean the following United States Postal Service trademarks, service marks, and copyrights:

Postal Seals (1782 – 1993)

The USPS Corporate Signature

Postmark USA brand

All wholly owned USPS stamp designs to which the USPS holds the copyright.

All jointly owned USPS stamp designs to which the USPS holds the copyright.

Licensee acknowledges that some stamp designs are jointly owned, and that it is Licensee's sole responsibility to obtain appropriate permission to use such designs.

# SCHEDULE C

## RENEWAL TERMS

**TYPE OF RENEWAL** Automatic

**RENEWAL HURDLE MINIMUM**

Licensee must earn a minimum of $60,000 in earned royalties during the four quarters beginning 9/30/02 through 9/30/03 to qualify for an automatic renewal.

**NUMBER OF RENEWALS** One

**RENEWAL TERM** Three Years

**SPECIAL RENEWAL CONDITIONS**

Not Applicable

**RENEWAL TERM EARNED ROYALTY PERCENTAGES (based on Net Sales) & MINIMUM ROYALTY GUARANTEES**

Minimum Guarantees shall be paid on a quarterly basis as follows:

| First Renewal Term | Dates | Royalty Rate | Minimum Guarantee |
|---|---|---|---|
| Contract Period 4 | 1/1/2004-12/31/2004 | 8% | *See Below |
| Contract Period 5 | 1/1/2005-12/31/2005 | 8% | |
| Contract Period 6 | 1/1/2006-12/31/2006 | 8% | |

*During the Renewal Term, Minimum Guarantees will be as follows:

| | | |
|---|---|---|
| Contract Period 4 | 1/1/2004 – 12/31/2004 | The greater of $60,000 or 75% of the royalties due for Contact Period 3. |
| Contract Period 5 | 1/1/2005 – 12/31/2005 | The greater of $70,000 or 75% of the royalties due for Contract Period 3. |
| Contract Period 6 | 1/1/2006 – 12/31/2006 | The greater of $80,000 or 75% of the royalties due for Contract Period 3. |

Project 2001
List of Stamps For
2001 Calendar Series

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Scott | | | | | Date of |
| 2 | Catalog | | | | | Issue |
| 3 | Number | | Description | | | |
| 4 | | | | | | 8/28/87 |
| 5 | 2359a | | Const. Bicentennial Issue | | | 9/17/87 |
| 6 | 2360 | | Signing of the Constitution | | | 4/7/40 |
| 7 | 873 | | Booker T. Washington | | | 1/2/93 |
| 8 | 230 — | 245 | Columbian Exposition Issue | | | |
| 9 | | | | | | 10/31/75 |
| 10 | 1595 | | Liberty Bell | | | |
| 11 | | | | | | 9/17/87 |
| 12 | UX143 | | Picture Side White House | | | 5/22/97 |
| 13 | 3137 | | Bugs Bunny | | | 9/17/87 |
| 14 | 3306 | | Daffy Duck | | | 5/1/97 |
| 15 | 3136 | | Dinosaurs | | | 4/27/98 |
| 16 | 3204b | | Sylvester & Tweety | | | |
| 17 | 3185f | | Superman | | | 1/15/23 |
| 18 | 561 | | T. Jefferson | | | 5/8/73 |
| 19 | 1499 | | Truman | | | |
| 20 | 3185h | | Snow White | | | 1/30/82 |
| 21 | 1950 | | F. Roosevelt | | | 5/22/86 |
| 22 | 2219 | | Presidents - sheet of 9 | United State I | | 5/22/86 |
| 23 | 2218 | | Presidents - sheet of 9 | United State II | | 5/22/86 |
| 24 | 2217 | | Presidents - sheet of 9 | United State III | | |
| 25 | | | | | | 5/29/76 |
| 26 | 1686 | | The Surrender of Lord Cornwalls at Yorktown | | | 5/29/76 |
| 27 | 1687 | | The Declaration of Independence, 4 July 1776 | | | 5/29/76 |
| 28 | 1688 | | Washington Crossing the Delaware | | | 5/29/76 |
| 29 | 1689 | | Washington Reviewing His Rugged Army | | | 7/4/76 |
| 30 | 1694a | | The Declaration of Independence, Strip of 4 | | | |
| 31 | | | | | | |
| 32 | | | Voyages of Christopher Columbus Sheets | | | 4/24/92 |
| 33 | 2623a | | First Voyage of Christopher Columbus | | | 5/22/92 |
| 34 | 2624 | | First Sighting of Land | | | 5/22/92 |
| 35 | 2625 | | Claiming a New World | | | 5/22/92 |
| 36 | 2626 | | Seeking Royal Support | | | 5/22/92 |
| 37 | 2627 | | Royal Favor Restored | | | 5/22/92 |
| 38 | 2628 | | Reporting Discoveries | | | 5/22/92 |
| 39 | 2629 | | Christopher Columbus | | | 10/1/99 |
| 40 | Insects & Spiders | | | | | 10/18/99 |
| 41 | Holiday Traditional | | | | | |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |

Sterling, Winchester Long
Privilege and Confidential

Project 2001
List of Stamps For
2001 Calendar Series

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 48 | | | | | | |
| 49 | | | | | | |
| 50 | | | | | | |
| 51 | | | Black Heritage | | | |
| 52 | | | | | | |
| 53 | | | Ernest E. Just | | | |
| 54 | | | Whitney Moore Young | | | |
| 55 | | | Ralph Bunch | | | |
| 56 | | | Harriet Tubman | | | |
| 57 | | | Frederick Douglass | | | |
| 58 | | | Booker T. Washington | | | |
| 59 | | | Carter G. Woodson | | | |
| 60 | | | Bill Pickett | | | |
| 61 | | | Ida B. Wells | | | |
| 62 | | | Sojourner Truth | | | |
| 63 | | | Benjamin Banneker | | | |
| 64 | | | James Weldon Johnson | | | |
| 65 | | | Dr. George Washington Carver | | | |
| 66 | | | Benjamin O. Davis, Sr. | | | |
| 67 | | | Scott Joplin | | | |
| 68 | | | Jim Beckwiurth | | | |

