IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

No. 05-297C
(Senior Judge Margolis)

PLAINTIFF'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to RCFC 6.1, Plaintiff, Sterling, Winchester & Long, L.L.C., respectfully requests an enlargement of time of 30 days, to and including March 31, 2008, within which to file its opposition to the cross-motion for summary judgment filed by Defendant. Plaintiff's opposition is currently due to be filed on February 29, 2008. This is Plaintiff's first request for an enlargement of time for this purpose. Plaintiff's counsel has discussed this request with counsel for Defendant, who indicated by telephone on February 27, 2008, that Defendant does not oppose Plaintiff's request.

Plaintiff requests an enlargement of time because Plaintiff's counsel needs to devote virtually all available time to preparation for an arbitration hearing in another matter scheduled to commence on March 5, 2008. The undersigned is sole counsel for Plaintiff in this case and requires additional time to complete Plaintiff's response to Defendant's cross-motion after the conclusion of the referenced arbitration hearing.

WHEREFORE, Plaintiff respectfully requests that its motion for an enlargement of time be granted.

This 27th day of February, 2008.

Respectfully submitted,

/s/ Frederick L Wright_________

Frederick L. Wright
Vaughn, Wright & Boyer LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax

Attorneys for Plaintiff

CERTIFICATE OF FILING

I hereby certify that on February 27, 2008, a copy of the foregoing Plaintiff's Unopposed Motion for Enlargement of Time was filed electronically. I understand the notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Frederick L Wright______

Frederick L. Wright
Vaughn, Wright & Boyer LLP
One Paces West - Suite 1740
2727 Paces Ferry Road, N.W.
Atlanta, Georgia 30339
(770) 805-9889
(770) 805-9191 Fax