# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STERLING, WINCHESTER & LONG, L.L.C., Plaintiff, | * | No. 05-297C |
| v. | * | (Filed: February 28, 2008) |
| THE UNITED STATES, Defendant. | * | |

**ORDER**

Plaintiff's unopposed motion, filed February 27, 2008, for an enlargement of time to file its opposition to defendant's cross-motion for summary judgment, to and including March 31, 2008, is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims