# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

STERLING, WINCHESTER & LONG, L.L.C.,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

No. 05-297C

(Filed: April 30, 2008)

**O R D E R**

A hearing in court on the cross-motions for summary judgment is set for Thursday, May 22, 2008, at 2:00 p.m. The courtroom shall be noted on the court calendar posted on the directory in the first floor lobby.

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims