# In the United States Court of Federal Claims

**No. 05-297 C**

**STERLING, WINCHESTER & LONG, L.L.C.**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed July 17, 2008, denying plaintiff's motion for summary judgment and granting defendant's cross-motion,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that defendant recover of and from the plaintiff, the sum of $100,000.00, on its counterclaim, and the complaint is dismissed. Each party shall bear its own costs.

John S. Buckley
Acting Clerk of Court

**August 1, 2008** By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.