Sterling, Winchester Long
Privilege and Confidential

EQUITY MANAGEMENT 001

**********************
*** TX REPORT ***
**********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 4066 |
| CONNECTION TEL | 17068680216ppp4044 |
| SUBADDRESS | |
| CONNECTION ID | |
| ST. TIME | 07/25 15:58 |
| USAGE T | 03'47 |
| PGS. SENT | 8 |
| RESULT | OK |

# EQUITY MANAGEMENT INC.®

## FACSIMILE

*4365 Executive Drive, Suite 1000*
*San Diego, CA 92121*

*858 558-2500 x 116*
*858 558-2507 FAX*

| ATTENTION | COMPANY | FAX NUMBER |
|---|---|---|
| **J.G. Long** | **Sterling, Winchester & Long** | **706-868-0216** |

Total pages: 8, including this page

Date: July 25, 2000

From: Marcie Chick

Dear J.G.:

Attached, per your request, is a copy of the fully executed Term Sheet for your files. The Agreement should be sent to you for signature by the end of the week. We look forward to proceeding with this opportunity.

Sincerely,

Marcie Chick

Marcie Chick
Associate Licensing Representative

## J G Long - SW & L

**From:** J G Long - SW & L <swl1022@bellsouth.net>
**To:** <ajaffer@email.usps.gov>
**Sent:** Thursday, July 13 2000 10:54 AM

Mr. Jaffer,

Thank you for returning my call on Monday July 3, 2000. We are working with EMI in finalizing the USPS Licensing Agreement for our USPS Calendar Project. Based on our market projections, the sales potential for the product looks good and even better if there's an opportunity to sell the calendar series through your USA Philatelic catalogue, merchandise stores and post offices. Our original proposal objective was to only sell this product through USPS sales channels, thereby maintaining market niche, increasing collectable and commemorative stamps interest, and increasing the public's education on the history of the USPS .

We understand the in-house (USPS) sensitivity of non-stamp related products being sold through the United States Postal Service. However, we believe that the USPS Official Calendar Series bares a direct relationship to stamps and will complement the sale of stamps, especially commemorative stamps, if sold through your Philatelic catalogue program and post offices as the Celebrate the Century album and Heirloom book are currently being marketed.

Mr. Jaffer, I'm scheduled to be in the Washington, D.C. area from July 20th through July 24th and would like to discuss with you Project 2001 attributes, including our web site, and its benefits to the USPS.

If your schedule permits an opportunity, please email me or have someone get in touch with my office.

Thanks,

J.G. Long

# EQUITY MANAGEMENT INC.®

OFFICES IN: SAN DIEGO · DETROIT · CHICAGO · NEW YORK

SAN DIEGO OFFICE:
4365 EXECUTIVE DRIVE, SUITE 1000
SAN DIEGO, CA 92121
(858) 558-2500
FAX (858) 558-2507

July 31, 2000

Via Overnight Delivery

Mr. J.G. Long
Sterling, Winchester & Long
1022 Dunbarton Road
Williston, SC 29853

Re: United States Postal Service Trademark License Agreement

Dear J.G.:

Enclosed for your review and signature, please find triplicate originals of the above referenced Trademark License Agreement. Please execute all three originals where indicated and return them to me for counter-signature by the USPS. A fully executed original will be returned to you as soon as possible.

If you have any questions concerning the language of the Agreement, please do not hesitate to contact me.

Sincerely,

Robin M. Stemen
Associate Counsel

cc: Marcie Chick





CORPORATE HEADQUARTERS · 4365 EXECUTIVE DRIVE, SUITE 1000 · SAN DIEGO, CALIFORNIA 92121 · (858) 558-2500 · FAX (858) 558-2507

USPS Contract No. ________________

# LICENSE AGREEMENT

THIS AGREEMENT is made this 1st day of July 2000, by and between the UNITED STATES POSTAL SERVICE ("USPS"), an independent establishment of the United States government, and STERLING, WINCHESTER & LONG ("Licensee"), a South Carolina corporation with its principal place of business at 1022 Dunbarton Road, Williston, SC 29853-1718.

In this Agreement, USPS grants a license to use certain names, trademarks, service marks, trade dress and/or copyrights to Licensee in connection with the manufacture, distribution, advertising, promotion and sale of certain goods, listed below, on the terms and conditions specified below and in the attached Exhibits A and B, incorporated herein by reference. Definitions of the various terms used below are listed in Exhibit B:

1. Licensed Properties: The Licensed Properties are the trademarks, service marks, trade dress and/or copyrights listed on Exhibit A to this Agreement.

2. Licensed Articles:

   U.S. Postal Service 12-month calendars, including but not limited to, a series of calendars such as USPS National and State History, Black Heritage, USPS Commemorative Stamps, Kids World, and Celebrate the Century.

3. Licensed Territory:

   United States, its territories and possessions.

4. Channels of Distribution:

   Wholesale to bookstores, specialty stores, Philatelic catalogs and merchandise stores; Retail via Licensee's website.

5. Initial Term: July 1, 2000 through December 31, 2003. Contract Period 1 shall commence July 1, 2000 and shall end December 31, 2001. Each consecutive twelve month period thereafter shall be deemed a Contract Period.

6. Renewal: See attached Exhibit D.

7. Royalty Rate: 8% of Net Sales of Licensed Articles sold at wholesale prices and 5% of Net Sales of Licensed Articles sold at retail prices. The term "Net Sales" is defined in Exhibit B to this Agreement.

8. Guaranteed Minimum Royalty and Schedule: Licensee shall pay the following Guaranteed Minimum Royalties for the Initial Term:

| | |
|---|---|
| Contract Period 1 [7/1/00-12/31/01] | $50,000.00 |
| Contract Period 2 [1/1/02-12/31/02] | $ 50,000.00 |
| Contract Period 3 [1/1/03-12/31/03] | $ 50,000.00 |

The Guaranteed Minimum Royalty for Contract Period 1 shall be paid upon execution of this Agreement. The Guaranteed Minimum Royalty for Contract Periods 2 and 3 shall be paid in equal quarterly installments, as described in Section 4(c) of the attached Exhibit B.

9. Payments and Royalty Statements Shall Be Sent to:

USPS Licensing Program
PO Box 7247-7087
Philadelphia, PA 19710-7087

10. Notices to USPS Shall Be Sent to USPS and its Licensing Agent as Follows

USPS notice:

U.S. Postal Service
Licensing Program/Stamp Development
475 L'Enfant Plaza SW, Rm 4474E
Washington, DC 20260-2437

Representative notice:

Equity Management Inc.
4365 Executive Drive, Ste. 1000
San Diego, CA 92121
Attn: Manager of USPS Licensing Program

11. Notices to Licensee Shall Be Sent to:

Sterling, Winchester & Long
1022 Dunbarton Road
Williston, SC 29853-1718
Attn. J.G. Long

12. Insurance: $1,000,000 U.S. with a deductible that does not exceed 10%.

13. Form of Copyright And Trademark Notices: See Exhibit A to this Agreement.

14. Marketing Dates:

| | |
|---|---|
| Deadline for prototypes to Licensor: | 7/31/00 30 days |
| Deadline for initial manufacturing run: | 9/12/01 products or exec whichever is later |
| Deadline for submission of advertising and promotion materials: | 10/1/00 |
| Initial sale to Distribution Channel: | 11/1/00 |

15. Standard Terms And Conditions: See Exhibit B to this Agreement, which is incorporated herein by reference.

16. Licensee Federal Tax Identification Number: 57-1099225

17. Other Terms And Conditions:

(a) The USPS shall not use or license others to use in connection with a 2001 calendar those stamp designs identified in the attached Exhibit E that are wholly owned by the USPS.

(b) The USPS shall approve or disapprove any 2001 calendar within ten (10) business days of submittal by Licensee pursuant to Section 5 of Exhibit B. If no approval or disapproval is received within the specified time period, the item shall be deemed disapproved.

IN WITNESS WHEREOF, duly authorized representatives of USPS and Licensee have executed this Agreement, including the terms and conditions set forth in the attached Exhibits A and B.

| USPS | STERLING, WINCHESTER & LONG |
|---|---|
| By:__________ | By:__________ |
| Name:__________ | Name:__________ |
| Title:__________ | Title:__________ |
| Date:__________ | Date:__________ |

# EXHIBIT A -- LICENSED PROPERTIES

"Licensed Properties" shall mean the following United States Postal Service trademarks, service marks, trade dress and/or copyrights:

United States Postal Service® (USPS) Corporate Signature
Postal Seals (1782-1993 [® or ™])
Postmark USA™
All USPS stamp designs to which USPS holds copyright [© ____ (year first publ.)]

LICENSEE shall insert the appropriate designation indicated above into the following notice, which is to be used in conjunction with any and all use of the Licensed Properties: "[® or ™ or © ____ (year first publ.)] © USPS 2000. All rights reserved." Licensee shall display the marks listed above only according to the specifications provided by USPS.

Licensee acknowledges and agrees that some stamp designs are jointly owned by the USPS and a Joint-Owner(s) (defined in Exhibit B) and as such will require a separate contract between the Licensee and the Joint Owner(s). It is the Licensee's sole responsibility to obtain all necessary agreements from the Joint-Owners to use such designs, and to provide proof of same to USPS, prior to design and production of the Licensed Articles.

USPS, at its option and in its sole discretion, may prospectively terminate the license as to any Jointly-Owned stamp design at any time upon ten (10) days' written notice.

**Concurrence (Initial)** ________

## EXHIBIT B -- STANDARD TERMS AND CONDITIONS

These Standard Terms and Conditions shall be deemed fully incorporated in the License Agreement ("Underlying Agreement") to which this Exhibit B is attached, and these Standard Terms and Conditions and the Underlying Agreement shall hereinafter collectively be referred to as the Agreement. All terms used in these Standard Terms and Conditions shall, unless expressly provided to the contrary herein, have the same respective meanings as set forth in the Underlying Agreement. Unless expressly provided to the contrary herein, to the extent that any provision of these Standard Terms and Conditions conflicts with any provision of the Underlying Agreement, the Underlying Agreement shall control.

1. **Definitions:** For purposes of this Agreement, the following terms shall have the following specified meaning:

a. "Close-Out" means the sale of merchandise at a very low price in order to reduce inventory in a short time, which shall be permitted during the Sell-Off period under the terms and conditions specified herein.

b. "Collateral Materials" means packaging, cartons and containers, packing and wrapping material, tags and labels.

c. "Net Sales" mean the Licensee's gross sales, less only sales taxes and returns actually allowed by LICENSEE.

d. "Jointly-Owned Stamp Designs" means those United States postage stamp designs featuring trademarks, copyrights, or rights of publicity that are owned or controlled by USPS and a Joint-Owner(s).

e. "Joint-Owner(s)" means an entity, other than USPS or Licensee, recognized by USPS as owning rights in a stamp design.

f. "Premium" means any article used for the purpose of increasing the sale, promoting, or publicizing any other product or any service, including but not limited to incentives for consumers, sales forces, members of the trade, or fund-raising.

g. "Promotional Materials" means all advertising and sales materials, including but not limited to sales sheets, brochures, direct mail, and catalog layouts.

h. "Sell-Off Period" means the ninety (90) day period commencing after the termination of the Agreement, during which Licensee may dispose of excess inventories of Licensed Articles.

The terms identified in the Underlying Agreement shall have the meanings specified herein for purposes of this Agreement.

2. Grant of License:

a. Grant: Subject to the limitations set forth herein, USPS hereby grants to Licensee a non-transferable, non-exclusive license to design, manufacture, have manufactured, sell, distribute, and advertise Licensed Articles bearing the Licensed Properties in the Licensed Territory.

b. Limitations on Grant:

(1) Licensee shall not have the right to grant sublicenses of any or all of its rights under this Agreement unless it first obtains USPS's prior written consent to each sublicense.

(2) No license is granted hereunder for the use of the Licensed Properties for any purpose other than upon or in connection with the Licensed Articles.

(3) USPS licenses Licensee to use the USPS corporate signature identified in Licensed Properties only in connection with the sale of Licensed Articles displaying Licensing Properties that are stamp designs and only for the purpose of indicating that the use of the Licensed Properties are authorized by USPS.

(4) Nothing in this Agreement shall be construed to prevent USPS from granting any other licenses for the use of the Licensed Properties in any manner whatsoever.

(5) Licensee shall not sell or distribute the Licensed Articles in any country outside the Licensed Territory and will not knowingly sell the Licensed Articles to persons who intend or are likely to resell them in any country outside the Licensed Territory.

based on info known

(6) No license is granted hereunder for use of the Licensed Properties in connection with or on premium sales, direct mail, close-outs, door-to-door, give-aways, souvenirs, fund raisers, television sales (excluding home shopping television networks), infomercials, contest products, combination sales, computer and/or any other electronic publishing and/or delivery systems or any similar methods of merchandising.

School giveaways

(7) USPS reserves any rights not expressly granted herein.

c. Licensee's Obligations:

(1) Licensee agrees to use its best efforts to sell, distribute and supply the Licensed Articles within the Licensed Territory. Licensee must begin the bona fide manufacture, distribution, and sale of the Licensed Articles on a Licensed Territory-wide basis on or before the date specified in the Underlying Agreement. Failure by the Licensee to timely engage in full and regular distribution and ~~aggressive~~ actively marketing of the Licensed Articles is considered a material breach of this Agreement. If Licensed Articles are out of distribution in any country of the Licensed Territory for more than ~~four~~ twelve (~~4~~ 12) months, USPS may terminate the Agreement with respect to those specific Licensed Articles and country or countries of the Licensed Territories, at any time, in its sole discretion, and any and all rights in and to those Licensed Articles in those countries within the Licensed Territory revert immediately to USPS. If any rights with respect to some, but not all specific Licensed Articles or countries within the Licensed Territory shall revert to USPS pursuant to this paragraph, all of the remaining terms and conditions of this Agreement shall remain in full force and effect, including, but not limited to, payment of specified Royalty Payments and Guaranteed Minimum Annual Royalty.

(2) Licensee further undertakes to make and maintain adequate and reasonable arrangements for the ~~broadest~~ distribution of Licensed Articles through the Channels of Distribution specified in the Underlying Agreement. Licensee agrees to maintain adequate inventories of the Licensed Articles as an essential part of its distribution program. All Close-outs shall be sold only through retail outlets and traditional and accepted dealers in such merchandise and upon such terms and

conditions as USPS, in its ~~sole~~ reasonable discretion, determines appropriate, and shall not be sold to any person or entity which Licensee knows~~, or has reason to~~ know, will export such Close-outs from the Licensed Territory. same as above

3. **Term:** This Agreement shall be for the period set forth in the Underlying Agreement, unless sooner terminated in accordance with the terms and conditions set forth herein.

4. **Payment:**

a. Royalty Rate: Licensee agrees that it will pay USPS a non-refundable royalty equal to the percentage set forth in the Underlying Agreement on Licensee's Net Sales of Licensed Articles made during the Term of this Agreement, any extensions or renewals, and any Sell-off Period ("Royalty Payments").

b. Guaranteed Minimum Payment: Licensee agrees to pay USPS the Guaranteed Minimum Royalty set forth in the Underlying Agreement, according to the payment schedule set forth therein. The Guaranteed Minimum Royalty Payment is an advance against and is deducted from the Royalty Payments due during the Initial Term. No portion of the Guaranteed Minimum Royalty Payment is refundable under any circumstance. If this Agreement is terminated as a result of a material breach of the Agreement by Licensee, the greater of all Guaranteed Minimum Royalty Payments and/or earned Royalty Payments due for the remainder of the Initial Term of the Agreement and any agreed-upon renewals thereof shall immediately become due and payable.

c. Statements and Payments: On or before the fifteenth (15th) day of the month following each calendar quarter, Licensee shall submit a full, accurate, and detailed statement in the format outlined in Exhibit C, signed by an authorized officer of Licensee, and certified as accurate, and simultaneously shall make all payments thereon. Such statements and payments shall be made payable to the U.S. Postal Service Licensing Program at the address in the Underlying Agreement, with a copy to USPS's representative at the address in the Underlying Agreement. Interest shall be charged against Licensee at the rate of three percent (3%) over the current prime rate (CitiBank) or the maximum rate permitted by law, whichever is lower, and shall accrue on each unpaid amount from the first day payment becomes due through the date of payment. Licensee hereby waives all claims to the return of any royalty payments once made, including but not limited to claims for refund of payments for returns of Licensed Articles in subsequent reporting periods. Licensee shall furnish such statements to USPS whether or not any Licensed Articles were sold during the Period.

prime

d. Sales to the Postal Service: Licensee shall not be required to make royalty payments on sales of Licensed Articles to USPS, whether for promotional use or retail sale, but Licensee shall reduce the sales price paid by USPS by an amount equal to the royalty. Licensee shall identify all sales to USPS on its quarterly statements.

5. **Approvals and Quality Control:** USPS shall control the nature and quality of all products or services offered for sale under this Agreement, the appearance and use of all marks licensed under this Agreement, and the appearance and use of all advertising and promotion for the products or the marks covered by this Agreement.

a. USPS Approval of Licensed Articles: The styles, designs, packaging, contents, workmanship, and quality of all Licensed Articles and associate materials must be approved by USPS prior to the distribution or sale thereof. USPS maintains the right to take all reasonable actions which it deems necessary to ensure that Licensed Articles manufactured or sold hereunder are consistent with the high quality and reputation of the Licensed Properties.

b. Licensee Compliance with Applicable Law: All Licensed Articles shall be manufactured, sold, labeled, packaged, distributed, and advertised in accordance with all applicable laws and regulations.

c. Delivery and Approval of Samples:

(1) Licensee shall, before selling or distributing any Licensed Articles, furnish to USPS free of cost, for written approval, one each of concept art, final art, mock-ups, and prototypes of the Licensed Articles, and all designs which Licensee intends to use in connection with the Licensed Properties, to be followed by six (6) production samples of each Licensed Article, together with its Collateral Materials, and any additional samples as may be reasonably required. Licensee shall also submit all Promotional Materials for prior written approval by USPS. The Licensed Articles, Collateral Materials, and Promotional Materials shall be of a standard of quality, appearance, and style approved in writing by USPS prior to any advertising, sales, distribution or use of same taking place.

(2) Any item submitted for approval shall be approved or disapproved within twenty (20) calendar days after receipt. USPS may extend the approval period an additional ten (10) calendar days by giving written notice to Licensee. If Licensee

has not received approval or disapproval within the provided time frame, the submission shall be deemed disapproved. All approvals shall be solely at USPS's discretion.

(3) After samples of the Licensed Articles, Collateral Materials, and Promotional Materials have been approved pursuant to this paragraph, Licensee shall not depart therefrom without written consent by USPS. In the event there is a departure from the approved samples, USPS shall have the right in the reasonable exercise of its sole discretion to withdraw its approval of such Licensed Articles, Collateral Materials, or Promotional Materials or terminate this Agreement unless Licensee cures such breach within thirty (30) calendar days of written notice of same.

d. Use of Property: License shall not use any other trademark or design in combination with any Licensed Property on any Licensed Article without USPS's prior written approval. Licensed Articles shall not be sold or otherwise distributed by Licensee under any mark other than the Licensed Properties. Licensee shall cause to appear on all Licensed Articles produced hereunder, and on their tags, packaging, and the like such legends, markings, disclaimers, and trademark and copyright notices as USPS may specify. Whenever Licensee reproduces the stamp designs set forth in Exhibit A, it must reproduce them in their entirety on the Licensed Articles and licensee shall make no alterations, additions, subtractions, or modifications to such stamp designs without USPS's prior written approval. If any such alterations, additions, subtractions, or modifications result in the creation of a new or derivative work within the meaning of copyright law, Licensee hereby assigns any and all rights to such works, including but not limited to any and all copyrights, to USPS.

6. **Confidentiality**: Any information or documents received or learned by Licensee in any form related to USPS's stamp program, future stamp images, or any postal programs or initiatives not publicly available, shall constitute Confidential Information. Licensee is strictly prohibited from disclosing any Confidential Information. Failure to adhere to this requirement is a material breach of contract and shall be cause for immediate termination of this Agreement.

7. **Records**: Licensee agrees to keep accurate books of account and records covering all transactions relating to this Agreement. USPS and its duly authorized representatives shall have the right at all reasonable hours to examine such books of account and records in Licensee's possession or under its control with respect to the subject matter and terms of this Agreement, and shall have free and full access thereto for such purposes and for the purpose of making copies thereof. All such books of account and records shall be kept available for at least three (3) years after the termination of this Agreement. Licensee further agrees, in order to facilitate inspection of its books and records with respect to amounts due, that it will designate a symbol or number that will be used exclusively in connection with Licensed Articles and with no other articles which Licensee may manufacture, sell or distribute. In the event that USPS or USPS's duly authorized representatives shall discover a discrepancy in favor of USPS of ~~three~~ six percent (~~3~~6%) or more on any Royalty Statement, Licensee shall pay to USPS the reasonable cost of such examination. The fee for said examination shall be Five Hundred Dollars ($500) per day, but in no event shall Licensee be charged in excess of Three Thousand Dollars ($3000) for any individual examination.

8. <u>Intellectual Property Rights</u>:

a. Licensee recognizes the great value of the goodwill associated with the Licensed Properties and acknowledges that all rights therein and goodwill attached thereto belong exclusively to USPS, and that all use of the Licensed Properties will inure to the benefit of USPS.

b. USPS may seek, in its own name and at its own expense, appropriate trademark and/or copyright protection for the Licensed Properties. USPS shall retain all right, title, and interests in the Licensed Properties, including any modifications or improvements made to the Licensed Properties by Licensee.

c. In the event that Licensee requests that USPS obtain copyright, trademark, or other such protection for a particular item or in a particular country where USPS had not heretofore obtained such protection, USPS agrees to take reasonable steps to obtain such protection, provided, however, that Licensee shall reimburse USPS for the costs of filing, prosecuting, and maintaining same. Nonetheless, USPS shall own such copyright, trademark, or other such protection for a particular item or in a particular country and License shall make any assignments of rights to USPS necessary to transfer ownership of such copyrights, trademarks or other protection to USPS.

d. Licensee agrees that, during the term of this Agreement or thereafter, Licensee will not contest, harm, misuse, or bring into disrepute any of USPS's rights, in and to the Licensed Properties, or contest the validity of this Agreement. Licensee acknowledges and agrees that USPS would not have an adequate remedy at law and would be irreparably harmed in the event Licensee were to misuse, harm, or bring into

disrepute any of USPS's Licensed Properties or if Licensee were to breach any term of this Agreement concerning the proper use of the Licensed Properties. Accordingly, it is agreed that, in the event of any breach or threatened breach of this paragraph or any term or condition of this Agreement concerning the proper use of the Licensed Properties, USPS, in addition to any other remedies at law or in equity, shall be entitled to equitable relief, including but not limited to immediate injunctive relief without the requirement of posting a bond or other security and without resorting to Arbitration herein.

9. **Termination:**

a. Without prejudice to any other rights, and in addition to any termination rights provided elsewhere in this Agreement, USPS shall have the right to terminate this Agreement upon written notice to Licensee at any time if:

(1) Licensee shall fail to make any payment due hereunder or to deliver any of the statements herein referred to, and if such default shall continue for a period of five (5) calendar days after written notice of such default is sent by USPS via certified or registered mail to Licensee; or

(2) Licensee shall fail to maintain Minimum Net Sales of Licensed Articles as set forth in the Underlying Agreement and thirty (30) calendar days have passed since USPS' deposit of written notice in the mails.

(3) Licensee shall fail to perform any other material term or condition of this Agreement and, unless otherwise provided herein, not cure such failure within ten (10) calendar days after written notice is deposited by USPS in the mails.

(4) Licensee files a petition in bankruptcy, or is adjudicated a bankrupt, or if a petition in bankruptcy is filed against Licensee, or if Licensee becomes insolvent, or makes an assignment for the benefit of its creditors or an arrangement pursuant to any bankruptcy law, or if Licensee discontinues its business, or if a receiver is appointed for Licensee or its business. In the event this Agreement so terminates, neither Licensee nor its receivers, representatives, trustees, agents, administrators, successors, and/or assigns shall have any right to manufacture, distribute, sell, exploit or in any way deal with any of the Licensed Articles except with and pursuant to USPS' prior written consent.

b. Termination of this license under the provisions of this paragraph shall be without prejudice to any rights which USPS may otherwise have against Licensee. Upon the termination of this Agreement, notwithstanding anything to the contrary herein, all royalties on sales theretofore made shall become immediately due and payable and no Royalty Payments and Guaranteed Minimum Royalties shall be repayable, and any balances owed on Guaranteed Minimum Royalties shall be immediately due and payable. Notwithstanding any termination or expiration of this Agreement, USPS shall have and hereby reserves all rights and remedies which it has or which are granted to it by operation of law, to enjoin the unlawful or unauthorized use of the Licensed Properties.

10. <u>Disposal of Stock/Sell-Off Period:</u>

a. After expiration or termination of this Agreement, Licensee shall have no further right to manufacture, advertise, distribute, sell, or otherwise deal in any Licensed Articles except as hereinafter provided.

b. It is specifically understood that Licensee shall not sell or dispose of any such Licensed Articles in job lots at reduced prices, other than is customary in the ordinary course of business.

c. After expiration or termination of this Agreement, the parties shall follow the procedures set forth below:

(1) ~~d~~. Licensee shall prepare a complete, written inventory list and submit same to USPS within ten (10) days of the expiration or termination of this Agreement. Such list must include orders on hand, work in process, and finished Licensed Articles.

(2) ~~e~~. USPS shall have thirty (30) days thereafter to decide whether to purchase any or all inventory at the lower of Licensee's cost or fair market value. If USPS exercises such right of purchase, Licensee shall deliver the inventory referred to in USPS's notice of purchase within ten (10) days after USPS's said notice with the exception of inventory necessary to fulfill orders on hand. USPS shall pay Licensee for such delivered inventory as is in marketable condition within thirty (30) days after its receipt thereof.

(3) ~~f~~. If USPS does not elect to purchase any or all of the inventory as set forth above, Licensee, on a non-exclusive basis, may dispose of Licensed Articles which are on hand or in process at the time of such expiration or termination, for a period of not more than ninety (90) days thereafter, provided all royalty payments with respect to that ninety (90) day period are made in accordance with provisions herein. Licensee shall have no right to dispose of Licensed Articles if this Agreement is terminated under Paragraphs 9.a.1, 9.a.3 or 9.a.4 herein.

g. Except as specifically provided in this Agreement, on the expiration or termination of this Agreement, all of the rights of Licensee under this Agreement shall terminate herewith and shall revert immediately to USPS. All royalties on sales made shall become immediately due and payable, and Licensee shall discontinue all use of the Licensed Properties and shall promptly transfer to USPS, free of charge, all registrations, filings and rights with regard to the Licensed Property which Licensee may have possessed at any time. The underlying rights, including but not limited to any and all trademarks and copyrights to all artwork, photographs, drawings, illustrations, forms, patterns and similar items developed by Licensee in the manufacture, sale or distribution of Licensed Articles, are the property of USPS.

11. <u>Dispute Resolution:</u> If a dispute arises out of or relates to this Agreement, or the breach thereof, and if the dispute cannot be settled through direct discussions, the parties agree first to endeavor to settle the dispute in an amicable manner by negotiation between the parties at the level of contracting officer. If the dispute cannot be settled at that level within 30 calendar days of the start of such negotiations, then the parties may, by mutual agreement, conduct a non-binding mediation proceeding under such rules and procedures as they may agree upon. Thereafter, any unresolved controversy or claims arising out of or relating to the Agreement, or the breach thereof, may be brought by a party in the appropriate judicial forum as further defined herein.

12. <u>Consent To Jurisdiction:</u> With respect to any suite, action or other proceeding relating to the Agreement that has not been resolved by negotiation or mediation (collectively "Proceedings"), the parties each irrevocably submit to the exclusive personal jurisdiction of the United States District Court for the District of Columbia and

waive any objection that it may have at any time to the laying of venue of any Proceedings brought in such court, waive any claims that such Proceedings have been brought in an inconvenient forum and further waive claims the right to object, with respect to such Proceedings, that such court does not have personal jurisdiction over such party.

13. __Choice Of Law:__ This Agreement shall be governed by and construed in accordance with principles of federal common law, or if there is found to be no such common law, then the law of the State of New York. Further, the parties each agree and acknowledge that neither the provisions of the USPS Purchasing Manual nor the Contract Disputes Act of 1978, 41 USC §601 et seq., shall apply to this Agreement, and the parties waive any and all express and implied remedies, recourse or administrative procedures provided or created thereby.

14. __Indemnification:__ Excluding claims based upon use of the Licensed Properties, Licensee agrees to defend, indemnify and hold USPS and/or any of its agents and assignees harmless against any and all claims, demands, causes of action, liability, loss, damage, judgments or expense (including reasonable attorneys' fees and court costs) arising out of Licensee's design, manufacture, distribution, shipment, labeling, sale, distribution, advertisement, or promotion of the Licensed Articles or the labeling, packaging, advertising and promotional materials for the Licensed Articles. USPS shall have the right to defend any such claim or suit through counsel of its own choice.

15. __Insurance:__ Licensee shall, throughout the term of this Agreement, including extensions, and for a period of two (2) years thereafter, obtain and maintain at its own cost and expense a third-party liability insurance policy with a recognized insurance

carrier acceptable to USPS, naming USPS and Equity Management Inc., Inc. as "Additional Named Insureds" or the like, including a waiver of subrogation in favor of USPS. The amount of coverage shall be in accordance with the amount set forth in the Underlying Agreement. This insurance shall provide for at least sixty (60) days prior written notice to USPS and Licensee of the cancellation or any material change or modification in the terms and conditions of the policy. Licensee shall, not more than thirty (30) days after the signing of this Agreement and, thereafter, from time to time upon reasonable request by USPS, promptly furnish to USPS the requisite certificates of insurance, or, upon USPS's request, certified copies of said insurance policies, satisfactory to USPS, as to the maintenance of the insurance described above. Licensee shall not distribute or sell the Licensed Articles prior to receipt by USPS of such evidence of insurance.

16. **Renewal:** Until six (6) months prior to the expiration of the Initial Term of the Agreement, Licensee shall have the option to renew this Agreement for the First Renewal Term provided in the Underlying Agreement. Any renewal pursuant to this paragraph is subject to the following conditions: (i) this Agreement has not been terminated in accordance with the provisions hereof, and (ii) Licensee has achieved the Minimum Net Sales set forth in the Underlying Agreement."

17. **Notices:** All notices and statements to be given and all payments to be made hereunder, shall be given or made at the respective addresses of the parties as set forth in the Underlying Agreement unless notification of a change of address is given in writing. Any notice shall be sent by registered or certified mail, and shall be deemed to have been given at the time it is mailed.

18. **Joint Ventures**: Nothing herein contained shall be construed to place the parties in the relationship of partners or joint venturers or agents, and Licensee shall have no power to obligate or bind USPS in any manner whatsoever. Licensee warrants that no person or selling agency has been employed or retained to solicit or secure this Agreement upon an agreement or understanding for a commission, percentage, brokerage or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by Licensee for the purpose of securing business. For breach or violation of this warranty, USPS shall have the right to terminate this Agreement without liability or in its discretion, to recover the full amount of such commission, percentage, brokerage or contingent fee. No member of, or delegate to Congress, or resident commissioner, shall be admitted to any share or part of this Agreement or to any benefit that may arise therefrom; but this prohibition shall not be construed to extend to this Agreement if made with a corporation for its general benefit.

19. **Enforcement of Licensed Properties**:

a. Licensee agrees to cooperate with and assist USPS in protecting and enforcing USPS's rights to the Licensed Properties. Licensee shall promptly inform USPS of any infringement or other violations of the Licensed Properties that come to its attention. USPS shall have the sole right at its own expense to determine whether or not any action shall be taken on account of any such infringement or violations. USPS shall receive all amounts awarded as damages, profits, settlement proceeds or otherwise in connection with such claims or suits.

b. Licensee agrees not to contest or otherwise challenge or attack USPS's rights in the Licensed Properties or the validity of the license granted herein during the term of this Agreement and thereafter. Licensee further agrees not to do anything either by act of omission or commission which might impair, jeopardize, violate or infringe the Licensed Properties, or to misuse or bring into dispute the Licensed Properties.

c. Licensee shall not use any of the Licensed Properties as part of its company name, corporate name or trade name, and shall not attempt to register any of the Licensed Properties or confusingly similar marks or substantially similar designs in the Licensed Territory or elsewhere during the term of this Agreement or thereafter, or aid or abet anyone else in doing so.

d. The administrative and judicial defense of the Licensed Properties in the Licensed Territory shall be undertaken solely by USPS. Licensee agrees to furnish USPS or its designated legal representative with all proof and commercial, technical or other information or assistance required and which Licensee is able to furnish, as well as such other assistance as USPS or its lawyers may reasonably require for this purpose. Licensee shall, if requested by USPS, join USPS in the aforementioned administrative and judicial defense of the Licensed Properties, the cost of which shall be borne exclusively by USPS.

e. Licensee agrees to cooperate with USPS in any effort that USPS may deem advisable to record Licensee as a registered user or the like. Upon expiration or termination of this Agreement for any reason, Licensee shall similarly cooperate with USPS in expunging any such recordations that may exist. All expenses associated with such recording and expungement of recordations shall be borne by USPS.

20. **No Assignment**: This Agreement shall be binding upon and inure to USPS and its successors and assigns, but may not be assigned, transferred, or delegated by Licensee in whole or in part with respect to any right or obligation herein without the prior written consent of USPS. Any assignment without USPS consent shall be void. A transfer of the legal and/or beneficial ownership, whether by operation of law or otherwise, of more than 25% of the voting equity of Licensee (other than transfers of voting equity among the present shareholders or owners of Licensee) shall be deemed an assignment or transfer of the license hereunder that shall require the prior written consent of USPS.

21. **Force Majeure**: It is understood and agreed that in the event that an act of the government, or war conditions, or fire, flood or labor trouble in the factory of Licensee or in the factory of those manufacturing Licensed Articles, prevents the performance by Licensee of the provisions of this Agreement, then such nonperformance by Licensee shall not be considered as grounds for breach of this Agreement and such nonperformance shall be excused while the conditions herein prevail and for two (2) months thereafter.

22. **Miscellaneous**: This Agreement constitutes the entire Agreement and understanding between the parties hereto and terminates and supersedes any prior Agreement or understanding relating to the subject matter hereof between USPS and Licensee. USPS and Licensee are not relying upon any statements, warranties, or representations except those contained in this Agreement. The paragraph and other headings contained herein are for reference purposes only and will not affect the meaning of interpretation of this Agreement. None of the provisions of this agreement can be waived or modified except in writing signed by both parties, and there are no representations, promises, agreements, warranties, covenants or undertakings other than those contained herein.

23. **No Reliance On Other Representations**: The parties have not relied on any representations, promises, warranties, covenants, statements, or undertakings by the other party or its counsel other than those contained in this Agreement.

**Concurrence (Initial)** ____________

# EXHIBIT C -- FORM OF ROYALTY STATEMENTS

EQUITY MANAGEMENT INC.

SALES AND ROYALTY REPORT

**To:** Equity Management Inc.
Attn: Contract Administration
4365 Executive Dr., Suite 1000
San Diego, CA 92121

**From:** (Licensee) ______________________________

**Equity:** (Licensor) ______________________________

**Licensed Territory:** ______________________________
(Report required for each country in which the Licensed Products were sold)

**Quarter:** From: ______________ To: ______________

| (a) Item No. | (b) Description | (c) Unit Price | (d) Units Sold | (e) Total Unit Sales |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| (f) | Totals | | | |

( g ) Royalty Rate ________%; Total Earned Royalties $ ______________

( h ) Unapplied Advance at Quarter Start $ ______________

( i ) Difference; Subtract (h) from Line (g) $ ______________

( j ) Annual Guaranteed Royalties (divided by 4) $ ______________

( k ) Payment Accompanying this Report (pay greater of Line (i) or (j)) $ ______________

The above Report is certified to be true and correct by the above named Licensee

By: ______________________________

Name: ______________________________

Title: ______________________________

Date: ______________________________

EXHIBIT D

## RENEWAL TERMS

**TYPE OF RENEWAL** Automatic

**RENEWAL HURDLE MINIMUM**

Licensee must earn a minimum of $60,000 in earned royalties during the four quarters beginning 9/30/02 through 9/30/03 to qualify for an automatic renewal.

**NUMBER OF RENEWALS** One

**RENEWAL TERM** Three Years

**SPECIAL RENEWAL CONDITIONS**

Not Applicable

**RENEWAL TERM EARNED ROYALTY PERCENTAGES (based on Net Sales) & MINIMUM ROYALTY GUARANTEES**

Minimum Guarantees shall be paid on a quarterly basis as follows:

| First Renewal Term | Dates | Royalty Rate | Minimum Guarantee |
|---|---|---|---|
| | | | *See Below |
| Contract Period 4 | 1/1/2004-12/31/2004 | 8% | |
| Contract Period 5 | 1/1/2005-12/31/2005 | 8% | |
| Contract Period 6 | 1/1/2006-12/31/2006 | 8% | |

*During the Renewal Term, Minimum Guarantees will be as follows:

| | | |
|---|---|---|
| Contract Period 4 | 1/1/2004 – 12/31/2004 | The greater of $60,000 or 75% of the royalties due for Contact Period 3. |
| Contract Period 5 | 1/1/2005 – 12/31/2005 | The greater of $70,000 or 75% of the royalties due for Contract Period 3. |
| Contract Period 6 | 1/1/2006 – 12/31/2006 | The greater of $80,000 or 75% of the royalties due for Contract Period 3. |

rvlis\cssps\

EXHIBIT E

Project 2001
List of Stamps For
2001 Calendar Series

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | Scott | | | | | Date of |
| 2 | Catalog | | | | | Issue |
| 3 | Number | | Description | | | |
| 4 | | | | | | |
| 5 | 2359a | | Const. Bicentennial Issue | | | 8/28/87 |
| 6 | 2360 | | Signing of the Constitution | | | 9/17/87 |
| 7 | 873 | | Booker T. Washington | | | 4/7/40 |
| 8 | 230 — | 245 | Columbian Exposition Issue | | | 1/2/93 |
| 9 | | | | | | |
| 10 | 1595 | | Liberty Bell | | | 10/31/75 |
| 11 | | | | | | |
| 12 | UX143 | | Picture Side White House | | | 9/17/87 |
| 13 | 3137 | | Bugs Bunny | | | 5/22/97 |
| 14 | 3306 | | Daffy Duck | | | 9/17/87 |
| 15 | 3136 | | Dinosaurs | | | 5/1/97 |
| 16 | 3204b | | Sylvester & Tweety | | | 4/27/98 |
| 17 | 3185f | | Superman | | | |
| 18 | 561 | | T. Jefferson | | | 1/15/23 |
| 19 | 1499 | | Truman | | | 5/8/73 |
| 20 | 3185h | | Snow White | | | |
| 21 | 1950 | | F. Roosevelt | | | 1/30/82 |
| 22 | 2219 | | Presidents - sheet of 9 | United State I | | 5/22/86 |
| 23 | 2218 | | Presidents - sheet of 9 | United State II | | 5/22/86 |
| 24 | 2217 | | Presidents - sheet of 9 | United State III | | 5/22/86 |
| 25 | | | | | | |
| 26 | 1686 | | The Surrender of Lord Cornwalls at Yorktown | | | 5/29/76 |
| 27 | 1687 | | The Declaration of Independence, 4 July 1776 | | | 5/29/76 |
| 28 | 1688 | | Washington Crossing the Delaware | | | 5/29/76 |
| 29 | 1689 | | Washington Reviewing His Rugged Army | | | 5/29/76 |
| 30 | 1694a | | The Declaration of Independence, Strip of 4 | | | 7/4/76 |
| 31 | | | | | | |
| 32 | | | Voyages of Christopher Columbus Sheets | | | |
| 33 | 2623a | | First Voyage of Christopher Columbus | | | 4/24/92 |
| 34 | 2624 | | First Sighting of Land | | | 5/22/92 |
| 35 | 2625 | | Claiming a New World | | | 5/22/92 |
| 36 | 2626 | | Seeking Royal Support | | | 5/22/92 |
| 37 | 2627 | | Royal Favor Restored | | | 5/22/92 |
| 38 | 2628 | | Reporting Discoveries | | | 5/22/92 |
| 39 | 2629 | | Christopher Columbus | | | 5/22/92 |
| 40 | Insects & Spiders | | | | | 10/1/99 |
| 41 | Holiday Traditional | | | | | 10/18/99 |
| 42 | | | | | | |
| 43 | | | | | | |
| 44 | | | | | | |
| 45 | | | | | | |
| 46 | | | | | | |
| 47 | | | | | | |

Sterling, Winchester Long
Privilege and Confidential